# EXHIBIT C

## SETTLEMENT AGREEMENT

The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("Union"), on behalf of its locals identified herein, and Alcoa Inc. ("Company") agree that the current labor agreements and working rules for the Company's facilities at Alcoa, TN (Local 309); Badin, NC (Local 303); Davenport, IA (Local 105); Gum Springs, AR (Local 5073); Lafayette, IN (Local 115); Massena, NY (Locals 420 and 450A); Point Comfort, TX (Local 4370-01); Rockdale, TX (Local 4895-01); Warrick, IN (Local 104); and Wenatchee, WA (Aluminum Trades Council) shall remain unchanged except as modified below to provide new labor agreements dated May 16, 2014.

The effective date of changes shall be May 16, 2014 unless otherwise specified in this Settlement Agreement or the applicable Attachments. This Settlement Agreement is also subject to ratification by the Union's members.

Alcoa Inc. and the United Steelworkers (USW) International Union and its locals hereby agree to the following in full and complete settlement of all proposals and issues considered during the 2014 negotiations.

Period of Agreement: May 16, 2014 through May 15, 2019.

| Attachment | Subject | Applicable To |
|---|---|---|
| 1.a. | Wages | Davenport, Iowa – Local 105 |
| | | Wenatchee, Washington – Trades Council |
| 1.b. | Wages | Lafayette, Indiana – Local 115 |
| | | Massena, New York – Local 420 |
| | | Warrick, Indiana – Local 104 |
| 1.c. | Wages | Gum Springs, Arkansas – Local 5073 |
| 1.d. | Wages | Massena, New York – Local 450A |
| 1.e. | Wages | Alcoa, Tennessee – Local 309 |
| | | Badin, North Carolina – Local 303 |
| | | Point Comfort, Texas – Local 4370-01 |
| | | Rockdale, Texas – Local 4895-01 |
| 2. | Craft Rates, Pension, Signing Bonus, Surviving Spouse Lump Sum and Joint Efforts Agreement | All Master Agreement Locations |
| 3. | Accelerated Apprentice/Trainee Program | All Master Agreement Locations |
| 4. | Performance Pay | All Master Agreement Locations |
| 5. | Active Health and Welfare Benefits | All Master Agreement Locations |
| 6. | Retiree Health Care Revised SPD Language | All Master Agreement Locations |
| 7. | Retiree Health Care | All Master Agreement Locations |
| 8. | Lake Charles | Lake Charles, Louisiana |
| 9. | Employment Security | All Master Agreement Locations |

| Attachment | Subject | Applicable To |
|---|---|---|
| 10. | Joint Health and Safety Conferences | All Master Agreement Locations |
| 11. | Safety and Health Language | All Master Agreement Locations |
| 12. | Safety and Health Miscellaneous Letters | All Master Agreement Locations |
| 13. | 64/66 Hour Work Rule Modifications | All Master Agreement Locations |
| 14. | Daily Shift Changes | All Master Agreement Locations |
| 15. | Wage Manual Central Committee | All Master Agreement Locations |
| 16. | Absenteeism and Tardiness Discipline | All Master Agreement Locations |
| 17. | Contracting Out/Employment Security | All Master Agreement Locations |
| 18. | Safety and Health Language | All Master Agreement Locations |
| 19. | Joint Training of the Joint Safety and Health Committee Members | All Master Agreement Locations |
| 20. | Rules of Arbitration – Arbitrability and Merit Arguments | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01<br>Davenport, Iowa – Local 105<br>Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104<br>Wenatchee, Washington – Trades Council<br>Gum Springs, Arkansas – Local 5073 |
| 21. | Super Seniority Union Officials | Davenport, Iowa – Local 105<br>Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104<br>Wenatchee, Washington – Trades Council<br>Massena, New York – Local 450A<br>Gum Springs, Arkansas – Local 5073 |
| 22. | Citation Period for Discipline | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01 |
| 23. | Bereavement and Union Leave for Vacation Eligibility | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01<br>Davenport, Iowa – Local 105<br>Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104<br>Wenatchee, Washington – Trades Council<br>Massena, New York – Local 450A |

2

| Attachment | Subject | Applicable To |
|---|---|---|
| 24. | Bereavement | Davenport, Iowa – Local 105 |
| | | Lafayette, Indiana – Local 115 |
| | | Massena, New York – Local 420 |
| | | Warrick, Indiana – Local 104 |
| | | Wenatchee, Washington – Trades Council |
| | | Massena, New York – Local 450A |
| 25. | 6th and 7th Day Eligibility and Bereavement Time | Davenport, Iowa – Local 105 |
| | | Lafayette, Indiana – Local 115 |
| | | Massena, New York – Local 420 |
| | | Warrick, Indiana – Local 104 |
| | | Wenatchee, Washington – Trades Council |
| 26. | Safety and Health Language | Wenatchee, Washington – Trades Council |
| 27. | Temporary Supervisors | Alcoa, Tennessee – Local 309 |
| | | Badin, North Carolina – Local 303 |
| | | Point Comfort, Texas – Local 4370-01 |
| | | Rockdale, Texas – Local 4895-01 |
| 28. | 401(k) Company Contributions & Deferrals | All Master Agreement Locations |
| 29. | Wellness Programs | All Master Agreement Locations |
| 30. | Group Insurance | Davenport, Iowa – Local 105 |
| | | Lafayette, Indiana – Local 115 |
| | | Massena, New York – Local 420 |
| | | Warrick, Indiana – Local 104 |
| | | Wenatchee, Washington – Trades Council |
| | | Alcoa, Tennessee – Local 309 |
| | | Badin, North Carolina – Local 303 |
| | | Point Comfort, Texas – Local 4370-01 |
| | | Rockdale, Texas – Local 4895-01 |

For Union:                                    For Company:

3

## ARTICLE _____   GROUP INSURANCE USW, ABG

Medical Benefits, Prescription Drug Benefits, Dental Benefits, and Vision Benefits will be provided to eligible active employees and their eligible dependents. The Company will provide Sickness and Accident, Life Insurance, and Accidental Death and Dismemberment benefits to eligible active employees. The Company will also provide Medical and Prescription Drug Benefits to eligible retirees, surviving spouses, and their eligible dependents and Life Insurance to eligible retirees.

Separate booklets describing these benefits are incorporated herein and made a part of this Agreement. Effective January 1, **2015,** the agreed-upon modifications to all Group Insurance benefits will become effective and incorporated into plan booklets.

### General Provisions Applicable to Article XXII

    1.  It is agreed that if subsequent governmental legislation provides for the reduction or elimination of the premium for Medicare Part B for any person, the Company shall make a corresponding reduction or elimination to the benefit payment for such Medicare premium for that person and such governmental action shall not require further modification or adjustment in this Article.

    2.  It is intended that the provisions for benefits in this Article shall comply with and be in substitution for provisions for similar benefits which are, or shall be, made by any law or laws.  Amounts paid by the Company for such similar benefits either as contributions, taxes, or benefits under any law or laws providing non-occupational insurance benefits shall reduce to that extent the amounts the Company shall pay under this Article and appropriate readjustment shall likewise be made in the benefits.

    3.  Unless otherwise provided in this Article, the parties will meet and agree on a modification of this plan to eliminate duplication of benefits and the disposition of any savings to the Company if subsequent governmental legislation should provide any of the benefits described herein.

    4.  Upon the request of either the Company or the International Union, the parties will jointly study the health-care program provided by a Health Maintenance Organization Plan (HMO) in any area.  Furthermore, if desired by the International Union, the parties will also jointly study the health-care program provided by a qualified Health Maintenance Organization plan that presents to the Company an appropriate request for inclusion in this plan.  A mutual agreement will be sought as to the desirability of providing at no additional cost to the Company an individual choice between an employee's coverage under this Article and similar coverages provided by the Health Maintenance Organization plan under study.  The Company and the

International Union will make a mutual determination of the costs in such area of the hospital-surgical-medical benefits provided for individuals by this Article and the costs for individuals of participation in such HMO plan. In the event the parties agree to provide such an individual choice, then with respect to employees who choose participation in such HMO plan, the Company will deduct from the pay of each such employee the amount, if any, by which the cost of such employee's participation in such plan exceeds the cost in such area of the Managed Care Medical benefits theretofore provided for such employee by this Article, as above determined, and the Company will pay to such plan the cost of such employee's participation in such plan. The parties agree that they will not unreasonably withhold agreement in reaching such mutual determination.

**5.** Notwithstanding the provisions in 2 and 4 above, when and if, during the term of this Agreement, any employee covered by this Agreement becomes entitled to apply for or to obtain health care or other medical, dental, vision, or surgical benefits by reason of the enactment by the United States or any state of the United States of a Governmental System of health security or medical service program ("Governmental System") for active employees, the parties shall promptly meet and undertake to negotiate a modification of the benefits under this Article of the type and character provided or available under such Governmental System in order to achieve or to assure the following results:

(a) No employee covered by this Article shall suffer any reduction in the level of any of the several health-care benefits of this Article.

(b) The Company shall, without cost to the employee, provide a plan of benefits supplementary to those available under such Governmental System to the extent necessary to make each benefit comparable to the corresponding benefit provided under this Article.

(c) When an employee or dependent covered by this Article is required by law to make contributions, whether in the form of direct taxes, personal premiums, levies or otherwise, specifically designated by law toward the cost of benefits under such a Governmental System, the Company, in addition to any contributions required of it by law, shall pay to or on behalf of such employee or dependent any such required contributions to the extent such contributions are for benefits covered by this Article.

(d) The Company will not be required to provide any benefits or make payment for any benefit to the extent that the employee or dependent covered hereby receives or would be able to receive such benefit as a matter of right and without means test of any kind if timely and proper steps had been taken to obtain the benefit or payment for the benefit under such Governmental System.

(e) To preclude any duplicating of benefits to employees or their dependents and to preclude any duplication of costs to the Company including the costs arising from taxes and contributions of employees paid by the Company.

(f)  To negotiate the disposition of any actual savings disregarding any increase or decrease in administrative cost which may accrue to the Company as a result of any such Governmental System.

3

# Benefits Settlement

All Alcoa-USW Master Agreement benefits agreements, Summary Plan Descriptions, letters of understanding and side letters between the Company and the Union, will be renewed and continue in full force and effect unless the parties have specifically agreed to change, alter or eliminate such agreements in these negotiations.

1. **Labor Agreement Articles and Letters of Understanding**

   A.   The Group Insurance Article of the Basic Labor Agreements will be modified as outlined in Attachment 1.

   B.   The Letter of Understanding regarding Out-of-Network Claims Processing will be added and published in all Labor Agreements as outlined in Attachment 2.

   C.   The Letter of Understanding regarding 401(k) Company Contributions and Deferrals will be modified and published in all Labor Agreements as outlined in Attachment 3.

   D.   The Letter of Understanding regarding Wellness Programs will be added and published in all Labor Agreements as outlined in Attachment 4.

   E.   List of published and unpublished Letters of Understanding to deleted from Labor Agreements, as outlined in Attachment 5.

2. **Health Care Benefits Agreement**

   Employees covered by this Settlement Agreement (the "Agreement") will be covered by the Health Care Benefits Agreement, established pursuant to the Settlement Agreement dated May 16, 2014, as amended by this Agreement. The 2011 Health Care Benefits Agreement will be amended and restated effective January 1, 2015 unless otherwise provided below and/or as agreed upon during the review process, as follows:

   A.   The Domestic Partner section will be modified as outlined in Attachments 6.

   B.   Domestic Partner Coverage for retirements on after January 1, 2015 will be added as outlined in Attachments 7 and 8.

   C.   Various sections will be modified to rename the reference to the current "out-of-pocket maximum" as the "medical out-of-pocket maximum" and specify that copayments count toward the medical out-of-pocket maximum.

   D.   The Routine Preventive/Wellness Care and Prescription Drug section will be modified as outlined in Attachment 9.

5/16/14
3:30 a.m.

E.   A prescription drug out-of-pocket maximum will be established as outlined in Attachment 10.

F.   The Prescription Drug section will be modified to add provisions regarding an override for skilled nursing or long term care facilities, as outlined in Attachment 11.

**3.  Retiree Health Care Benefits Agreement**

The January 1, 2011 Retiree Health Care Benefits Agreement will be amended and restated effective January 1, 2015 to include the same changes as described above for employees covered by the Health Care Benefits Agreement, changes agreed upon during the review process, and the Letter of Understanding regarding Out-of-Network Claims Processing outlined in Attachment 2.

**4.  Pension Benefits**

The *Pension Agreement for Employees hired before June 23, 2006* and the *Pension Agreement for Employees hired on or after June 23, 2006*, both dated June 1, 2010, will both be amended and restated effective May 16, 2014 unless otherwise provided below.

A.   Section 3.1(a) of the Pension Agreements will be amended to increase all of the pension multipliers by $2.00, effective for covered employees who retire on or after July 1, 2014.

B.   Sections 4, Surviving Spouse, of the Pension Agreements will be amended to establish a 100% Optional Surviving Spouse Pension, effective January 1, 2015 for a Participant who was accruing pension service on or after October 1, 2014, as outlined in Attachment 12

**5.  Sickness and Accident and Life Insurance Benefits Agreement**

Employees covered by this Settlement Agreement (the "Agreement") will be covered by the Sickness and Accident and Life Insurance Benefits Agreement, established pursuant to the Settlement Agreement dated May 16, 2014, as amended by this Agreement.  The January 1, 2011 Sickness and Accident and Life Insurance Benefits Agreement will be amended and restated effective January 1, 2015, to provide the Accidental Death and Dismemberment Insurance outlined in Attachment 13.

**6.  Alcoa Retirement Savings Plan for Bargaining Employees**

The January 1, 2010 Alcoa Retirement Savings Plan for Bargaining Employees will be amended and restated effective January 1, 2015, to allow Master Agreement employees to

5/16/14
3:30 a.m.

voluntarily elect to contribute a portion of pay for performance awards on a pre-tax basis to the Alcoa Retirement Savings Plan, outlined in Attachment 14.

7. **Alcoa Flexible Spending Accounts Summary Plan Description**

The January 1, 2011 Alcoa Retirement Flexible Spending Accounts Summary Plan Descriptions will be amended and restated effective **January 1, 2014**, to allow employees to carry over up to $500 of unused health care fund money into their account for the following plan year, as outlined in Attachment 15.

Alcoa USW Benefits Settlement

## ARTICLE _____   GROUP INSURANCE USW, ABG

Medical Benefits, Prescription Drug Benefits, Dental Benefits, and Vision Benefits will be provided to eligible active employees and their eligible dependents. The Company will provide Sickness and Accident, Life Insurance, and Accidental Death and Dismemberment benefits to eligible active employees. The Company will also provide Medical and Prescription Drug Benefits to eligible retirees, surviving spouses, and their eligible dependents and Life Insurance to eligible retirees.

Separate booklets describing these benefits are incorporated herein and made a part of this Agreement. Effective January 1, **2015,** the agreed-upon modifications to all Group Insurance benefits will become effective and incorporated into plan booklets.

### General Provisions Applicable to Article XXII

1. It is agreed that if subsequent governmental legislation provides for the reduction or elimination of the premium for Medicare Part B for any person, the Company shall make a corresponding reduction or elimination to the benefit payment for such Medicare premium for that person and such governmental action shall not require further modification or adjustment in this Article.

2. It is intended that the provisions for benefits in this Article shall comply with and be in substitution for provisions for similar benefits which are, or shall be, made by any law or laws. Amounts paid by the Company for such similar benefits either as contributions, taxes, or benefits under any law or laws providing non-occupational insurance benefits shall reduce to that extent the amounts the Company shall pay under this Article and appropriate readjustment shall likewise be made in the benefits.

**3**. Unless otherwise provided in this Article, the parties will meet and agree on a modification of this plan to eliminate duplication of benefits and the disposition of any savings to the Company if subsequent governmental legislation should provide any of the benefits described herein.

**4**. Upon the request of either the Company or the International Union, the parties will jointly study the health-care program provided by a Health Maintenance Organization Plan (HMO) in any area. Furthermore, if desired by the International Union, the parties will also jointly study the health-care program provided by a qualified Health Maintenance Organization plan that presents to the Company an appropriate request for inclusion in this plan. A mutual agreement will be sought as to the desirability of providing at no additional cost to the Company an individual choice between an employee's coverage under this Article and similar coverages provided by the Health Maintenance Organization plan under study. The Company and the



International Union will make a mutual determination of the costs in such area of the hospital-surgical-medical benefits provided for individuals by this Article and the costs for individuals of participation in such HMO plan. In the event the parties agree to provide such an individual choice, then with respect to employees who choose participation in such HMO plan, the Company will deduct from the pay of each such employee the amount, if any, by which the cost of such employee's participation in such plan exceeds the cost in such area of the Managed Care Medical benefits theretofore provided for such employee by this Article, as above determined, and the Company will pay to such plan the cost of such employee's participation in such plan. The parties agree that they will not unreasonably withhold agreement in reaching such mutual determination.

   **5.** Notwithstanding the provisions in 2 and 4 above, when and if, during the term of this Agreement, any employee covered by this Agreement becomes entitled to apply for or to obtain health care or other medical, dental, vision, or surgical benefits by reason of the enactment by the United States or any state of the United States of a Governmental System of health security or medical service program ("Governmental System") for active employees, the parties shall promptly meet and undertake to negotiate a modification of the benefits under this Article of the type and character provided or available under such Governmental System in order to achieve or to assure the following results:

   (a) No employee covered by this Article shall suffer any reduction in the level of any of the several health-care benefits of this Article.

   (b) The Company shall, without cost to the employee, provide a plan of benefits supplementary to those available under such Governmental System to the extent necessary to make each benefit comparable to the corresponding benefit provided under this Article.

   (c) When an employee or dependent covered by this Article is required by law to make contributions, whether in the form of direct taxes, personal premiums, levies or otherwise, specifically designated by law toward the cost of benefits under such a Governmental System, the Company, in addition to any contributions required of it by law, shall pay to or on behalf of such employee or dependent any such required contributions to the extent such contributions are for benefits covered by this Article.

   (d) The Company will not be required to provide any benefits or make payment for any benefit to the extent that the employee or dependent covered hereby receives or would be able to receive such benefit as a matter of right and without means test of any kind if timely and proper steps had been taken to obtain the benefit or payment for the benefit under such Governmental System.

   (e) To preclude any duplicating of benefits to employees or their dependents and to preclude any duplication of costs to the Company including the costs arising from taxes and contributions of employees paid by the Company.



(f) To negotiate the disposition of any actual savings disregarding any increase or decrease in administrative cost which may accrue to the Company as a result of any such Governmental System.

