# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| EDMOND M. BUTCH, et al., | |
| Plaintiffs, | |
| v. | No. 3:19-cv-258-RLY-MPB |
| ALCOA USA CORP., et al., | |
| Defendants. | |

## JOIN MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

Plaintiffs and Defendants (together, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a 60-day extension of the deadline to complete fact discovery. As grounds for their motion, the Parties state:

1. Under the Court's most recent amendment to the scheduling order, the close of fact discovery is currently set for **April 18, 2022.** ECF No. 92.

2. To date, the Parties have been actively conducting discovery, and have cooperated on scheduling and attempting to resolve discovery issues. However, as a result of COVID-related, weather-related and other challenges, a number of depositions still remain to be taken, including United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW") representative Michael Millsap and USW president Tom Conway. Plaintiffs have noticed the depositions of six former Alcoa employees for the weeks leading up to the current fact discovery deadline, and the Parties are working to set dates, but trial obligations and availability of the non-party witnesses are making that challenging.

3. Counsel for the parties are actively communicating to schedule all of the remaining depositions, but agree that they cannot conduct all of the above-referenced remaining depositions in advance of the current fact discovery end date.

4. The Parties believe that in light of the challenges posed by coordinating counsels' and witnesses' respective schedules, and the prior delays occasioned by COVID-19-related challenges, a 60-day extension of the fact discovery is necessary.

5. Accordingly, the Parties hereby jointly request an extension of the fact discovery deadline to **June 17, 2022**.

6. No party will be prejudiced by the relief sought.

WHEREFORE, the Parties respectfully request that this Court enter the proposed order attached hereto.

Dated: March 9, 2022                Respectfully submitted,

**MARK MILLER LAW OFFICE**

*/s/ Mark Miller*
Mark E. Miller (Attorney No. 10458-82)
915 Main Street – Suite 203
P.O. Box 3009
Evansville, Indiana  47730
Telephone: 812.303.3444
mmiller@indianalawonline.com

**K&L GATES LLP**

Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500
Fax: 412.355.6501
thomas.birsic@klgates.com
jeff.richter@klgates.com

Rosemary Alito (admitted *pro hac vice*)
One Newark Center, Tenth Floor

Newark, New Jersey 07102
Telephone: 973.848.4000
Fax: 973.848.4001
rosemary.alito@klgates.com

*Attorneys for Defendants*

**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**

William T. Payne
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
wpayne@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**

Barry A. Macey
Jeffrey A. Macey
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

*Attorneys for Plaintiffs*

David R. Jury, General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

3

## CERTIFICATE OF SERVICE

I certify that on March 9, 2022, a true and correct copy of the foregoing document was served upon counsel of record by the Court's CM/ECF service.

/s/ *Mark Miller*
Mark Miller