## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| EDMOND M. BUTCH, et al.,<br><br>       Plaintiffs,<br>   v.<br><br>ALCOA USA CORP. et al.,<br><br>       Defendants. | No.: 3:19-cv-00258-RLY-MPB |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

AND NOW, this _____ day of March, 2022, upon consideration of the Parties' Joint Motion for Extension of Time to Complete Fact Discovery, the Motion is hereby **GRANTED**. The deadline is amended as follows:

The deadlines contained in the Court's January 26, 2022 scheduling order at ECF No. 92 are amended as follows:

**June 17, 2022**:   Close of fact discovery

In all other respects, the deadlines in the January 26, 2022 scheduling order remain in effect.

SO ORDERED.

By the Court:

_____

**Served electronically on all ECF-registered counsel.**

311897879.1