# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

EDMOND M. BUTCH, et al.,

    Plaintiffs,

v.

ALCOA USA CORP., et al.,

    Defendants.

No. 3:19-cv-258-RLY-MPB

## MOTION TO WITHDRAW JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

Come now Defendants by and through their undersigned counsel, and respectfully move this Court to withdraw the Joint Motion for Extension of Time to Complete Fact Discovery, filed on March 9, 2022 (ECF No. 93) (the "Motion"). As grounds therefor, the undersigned states:

Although the parties are discussing an extension of time to complete fact discovery, the parties have not reached an agreement on terms. The Motion was improvidently filed by the undersigned counsel.

WHEREFORE, the Defendants by their undersigned counsel respectfully request that the Court withdraw the Motion.

Dated: March 9, 2022

Respectfully submitted,

**MARK MILLER LAW OFFICE**

*/s/ Mark Miller*
Mark E. Miller (Attorney No. 10458-82)
915 Main Street – Suite 203
P.O. Box 3009
Evansville, Indiana  47730
Telephone: 812.303.3444
mmiller@indianalawonline.com

1

        **K&L GATES LLP**

        Thomas Birsic (admitted *pro hac vice*)
        Jeffrey Richter (admitted *pro hac vice*)
        210 Sixth Avenue
        Pittsburgh, Pennsylvania 15222
        Telephone: 412.355.6500
        Fax: 412.355.6501
        thomas.birsic@klgates.com
        jeff.richter@klgates.com

        Rosemary Alito (admitted *pro hac vice*)
        One Newark Center, Tenth Floor
        Newark, New Jersey 07102
        Telephone: 973.848.4000
        Fax: 973.848.4001
        rosemary.alito@klgates.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 9, 2022, a true and correct copy of the foregoing document was served upon counsel of record by the Court's CM/ECF service.

        /s/ *Mark Miller*
        Mark Miller