IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

EDMOND M. BUTCH, et al.,

      Plaintiffs,

v.

ALCOA USA CORP. et al.,

      Defendants.

No.: 3:19-cv-00258-RLY-MPB

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

AND NOW, this _____ day of March, 2022, upon consideration of the Defendants' Motion to Withdraw the Joint Motion for Extension of Time to Complete Fact Discovery, the Motion to Withdraw is hereby **GRANTED**.

SO ORDERED.

By the Court:

_____

**Served electronically on all ECF-registered counsel.**

311897879.1