**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| EDMOND M. BUTCH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALCOA USA CORP., et al.,<br><br>  Defendants. | No. 3:19-cv-258-RLY-MJD |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' BRIEF
IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT,
AND IN OPPOSITION TO PLAINTIFFS' SUMMARY JUDGMENT MOTION**

## **TABLE OF CONTENTS**

**Exhibit No.**

1993 USW Active Employee SPD ....................................................................................................1

Kerry Allen Declaration....................................................................................................................2

Second Amendment to the Plan........................................................................................................3

December 5, 2019 Letter from Alcoa to Retirees .............................................................................4

Sample of Check Sent to Retirees.....................................................................................................5

Excerpts of Transcript of February 28, 2022 Deposition of Cary Burnell .......................................6

December 9, 2019 Email...................................................................................................................7

Excerpts of Transcript of December 9, 2021 Deposition of Eddie Butch .......................................8

Photo of December 9, 2019 Email to Retirees..................................................................................9

Photo of Eddie Butch Facebook Post..............................................................................................10

Excerpts of Transcript of December 9, 2021 Deposition of Charles Wyatt ...................................11

December 10, 2019 Email...............................................................................................................12

USW Press Release.........................................................................................................................13

December 26, 2019 Letter from Alcoa to Retirees.........................................................................14

January 10, 2020 Letter from Alcoa to Retirees.............................................................................15

Jan. 31, 2020 USW Letter...............................................................................................................16

Tiffany Ackerman Declaration .......................................................................................................17

2019 Warrick & Massena CBA ......................................................................................................18

Excerpts of Transcript of March 11, 2022 Deposition of Chad Apaliski ......................................19

Excerpts of Transcript of April 19, 2022 Deposition of Michael Millsap.....................................20

Excerpts of Transcript of December 16, 2022 Deposition of Tom Conway .................................21

Excerpts of Transcript of July 28, 2022 Deposition of Scott Kovaloski ....................................... 22

Excerpts of Transcript of August 25, 2022 Deposition of Nicholaas Storm ................................ 23

Excerpts of Transcript of June 15, 2022 Deposition of Mike McAdoo ....................................... 24

Excerpts of Transcript of December 7, 2022 Deposition of Wayne Dale .................................... 25

Exhibit 6 from January 11, 2023 Deposition of USW through its Corporate Representative Cary Burnell .................................................................................................................................... 26

Excerpts of Transcript of January 11, 2023 Deposition of USW through its Corporate Representative Cary Burnell ..................................................................................................... 27

Excerpts of Transcript of September 1, 2022 Deposition of Matt Ebbott ..................................... 28

2020 Sickness and Accident, Long Term Disability and Life Insurance Benefits Agreement SPD ............................................................................................................................................ 29

Excerpts of Transcript of July 26, 2022 Deposition of Russell W. Porter, Jr. .............................. 30

1993 Alcoa/USW CBA ................................................................................................................ 31

1996 Alcoa/ABG CBA ................................................................................................................ 32

2001 Memorandum of Understanding ......................................................................................... 33

2006 Settlement Agreement ......................................................................................................... 34

2010 Settlement Agreement ......................................................................................................... 35

2014 Settlement Agreement ......................................................................................................... 36

2019 Settlement Agreement ......................................................................................................... 37

2010 Alcoa/USW CBA ................................................................................................................ 38

2014 Alcoa/USW CBA ................................................................................................................ 39

2013 Retiree Health Care Benefits Agreement SPD ................................................................... 40

2013 Retiree Life Insurance SPD ................................................................................................ 41

Email dated Nov. 2, 2018 ..........................................................................................................42

Email dated Dec. 20, 2012 ........................................................................................................43

Exhibit 15 from June 15, 2022 Deposition of Mike McAdoo ......................................................44

Exhibit 16 from June 15, 2022 Deposition of Mike McAdoo ......................................................45

Exhibit from 17 June 15, 2022 Deposition of Mike McAdoo ......................................................46

1993 ABG Sickness and Accident and Life Insurance Agreement SPD for Employees ..............47

1996 USW Sickness and Accident and Life Insurance Agreement SPD for Employees .............48

Excerpts of Transcript of December 20, 2021 Deposition of Martin Ellison ...............................49

Excerpts of Transcript of February 1, 2022 Deposition of Robert Crow .....................................50

Class Action Lawsuit Script ........................................................................................................51

## CERTIFICATE OF SERVICE

I certify that on August 11, 2023, a true and correct copy of the foregoing document was served upon counsel of record by the Court's CM/ECF service.

/s/ *Thomas Birsic*