# EXHIBIT 29



# Sickness and Accident, Long Term Disability and Life Insurance Benefits Agreement
## Summary Plan Description

**Alcoa-USW Master Agreement Plan**
**January 2020**

Confidential

Confidential

EMB00011450

# Contents

PLAN OVERVIEW ............................................. 1
Who Is Eligible ....................................................2

SICKNESS & ACCIDENT BENEFITS .................... 3
Who Pays the Cost .............................................3
Enrollment .........................................................3
When Coverage Begins .......................................3
When Coverage Ends ..........................................3
When Benefits Are Payable ..................................3
Benefit Amount ..................................................5
Recurring/Concurring Disability ...........................6
When Benefit Payments End .................................6
Situations Not Covered .......................................6
If the Claims Administrator Disputes Your Claim .........7
Right of Examination ...........................................7
Effect of Income from Other Sources .....................7
Effect of Income from Social Security .....................8
Coverage While Not at Work .................................9

LONG TERM DISABILITY PLAN ..................... 11
Eligibility Requirements .....................................11
Who Pays the Cost ...........................................11
LTD Benefit .....................................................11
Definition of a Long Term Disability .....................11
When Benefits Are Payable .................................11
Maximum Benefit Period ....................................12
Pre-Existing Conditions .....................................12
Limited Disability Benefits ..................................13
Date Benefit Payments End ................................14
Work Incentive .................................................14
Continuation of Health Care and Life Insurance Benefits
    while Receiving LTD ......................................16
Benefit Amount ................................................16
Recurring/Concurring Disability ..........................16
Situations Not Covered ......................................17
Right of Examination .........................................17
Effect of Income from Other Sources ...................17
Applying for Other Benefits ................................18
Single Sum Payment .........................................19
If You Take a Family or Medical Leave of Absence .........20
When Your Disability Insurance Ends ....................20

GENERAL PLAN PROVISIONS FOR LIFE INSURANCE AND
AD&D ........................................................ 25
Your Beneficiary ...............................................25
How Benefits Are Paid .......................................26
Ability to Assign, Accelerate, Convert or Continue Your
    Coverage ....................................................26
Assignment of Benefits ......................................26
Accelerated Benefit Option .................................27
How to Convert or Continue Coverage ..................28

COMPANY-PROVIDED LIFE INSURANCE .......................... 30
Who Pays the Cost ........................................... 30
Enrollment ...................................................... 30
When Coverage Begins ...................................... 30
When Coverage Ends ......................................... 30
Benefit Payment ............................................... 30
Continuing Coverage at Termination of Employment ..... 31
Coverage While Not at Work ................................ 31

WILL PREPARATION SERVICES ....................... 34

COMPANY-PROVIDED ACCIDENTAL DEATH AND
DISMEMBERMENT (AD&D) INSURANCE ......................... 35
Who Pays the Cost ........................................... 35
Enrollment ...................................................... 35
When Coverage Begins ...................................... 35
When Coverage Ends ......................................... 35
Covered Losses ................................................ 36
Payment of Benefits .......................................... 37
Motor Vehicle Accident Benefit ............................ 37
Exclusions for Company-Provided AD&D Coverage ...... 38
Coverage While Not at Work ................................ 39

BUSINESS TRAVEL ACCIDENT INSURANCE .................... 41
Effect on Life and AD&D Insurance ....................... 41
Schedule of Benefits ......................................... 41
Exclusions ...................................................... 42
Your Beneficiary ............................................... 42
When Coverage Ends ......................................... 43
Assignment of Benefits ...................................... 43

OPTIONAL EMPLOYEE-PAID LIFE INSURANCE ................. 44
Group Universal Life (GUL) ................................. 44
Frozen Optional Life Insurance and AD&D Programs .... 46

DEFINITIONS .............................................. 49

ADMINISTRATIVE INFORMATION ........................ 52
Participating Unions .......................................... 52
Plan Administrator and Sponsor ........................... 54
Plan Year ....................................................... 54
Type of Plan .................................................... 54
Identification Numbers ....................................... 55
Type of Administration ....................................... 55
Plan Funding ................................................... 56
Agent for Service of Legal Process ........................ 56
Claims Procedures ............................................ 57
Grievance Procedures ........................................ 59
Payment of Benefits to Others ............................. 59
Your Rights under ERISA .................................... 59
Family and Medical Leave Act .............................. 61
No Obligation to Continue Employment ................... 61
Future of the Plan ............................................ 61

*This booklet is the Plan Document and Summary Plan Description (SPD) of sickness and accident and life insurance benefits, which are incorporated in and made part of the collective bargaining agreements between the Company and the Unions listed under the "Participating Unions" section of this booklet. The effective date of the sickness and accident benefits is specified in the chart "Weekly Sickness and Accident Benefit for Employees Covered under the Master Agreement Plan". The effective date for life insurance benefits is specified on page 30. An SPD is intended to summarize the features of a plan in clear, understandable and informal language for participants. The terms under which the Plan operates are contained in this booklet and in the policy and/or certificate from the insurance company.*

Si no entiende alguna parte de esta información, llame 1-844-31ALCOA (1-844-312-5262). Decir "español" y su llamada será transferida a un representante que pueda ayudar con asistencia de un intérprete .

EMB00011451

Confidential

EMB00011452

# Plan Overview

The Company offers a range of benefits to help protect you and your family in the event of your serious injury, accident or death. These benefits include the following.

- **Sickness and Accident (S&A) Benefits:** These Company-provided benefits are designed to replace a portion of your weekly income if you are unable to work because of illness or injury. The benefits are effective as indicated on page 3.

- Long Term Disability: The Company provides, at no cost to you, long term disability benefits to those employees hired or rehired on or after January 1, 2020.

- **Company-Provided Life Insurance:** The Company offers the following life insurance coverage at no cost to you:

  —employee life insurance;

  —accidental death and dismemberment (AD&D) insurance; and

  —business travel accident insurance.

  The effective date for the Company-provided life insurance benefits described in this booklet is shown in the chart on page 30.

- Optional Employee-Paid Life Insurance Programs:

  —*Group Universal Life (GUL) Insurance* product line through MetLife gives you the option to purchase additional life insurance for you and/or your family members. Note that GUL is not sponsored or administered by the Company.

- Frozen Optional Life Insurance and AD&D Programs:

  —*Voluntary life and AD&D insurance* was available to employees who enrolled in this program on or before March 1, 1978. No enrollments have been permitted since that date.

  —*Additional voluntary life and AD&D insurance* was available to employees insured for $25,000 or more under the voluntary life insurance plan, who enrolled on or before September 1, 1974. No enrollments have been permitted since that date.

  —*Supplemental life and AD&D insurance* was available only to employees who enrolled in the voluntary life insurance plan on or before March 1, 1978. No enrollments have been permitted since that date.

  —*Contributory life and AD&D insurance* was available only to employees enrolled on or before November 1, 1987. No enrollments have been permitted since that date.

See the individual sections of this booklet for details on each of these benefits.

Confidential

EMB00011453

## Who Is Eligible

You are eligible for S&A benefits and Company-provided life, AD&D and business travel accident insurance outlined in this Summary Plan Description if you are:

- an active full-time hourly employee at a Company location or participating subsidiary that offers the Plan; and

- covered by a collective bargaining agreement that contains this Plan as part of the agreement.

The following are *not* eligible: agency, leased or contract employees and other individuals who are not on the Company payroll, as determined by the Company, without regard to any court or agency decision determining common-law employment status.

Eligibility for optional employee-paid life insurance programs is determined by MetLife. See the individual sections of this booklet for specific information.

2

EMB00011454

# Sickness & Accident Benefits

The Company offers S&A benefits to help protect you and your family in the event of your illness or injury. S&A benefits are designed to replace a portion of your income while you are unable to work due to a work-related or non-work-related disability.

## Who Pays the Cost

The Company pays the full cost of your S&A coverage.

## Enrollment

No enrollment is necessary for S&A coverage. You automatically are enrolled in the Plan on your first day of work.

## When Coverage Begins

Your S&A coverage begins on the first day you are actively at work. If you are not actively at work on the date that coverage is scheduled to begin because of illness, injury or an authorized leave of absence, coverage will begin on the date you return to active work.

## When Coverage Ends

S&A coverage ends on the earlier of:

- your last day of active work, unless you are disabled, or take a military or personal leave of absence or an approved leave under the Family and Medical Leave Act (FMLA); see "Coverage While Not at Work" on page 31 for information on when coverage may continue;

- the date on which your coverage continuation ends if you are disabled or on a leave of absence as described above;

- the date on which the maximum benefit period that you are entitled to under the Plan ends; or

- the day before you retire or stop accruing pension service.

## When Benefits Are Payable

To receive S&A benefit payments, you must become totally disabled while you are covered under the Plan. Totally disabled means that you are completely unable to perform the duties of your job due to injury, illness or pregnancy, and you are under a doctor's care. You also must submit proof of your continued total disability when it is requested by the claims administrator.

The number of weeks you may receive S&A benefits depends on your years of accumulated departmental seniority on the date your disability begins, as shown in the chart on the next page.

Confidential

EMB00011455

| Maximum Benefit Period for Sickness & Accident Benefits | |
|---|---|
| Accumulated departmental seniority at start of disability absence: | S&A benefits may continue for up to: |
| Less than 2 years | 26 weeks |
| 2 or more years | 104 weeks |

S&A benefit payments begin on the earlier of the:

- first day of an absence due to a total disability because of an accident or outpatient surgery performed by a doctor;

- first day of an inpatient hospital confinement ordered by a doctor, including confinement as an organ transplant recipient or organ donor; or

- eighth day of a total disability due to sickness or pregnancy.

Benefits also are paid for the day you have routine outpatient hospital admission testing if:

- tests are done within five days of your confinement in the hospital;

- tests are not repeated once you are confined;

- you are not confined prior to the day of surgery; and

- you do not report for work on the day testing is performed.

To apply for benefits, call 1-844-31ALCOA (1-844-312-5262). For full information on applying for benefits and claims procedures, see "Claims Procedures" beginning on page 57.

If you receive S&A benefits and then become disabled after you return to work, see "Recurring/Concurring Disability" on page 6 for information about your coverage.

**Continuation of Other Company Benefits**

While you are disabled and receiving S&A benefits, coverage under your other benefits may continue. See the *Health Care Benefits Agreement* and other Summary Plan Description booklets for more information.

Employees absent from work and receiving S&A benefits will not be required to pay health care premiums. Instead, the weekly S&A benefit is reduced to cover the cost of health care coverage. The S&A benefit is reduced for everyone regardless of your health care elections. The reduction is based on the average weekly employee health care contribution which is determined each year after the annual enrollment period closes. Employees who have elected to contribute to the Health Care Fund Flexible Spending Account will have the option to continue contributions to this account and will be billed separately if applicable.

4

EMB00011456

## Benefit Amount

The amount of your weekly S&A benefit is based on your job grade, and on the average weekly employee health care contribution that is effective for the year. Your job grade is determined on the first day you are actively at work on or after August 1 each year. The average weekly employee health care contribution is determined each year after the annual enrollment period closes. The tables below shows the average weekly employee health care contribution and the S&A benefit amount applicable for new disabilities that begin on or after September 23, 2019 and for those disabilities beginning prior to September 23, 2019.

| Weekly Sickness & Accident Benefit for Employees Covered under the Master Agreement Plan, 2020 | | | | | |
|---|---|---|---|---|---|
| Job Grades | Base Benefit, Before Health Care Contribution, 2020 | | Average Weekly Employee Healthcare Contribution for 2020 | S&A Benefit, After Deduction of Health Care Contribution, 2020 | |
| | Disability Date Pre-9/23/19 | Disability Date 9/23/19 or later | | Disability Dates Pre-9/23/19 | Disability Date 9/23/19 or later |
| 1-4 | $377.00 | $422.00 | $43.95 | $333.05 | $378.05 |
| 5-8 | $391.00 | $436.00 | $43.95 | $347.05 | $392.05 |
| 9-12 | $403.00 | $448.00 | $43.95 | $359.05 | $404.05 |
| 13-16 | $420.00 | $465.00 | $43.95 | $376.05 | $421.05 |
| 17-20 | $437.00 | $482.00 | $43.95 | $393.05 | $438.05 |
| 21-24 | $455.00 | $500.00 | $43.95 | $411.05 | $456.05 |
| 25-and above | $473.00 | $518.00 | $43.95 | $429.05 | $474.05 |

*   *This weekly amount is subject to change each year and will be determined after the annual enrollment period closes. The 2020 amounts are shown above and 2021 below.*

| Weekly Sickness & Accident Benefit for Employees Covered under the Master Agreement Plan, 2021 | | | | | |
|---|---|---|---|---|---|
| Job Grades | Base Benefit, Before Health Care Contribution, 2021 | | Average Weekly Employee Healthcare Contribution for 2021 | S&A Benefit, After Deduction of Health Care Contribution, 2021 | |
| | Disability Date Pre-9/23/19 | Disability Date 9/23/19 or later | | Disability Dates Pre-9/23/19 | Disability Date 9/23/19 or later |
| 1-4 | $377.00 | $422.00 | $44.21 | $332.79 | $377.79 |
| 5-8 | $391.00 | $436.00 | $44.21 | $346.79 | $391.79 |
| 9-12 | $403.00 | $448.00 | $44.21 | $358.79 | $403.79 |
| 13-16 | $420.00 | $465.00 | $44.21 | $375.79 | $420.79 |
| 17-20 | $437.00 | $482.00 | $44.21 | $392.79 | $437.79 |
| 21-24 | $455.00 | $500.00 | $44.21 | $410.79 | $455.79 |
| 25-and above | $473.00 | $518.00 | $44.21 | $428.79 | $473.79 |

Confidential

EMB00011457

In addition, your S&A benefit is reduced by disability income you may receive from another source (see "Effect of Income from Other Sources" on page 7).

The states of New York, New Jersey, California, Hawaii, Rhode Island and the territory of Puerto Rico currently mandate a minimum level of disability benefits payable to individuals who work in that state. The Plan will comply with these and other applicable state laws. The minimum benefit that will be paid to employees working in any of these locales will be the mandated benefit level. In the event that an employee is eligible for a higher level of benefit through the Company Plan, the higher benefit will be paid.

## Recurring/Concurring Disability

The maximum benefit period (26 or 104 weeks) applies to:

- each unbroken period of disability from one or more causes; and
- separate absences due to the same or related causes, unless you are actively at work for at least three months between the first and second absence.

If you return to active work for three months or more between two periods of disability, the second absence is considered a separate period, unrelated to the first absence.

Benefits will not be paid beyond the maximum benefit period.

## When Benefit Payments End

Your weekly S&A benefit payments end on the earlier of the date:

- you return to work, retire, stop accruing pension service, or die;
- you reach the maximum benefit period (26 or 104 weeks) to which you are entitled; or
- the Plan ends.

S&A benefits may be suspended or delayed if you fail to provide proof of your total disability when it is requested by the claims administrator.

## Situations Not Covered

S&A benefits are *not* paid for:

- the first seven calendar days of your disability, unless the disability is due to accident, inpatient confinement, or outpatient surgery;
- any period for which you do not provide proof of your continued total disability, as required by the claims administrator;
- any period longer than the maximum benefit period;
- any period on or after your retirement date; or
- any period during which you work for pay.

6

EMB00011458

## If the Claims Administrator Disputes Your Claim

If the S&A claims administrator disputes your disability claim, a third party review will be conducted to determine whether you are eligible to receive weekly S&A benefits. The doctor selected to do this review must be approved by your doctor and by the claims administrator. Expenses associated with the review process will be paid by the claims administrator.

You will receive your weekly S&A benefits while your claim is being reviewed, if you sign an authorization form allowing the claims administrator to recover any excess benefits you may be paid.

## Right of Examination

The Company or claims administrator reserves the right to have an examination conducted by a doctor of its choice, at no cost to you, while you are claiming disability benefits. To continue to be eligible for S&A benefits, you may be required by the Company or claims administrator to provide satisfactory proof of your continued total disability.

## Effect of Income from Other Sources

If you are eligible for disability income from other sources, your S&A benefit will be reduced by the amount of this other income. You receive the same total benefit amount determined by your S&A coverage—the difference is where the money comes from. The S&A benefit and the other sources of income will pay a benefit that together equals the total amount of your S&A benefit (as on page 5).

Other sources of income are considered to be:

- any other disability benefits provided by the government, such as benefits under workers' compensation, the Occupational Disease Act, or the State Compulsory Disability Law;

- any primary reduced or unreduced old-age benefits or disability benefits from Social Security, except in the case of a trial work period (see "Effect of Income from Social Security" below and on page 8); or

- any benefits received from the Railroad Unemployment Insurance Act or any similar law.

If you do not receive benefits from any other source of disability income (described above), you will receive the full amount of the S&A benefit that you are entitled to, as long as you meet the definition of total disability (see page 51).

Any private disability insurance you may have is considered to be in addition to your S&A, and therefore will *not* reduce the amount of S&A benefits you receive.

7

## Effect of Income from Social Security

Any amount of Social Security benefit referred to as another source of income is determined on the basis of the terms of the Social Security Act in effect when you first are entitled to Social Security benefits in each continuous period of disability. The Social Security reduction does not include any reasonable legal or medical expenses incurred in appealing a Social Security denial, unless you are reimbursed for those expenses.

If you are entitled to Social Security benefits, your S&A weekly benefits are not reduced by the Social Security benefit if:

- you give the claims administrator proof that you have applied for these benefits before the 15th week of your disability; and

- your Social Security benefits are not provided when they are first due.

Your S&A benefits are reduced by any Social Security benefits that you are entitled to, when:

- your Social Security benefits start; or

- a total of 34 weeks of S&A benefits have been paid.

You must make arrangements to assure the claims administrator is repaid for any excess payment of S&A benefits that results when you receive Social Security benefits. This means that in order to receive S&A benefits, you must:

- agree to repay the claims administrator on receipt of retroactive payment from the Social Security Administration;

- authorize the claims administrator to deduct the amount of excess payments from money the Company owes you, including benefits, wages, and/or pension; and

- authorize the Social Security Administration to give relevant information to the Company.

S&A Benefits beyond 34 weeks are not payable unless you prove that:

- your Social Security benefits have been awarded; or

- although your Social Security benefits were denied, you requested a review of the denial within four weeks of the date of the denial. The repayment terms described previously apply.

### Applying for Other Benefits

The claims administrator determines if you may be eligible to receive benefits from any other source of disability income, and will provide assistance in the timing and application of your claim for any of these benefits. You must apply for the other benefits when you first become eligible to claim benefits.

If you do not apply for the benefits correctly or at all, the claims administrator estimates the amount you could receive from these sources (except reduced primary old-age Social Security benefits) and reduces your S&A payment by that amount.

Confidential

EMB00011460

**Other Adjustments**

Overpayments can occur for a variety of reasons. The following are some common occurrences.

- You are eligible for S&A benefits and there is a dispute about your eligibility for workers' compensation, Occupational Disease Act, Railroad Unemployment Insurance Act or similar benefits, and you receive S&A benefits while your claim is being reviewed.

- Government regulations require weekly disability benefits for injury or illness not related to work (e.g., state plan benefits for California, New York, New Jersey, Hawaii, Rhode Island and the territory of Puerto Rico).

Whatever the reason for the overpayment, you must arrange to repay the claims administrator for any overpayment of S&A benefits that results when you receive benefits from any other source. You must:

- agree to repay the claims administrator or the Company, as applicable, upon receipt of retroactive payment from any other source;

- authorize Alcoa to deduct the amount of overpayment from money the Company owes you, such as pay and/or pension; and

- authorize the source of the payments to give relevant information to the claims administrator or the Company, as applicable.

## Coverage While Not at Work

In certain situations, S&A coverage may continue while you are not at work. This continuation begins on the last day you are actively at work and ends based on your status, as described below. If you are receiving S&A benefit payments on the date of these events, your payments will continue until you are no longer disabled or you have exhausted your benefits.

**If You Are Laid Off**

S&A coverage ends on the date you are laid off.

**If You Are Suspended**

If you are on a disciplinary suspension, S&A coverage continues for the period you are on suspension.

**If You Take a Leave of Absence**

If you take an approved leave of absence, your S&A coverage continues for 31 days (or until the end of the following month if your leave ends on any day other than the last day of the month).

Confidential

EMB00011461

**If You Take a Leave of Absence for Duty in the Uniformed Services**

If you are absent from work due to an approved leave of absence for training or duty in the "uniformed services" (which include the Army, Navy, Marine Corps, Air Force, Coast Guard and Public Health Service commissioned corps, as well as the reserve components of each of these services), your S&A coverage continues for 31 days (or until the end of the following month if your leave ends on any day other than the last day of the month).

**If You Take a Family or Medical Leave**

Your S&A coverage continues for up to 12 weeks if you take an approved leave under the Family and Medical Leave Act (FMLA). See the *Work & Personal Life Benefit Programs* booklet for more information on FMLA.

10

EMB00011462

# Long Term Disability Plan

The Company provides long-term disability coverage to help protect you and your family in the event of your illness or injury extending beyond the duration of S&A benefits.

## Eligibility Requirements

You are eligible for long-term disability (LTD) insurance if you are an active full-time USW Master bargaining unit employee at Alcoa USA Corp., hired or rehired on or after January 1, 2020, excluding part-time, temporary, agency, leased, or contract employees, and other individuals who are not on the Company payroll.

## Who Pays the Cost

Alcoa USA provides LTD insurance at no cost to you.

## LTD Benefit

If you are eligible, your monthly benefit will be 50% of your pre-disability base wage up to a maximum of $7,500.  Benefits are offset by other income as described in this document.

## Definition of a Long Term Disability

Due to sickness or as direct accidental injury:

- you are receiving appropriate care and treatment and complying with the requirements of such treatment; and

- during the first 24 months of sickness or accidental injury, you are unable to perform each of the material duties of your own occupation; and

- after such period, unable to perform the duties of any gainful occupation for which you are reasonably qualified taking into account your training, education and experience.

For purposes of determining whether a disability is the direct result of an accidental injury, the disability must have occurred within 90 days of the accidental injury and resulted from such injury independent of other cause.

## When Benefits Are Payable

To receive LTD benefit payments, you must become disabled as defined and determined to be so by the insurer, due to a sickness or as a direct accidental injury while you are covered by this plan and remain under the care of a doctor. You also must submit proof of your continued total disability when it is requested by the LTD claim administrator.

11

EMB00011463

If you are eligible to receive LTD benefits, your monthly benefit will begin on the earlier of the date:

- your sickness & accident (S&A) benefits end.  LTD benefits are not payable unless your S&A benefits are exhausted; or
- the length of LTD benefits is based on when you become totally disabled as described below.

## Maximum Benefit Period

The later of:

- your Normal Retirement Age; or
- the period shown in the chart below:

| Age on Date of Your Disability | Benefit Period |
|---|---|
| Less than 60 | To age 65 |
| 60 | 60 Months |
| 61 | 48 Months |
| 62 | 42 Months |
| 63 | 36 Months |
| 64 | 30 Months |
| 65 | 24 Months |
| 66 | 21 Months |
| 67 | 18 Months |
| 68 | 15 Months |
| 69 & Over | 12 Months |
| The maximum benefit period is subject to the "Limited Disability Benefits" and "Date Benefit Payments End" sections. | |

If you receive LTD benefits and then become totally Disabled after you return to work, see "Recurring/Concurring Disability" for further information.

## Pre-Existing Conditions

Benefits will not be paid for a disability that results from a pre-existing condition if you have been actively at work for less than 12 consecutive months after the date your disability coverage takes effect under this Plan.

A pre-existing condition means a sickness or accidental injury for which you received medical treatment, consultation, care or services or took prescribed medication or had medications prescribed in the three months prior to your coverage under this plan.

12

EMB00011464

## Limited Disability Benefits

### For Disability Due to Alcohol, Drug or Substance Abuse or Addiction

If you are Disabled due to alcohol, drug or substance abuse or addiction, your disability benefits for each period of disability per occurrence will be limited. During your disability, you are required to participate in an alcohol, drug or substance or addition recovery program recommended by a physician.

Disability benefit payments will end the earliest of:

- the date you receive 24 months of disability benefit payments;

- the date you cease or refuse to participate in the recovery program referred to above; or

- the date you complete a recovery program.

If you are confined in a hospital or mental health facility at the end of the period above for which benefits are to be paid, your monthly benefits will continue until the end of your confinement.

### For Disability Due to Mental or Nervous Disorders or Diseases

If you are Disabled due to a mental or nervous disorder or disease, your disability benefits will be limited to a per occurrence maximum equal to the lesser of:

- the date you receive 24 months of disability benefit payments; or

- the maximum benefit period.

This limitation will not apply to a disability resulting from:

- neurocognitive disorders;

- schizophrenia; or

- Bipolar I Disorder.

If you are confined in a hospital or mental health facility at the end of the period shown above for which benefits are to be paid, your monthly benefits will continue until the end of your confinement.

For purposes of this provision, mental health facility means a facility licensed in the jurisdiction in which it is located to provide care and treatment for a mental or nervous disorder or disease. Such facility must provide care on a 24-hour-a-day basis under the supervision of a staff of physicians and must provide a broad range of nursing care on a 24-hour-a-day basis by or under the direction of a registered professional nurse.

If no exception above applies, and you are Disabled as a result of more than one injury or sickness for which disability benefits are payable under this Plan, the benefit limitation periods will run concurrently for all such conditions.

Confidential

EMB00011465

**Bipolar I Disorder** means a psychiatric disorder diagnosed in accordance with the diagnostic criteria for Bipolar I Disorder set forth in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) as of the date of your disability. Supporting documentation must include evidence that you experienced at least one full manic episode. The following conditions, as determined using the diagnostic criteria for such conditions set forth in the most recent edition of the DSM as of the date of your disability, are not considered Bipolar I Disorder for purposes of this exclusion:

- Bipolar II Disorder;

- Cyclothymic disorder;

- substance induced bipolar disorder;

- Bipolar disorder associated with a known general medical condition;

- other specified bipolar disorder; or

- unspecified bipolar disorder.

**Mental or nervous disorder or disease** means a medical condition that meets the diagnostic criteria set forth in the most recent edition of the DSM as of the date of your disability.

**Neurocognitive disorder** means a condition that meets the diagnostic criteria for neurocognitive disorders set forth in the most recent edition of the DSM as of the date of your disability, and the cognitive deficits that relate to the disability are not attributable to another mental or nervous disorder or disease. Neurocognitive disorders include, but are not limited to, conditions such as Alzheimer's disease and other forms of dementia, and traumatic brain injury.

**Schizophrenia** means a chronic psychiatric disorder diagnosed in accordance with the diagnostic criteria for schizophrenia set forth in the most recent edition of the DSM as of the date of your disability.

## Date Benefit Payments End

Your disability benefit payments will end on the earliest of:

- the end of the maximum benefit period;

- the date benefits end as specified in the above section;

- the date you are no longer Disabled;

- the date you die;

- the date you cease or refuse to participate in a Rehabilitation Program that is required;

- the date you fail to have a medical exam requested by the insurer;

- the date following 12 consecutive months of disability for which you were entitled to receive monthly benefit payments while you are living outside of the United States or Canada; or

- the date you fail to provide required proof of continuing disability.

## Work Incentive

If you work while you are Disabled and receiving monthly benefits, your monthly benefit will be adjusted as follows:

14

EMB00011466

- increased by your Rehabilitation Program Incentive, if any; and

- reduced by other income, if applicable (see "Effect of Income from Other Sources" section).

Your monthly benefit as adjusted above will not be reduced by the amount you earn from working, unless your adjusted monthly benefit plus the amount you earn from working and you receive from other income exceeds 100% of your Pre-Disability Earnings (see definition of Pre-Disability Earnings).

**Limit on Work Incentive**

After the first 24 months following your elimination period, your monthly benefit will be reduced by 50% of the amount you earn from working while Disabled.

**Family Care Incentive**

If you work or participate in a Rehabilitation Program while you are Disabled, you will be reimbursed for up to $400 for monthly expenses you incur for each family member to provide:

- care for your or your spouse's child, legally adopted child, or child for whom you or your spouse are legal guardian and who is:
  - living with you as part of your household;
  - dependent on you for support;
  - and under age 13.

The child care must be provided by a licensed child care provider who may not be a member of your immediate family or living in your residence.

- care to your family member who is:

  - living with you as part of your household;

  - chiefly dependent on you for support; and

  - incapable of independent living, regardless of age, due to mental or physical handicap as defined by applicable law.

Care to your family member may not be provided by a member of your immediate family.

Reimbursement payments will be made on a monthly basis until you have received 24 payments, but not made beyond the maximum benefit period. You will not be reimbursed for any expenses if you are eligible for payment from any source. Proof for expenses incurred must be sent to the insurer.

**Moving Expense Incentive**

If you participate in a Rehabilitation Program while Disabled, you may be reimbursed for expenses you incur to move to a new residence recommended as part of the program and approved in advance by the claim administrator. You must send proof that you have incurred such expenses for moving. Expenses incurred for services provided by a member of your immediate family or someone who is living in your residence will not be paid.

15

EMB00011467

## Continuation of Health Care and Life Insurance Benefits while Receiving LTD

Your continuation of medical, dental, and vision at the active employee rate will apply while on LTD, but, the maximum period, including the time while you received S&A, is 24 months.  This period of time is concurrent with COBRA.

When you begin receiving LTD, providing that you continue to be eligible for Alcoa medical, dental, and vision benefits under COBRA, an invoice for your premium, will be sent to your home. If you do not make payments as required in a timely manner, all coverage will be cancelled.

## Benefit Amount

The amount of your monthly LTD benefit is based on your Pre-Disability Earnings as of the last day worked and the coverage option you elect.

LTD benefits are paid monthly and determined by the LTD insurer.  The LTD insurer calculates your monthly pay by multiplying your hourly rate as of your last day worked by 2080, then dividing by 12. Your monthly benefit equals 50% of that amount up to the maximum of $7,500.

Your LTD benefit is reduced by disability income you may receive from certain other sources (see "Effect of Income from Other Sources").

Under LTD, a $50 monthly minimum benefit is provided for any claimant, subject to the overpayments and rehabilitation incentive of the Plan. No minimum monthly benefit will be paid if benefits are received under workers' compensation and/or wage loss replacement benefits under the Pennsylvania Motor Vehicle Financial Responsibility Law, or other similar state law, equals or exceeds 100% of your Pre-Disability Earnings in effect at the start of your disability.

## Recurring/Concurring Disability

If you receive LTD benefits, return to work, and again become Disabled, benefits under the plan are payable as follows.

*If You Return to Active Work Before Completing Your Elimination Period:*

- if you return to work for a period of 30 days or less, and then become Disabled again due to the same or related Sickness or accidental injury, you will not be required to complete a new Elimination Period. Your days of disability will count towards the completion of your elimination period.

- if you return to work for a period of more than 30 days, and then become Disabled again, you will have to complete a new elimination period.

*If You Return to Active Work After Completing Your Elimination Period:*

- if you return to work for 182 days or less, and then become Disabled again due to the same or related sickness or accidental injury, you will not be required to complete a new elimination period.

16

- your second disability will be considered to be part of the original disability and your benefit will be based on the same Pre-Disability Earnings and the same terms, provisions and conditions that were used for the original disability will apply.

- if you return to work for a period of more than 182 days and become Disabled again, you will have to complete a new elimination period.  If so, you may be eligible for sickness & accident benefits.


## Situations Not Covered

LTD benefits are not paid for any disability caused or contributed to by:

- war, whether declared of undeclared, or act of war, insurrection, rebellion or terrorist act;

- your active participation in a riot;

- intentionally self-inflicted injury;

- attempted suicide; or

- commission of or attempt to commit or taking part in a felony.


## Right of Examination

The LTD claims administrator or the company reserves the right to have an examination conducted by a doctor of its choice, at no cost to you, while you are claiming disability benefits. To continue to be eligible for LTD benefits, you may be required by the LTD claims administrator or the company to provide satisfactory proof of your continued total disability.


## Effect of Income from Other Sources

If you are eligible for disability income from certain other sources, your LTD benefit will be reduced by the amount of the other source. Other sources of income include the following:

- Any disability or retirement benefits which you, your spouse or child(ren) receive or are eligible to receive because of your disability or retirement under:

  - Federal Social Security Act;

  - Railroad Retirement Act;

  - any state, public or federal employee retirement or disability plan, including State Teachers Retirement System (STRS); Public Employee Retirement System (PERS) or Federal Retirement System (FERS). You must apply for such benefits through the highest appeal level that is applicable to such benefits and available under the plan; or

  - any pension or disability plan of any other nation or political subdivision.

- any income received for disability or retirement under the Alcoa USA retirement plan, to the extent that it can be attributed to the company's contributions.

- any income received for disability under:

  - a group insurance policy to which Alcoa USA has made a contribution, such as:

    - benefits for loss of time from work due to disability;

17

EMB00011469

- installment payments for permanent total disability;

o a no-fault auto loss of income, excluding supplemental disability benefits;

o a government compulsory benefit plan or program which provides payment for loss of time from your job due to your disability, whether such payment is made directly by the plan or program, or through a third party;

o a self-funded plan, or other arrangement if Alcoa USA contributes toward it or makes payroll deductions for it;

o any sick pay, vacation pay or other salary continuation that Alcoa USA pays to you;

o workers' compensation or a similar law which provides periodic benefits;

o occupational disease laws;

o laws providing for maritime maintenance and cure;

o unemployment insurance law or program;

- any income that you receive from working while Disabled to the extent that such income reduces the amount of your monthly benefit. This includes but is not limited to salary, commissions, overtime pay, bonus or other extra pay arrangements from any source.

- recovery amounts you receive for loss of income as a result of claims against a third party by judgment, settlement, or otherwise including future earnings.

## Applying for Other Benefits

If there is a reasonable basis for you to apply for benefits under the Federal Social Security Act; a government compulsory plan or program; or a federal, state or other public employee retirement or disability plan or program, including a STRS, PERS or FERS Retirement System, you are expected to apply for such benefits.

With respect to benefits under the Federal Social Security Act, to apply means to pursue such benefits until You receive approval from the Federal Social Security Administration, or a notice of denial of benefits from an administrative law judge.  The amount of your disability benefit will be reduced by the amount of Federal Social Security benefits the claims administrator estimates that you, your spouse or child(ren) are eligible to receive because of your disability or retirement.  This will start after you have received 24 months of disability benefit payments, unless the claims administrator receives:

- approval of Your claim for Federal Social Security benefits; or

- a notice of denial of such benefits indicating that all levels of appeal have been exhausted.

You must, within 6 months following the date you became Disabled:

- send the claims administrator proof that you have applied for Federal Social Security benefits;

- sign a reimbursement agreement in which you agree to repay the claims administrator for any overpayments

- sign a release that authorizes the Federal Social Security Administration to provide information directly to the claim administrator concerning your Federal Social Security benefits eligibility.

18

If you do not satisfy the above requirements, your disability benefits will be reduced by such estimated Federal Social Security benefits starting with the first disability benefit payment coincident with the date you were eligible to receive Federal Social Security benefits.

With respect to Government Compulsory Benefit Plans or Programs or STRS, PERS, FERS Benefit Plans or Programs, to apply means to pursue such benefits through all applicable levels of appeal provided under such benefit plans or programs.  You must, within 6 months following the date you become Disabled:

- send the claims administrator proof that you have applied for benefits under such plans or programs; and

- sign a reimbursement agreement in which you agree to repay the claims administrator for any overpayments.

If you do not satisfy the above requirements, your disability benefits will be reduced by the amount of such government compulsory benefit plan or program benefit, or STRS, PERS or FERS benefit that the claims administrator estimates you, your spouse or child(ren) are eligible to receive, provided that they have the reasonable means to make such an estimate.  This will start with the date you were eligible to receive such government compulsory benefit plan or program benefit or STRS, PERS or FERS benefits under any such plan or programs.

With respect to benefits You have applied for under the Federal Social Security Act, a government compulsory benefit plan or program or a federal, state or other public employee retirement or disability plan or program, including a STRS, PERS or FERS Retirement System plan or program, or if you do receive approval or final denial of your claim for such benefits, you must notify the claims administrator immediately. The amount of your disability benefit will be adjusted, and you must promptly repay the claims administrator for any overpayment.

## Single Sum Payment

If you receive Other Income in the form of a single sum payment, you must, within 10 days after receipt of such payment, give written proof satisfactory to the claims administrator of:

- the amount of the single sum payment;

- the amount to be attributed to income replacement; and

- the time period for which the payment applies.

When such proof is received, the amount of your disability benefit will be adjusted.

If the written proof described above is not received by the claims administrator, and they know the amount of the single sum payment, they may reduce your disability benefit by an amount equal to such benefit until the single sum has been exhausted.

If the amount of your disability benefit is adjusted due to a single sum payment, the amount of the adjustment will not result in a benefit amount less than the minimum amount, except in the case of an overpayment.

If you receive Other Income in the form of a single sum payment and the claims administrator does not receive the written proof described above within 10 days after you receive the single sum payment, the amount of your disability benefit will be adjusted by the amount of such payment.

Confidential

EMB00011471

## If You Take a Family or Medical Leave of Absence

If you take an approved family or medical leave of absence under the Family and Medical Leave Act (FMLA), your LTD coverage continues for up to 12 weeks, provided you pay the required cost.

## When Your Disability Insurance Ends

Your insurance will end on the earliest of:

- the date the Group Policy ends; or

- the date insurance ends for your class; or

- the end of the period for which the last premium has been paid for you; or

- the date you cease to be in an eligible class. You will cease to be in an eligible class on the date you cease active work in an eligible class, if you are not Disabled on that date; or

- the date your employment ends; or

- the date you retire in accordance with the date your employment ends.

## Definitions

### Actively at Work or Active Work

You are performing all of the usual and customary duties of your job. This must be done at the company's place of business; an alternate place approved by the company; or a place to which the company's business requires you to travel.

You will be considered to be actively at work during weekends or Alcoa USA-approved vacations, holidays or business closures if you were actively at work on the last scheduled work day preceding such time off.

### Appropriate Care and Treatment

Medical care and treatment that is:

- given by a physician whose medical training and clinical specialty are appropriate for treating your disability;

- consistent in type, frequency and duration of treatment with relevant guidelines of national medical research, health care coverage organizations and governmental agencies;

- consistent with a physician's diagnosis of your disability; and

- intended to maximize your medical and functional improvement.

### Consumer Price Index

The CPI-W, the Consumer Price Index for Urban Wage Earners and Clerical Works published by the U.S. Department of Labor. If the CPI-W is discontinued or replaced, the claims administrator reserves the right to substitute any other comparable index.

Confidential

EMB00011472

**Disabled**

Due to sickness or as direct accidental injury:

- you are receiving appropriate care and treatment and complying with the requirements of such treatment; and

- during the first 24 months of sickness or accidental injury, you are unable to perform each of the material duties of your own occupation; and

- after such period, unable to perform the duties of any gainful occupation for which you are reasonably qualified taking into account your training, education and experience.

For purposes of determining whether a disability is the direct result of an accidental injury, the disability must have occurred within 90 days of the accidental injury and resulted from such injury independent of other causes.

If you are Disabled and have received an LTD monthly benefit for 12 months, we will adjust your Pre-Disability Earnings only for the purposes of determining whether you continue to be Disabled and for calculating the return to work incentive, if any. We will make the initial adjustment as follows:

We will add to your Pre-Disability Earnings an amount equal to the product of:

- your Pre-Disability Earnings times the lesser of:

  o 7%; or

  o the annual rate of increase in the Consumer Price Index for the prior year.

Annually thereafter, we will add an amount to your adjusted Pre-Disability Earnings calculated by the method set forth above but substituting your adjusted Pre-Disability Earnings from the prior year for your Pre-Disability Earnings. This adjustment is not a cost of living benefit.

**Elimination Period**

The period of your disability during which we do not pay benefits. This period begins on the day you become Disabled and continues for the period as shown for the S&A Plan and the LTD Plan.

**ERISA**

The Employee Retirement Income Security Act of 1974, as amended, a federal law that governs group benefit plans.

**Full-Time Employee**

An active employee who works on a regular 40-hour work week schedule and is not a part-time or temporary employee.

21

EMB00011473

**Insurer**

The insurer has responsibility for claim determination and claim appeals.

**Leased Employee**

Leased employee as defined in the Internal Revenue Code, section 414(n), as amended.

**Normal Retirement Age**

Age as defined by the federal Social Security Administration on the date your disability starts.

**Own Occupation**

The essential functions you regularly perform that provide your primary source of earned income.

**Part-Time Employee**

An active employee who works at least 50% but less than 100% of the regular work schedule for that location, but who is not a temporary employee.

**Physician**

- A person licensed to practice medicine in the jurisdiction where such services are performed; or

- any other person whose services, according to applicable law, must be treated as physician's services for purposes of the Group Policy. Each such person must be licensed in the jurisdiction where he performs the service and must act within the scope of that license. He must also be certified and/or registered if required by such jurisdiction.

Does not include:

- you;

- your spouse; or

- any member of your immediate family including your and/or your spouse's:

  o parents;

  o children (natural, step or adopted);

  o siblings;

  o grandparents; or

  o grandchildren.

**Pre-Disability Earnings**

Gross salary or wages you were earning from Alcoa USA as of your last day of active work before your disability began. We calculate this amount on a weekly basis for a S&A benefit payment and on a monthly basis for a benefit payment under the LTD Plan.

Confidential

EMB00011474

Includes:

- contributions you were making through a salary reduction agreement with Alcoa USA to any of the following:
  - o an Internal Code (IRC Section 401(k), 403(b) or 457 deferred compensation arrangements;
  - o an executive non-qualified deferred compensation arrangement; and
  - o your fringe benefits under an IRC Section 125 plan.

Does not include:

- commissions;
- awards and bonuses;
- overtime pay;
- the grant, award, sale conversion and/or exercise of shares of stock or stock options;
- Alcoa USA's contributions on your behalf of any deferred compensation arrangement or pension plan; or
- any other compensation from Alcoa USA.

**Proof**

Written evidence satisfactory to the claims administrator that a person has satisfied the conditions and requirements for any benefit described under this plan. When a claim is made for any benefit described under this plan, Proof must establish:

- the nature and extent of the loss or condition;
- the claim's administrator's obligation to pay the claim; and
- your right to receive payment.

Proof must be provided at the claimant's expense.

**Rehabilitation Program**

A program that has been approved by the claims administrator for the purpose of helping you return to work. It may include, but is not limited to, your participation in one or more of the following activities:

- return to work on a modified basis with a goal of resuming employment for which you are reasonably qualified by training, education, experience and past earnings;
- on-site job analysis;
- job modification/accommodation;
- training to improve job-seeking skills;
- vocational assessment;
- short-term skills enhancement;
- vocational training; or

Confidential

EMB00011475

- restorative therapies to improve functional capacity to return to work.

**Retirement Plan**

A plan that:

- provides retirement benefits to employees; and

- is funded in whole or in part by Alcoa USA contributions.

Does not include:

- profit sharing plans;

- thrift or savings plans;

- non-qualified plans of deferred compensation;

- plans under IRC Section 401(k) or 457;

- individual Retirement accounts (IRA);

- tax sheltered annuities (TSA) under IRC Section 403(b);

- stock ownership plans; or

- Keogh (HR-10) plans.

**Sickness**

Illness, disease or pregnancy, including complications of pregnancy.

**Temporary Employee**

An employee paid through Alcoa USA's payroll system who:

- does not work on a regular schedule, or works less than 50% of the regular hours for that location, or works 50% or more of the regular hours for that location but is hired for a specified period of time not to exceed 12 months; and

- is not eligible for any company benefits.

Confidential

EMB00011476

# General Plan Provisions for Life Insurance and AD&D

This section contains general information that applies to both your Company-provided and optional employee-paid life insurance and Accidental Death & Dismemberment (AD&D) coverage. For detailed information on Company-provided life insurance and AD&D, see information beginning on page 30. For optional employee-paid life insurance and AD&D, see information beginning on page 44.

## Your Beneficiary

When you are first eligible for coverage under the Plan, you must name one or more primary beneficiaries to receive your life insurance benefit if you die. You also may name contingent beneficiaries. You may designate or change your beneficiary via the UPoint™ website **http://digital.alight.com/alcoausa** , or you may call 1-844-31ALCOA (1-844-312-5262) and select the "Life Insurance" option. If you enter your request via UPoint, the change takes effect on the date your online request is submitted. If you submit a paper form, the change is effective on the date you sign the form. However, no beneficiary change will apply to any benefit payment made before the change was received by the claim administrator.

If you do not have a beneficiary on file at the time of your death, benefits will be paid to your estate. The claims administrator may instead pay that amount to your spouse or certified domestic partner, child(ren), parent(s) and/or sibling(s). Any of these payment arrangements discharge the claims administrator's liability for the amount paid.

The beneficiary you choose for Company-provided life insurance automatically will be your beneficiary for your business travel accident insurance benefits (see page 41).

Any questions concerning designations of beneficiaries should be directed to your attorney or estate-planning professional.

### If Your Beneficiary Dies Before You

A beneficiary's rights end if he or she dies before you. If this happens, the share for that beneficiary is divided among the remaining beneficiaries, unless you have made some other designation. If there is no primary beneficiary alive when you die, that amount is payable to your contingent beneficiary, if any, or to your estate. Payment is made to a contingent beneficiary only if all primary beneficiaries die prior to your death. The claims administrator may instead pay that amount to your spouse or certified domestic partner, child(ren), parent(s) and/or sibling(s). Any of these payment arrangements discharge the life insurance claims administrator's liability for the amount paid.

Confidential

EMB00011477

## How Benefits Are Paid

If the total of your life insurance and AD&D payment (not including business travel accident payment) to a beneficiary is:

■ more than $5,000, the claim may be paid by the establishment of a Total Control Account (TCA). The TCA is a settlement option or method used to pay claims in full. MetLife establishes an interest-bearing account that provides your beneficiary with immediate access to the entire amount of the insurance proceeds. MetLife pays interest on the balance in the TCA from the date the TCA is established, and the account provides for a guaranteed minimum rate. Your beneficiary can access the TCA balance at any time without charge or penalty, simply by writing drafts in an amount of $250 or more. Your beneficiary may withdraw the entire amount of the benefit payment immediately if he or she wants. Please note the TCA is not a bank account and not a checking, savings or money market account.

■ less than $5,000, your beneficiary automatically receives a check for the full amount.

## Ability to Assign, Accelerate, Convert or Continue Your Coverage

Depending upon the type of insurance coverage you have, you may be able to assign benefits, accelerate benefit payment and convert or continue your coverage when you leave the Company. The chart on page 27 highlights which Plan provisions apply to each type of coverage.

## Assignment of Benefits

If you choose, you may assign your rights to your life insurance and/or AD&D insurance. Assignment means that you give all rights to your coverage to your assignee, including the right to:

■ any payments that would have otherwise been paid to you;

■ name and/or change the beneficiary who will receive any death benefit from your life insurance;

■ designate the method of payment;

■ make any further assignment; and

■ receive notification of any conversion privilege.

To assign your benefit, you must request an assignment form from the claims administrator by calling 1-800-451-4192. The completed form (including the assignee's witnessed signature accepting the assignment) must be sent to the claim administrator.

If you choose assignment for your Company-provided life insurance, you must elect a separate beneficiary for your business travel accident insurance by calling 1-855-276-2410.

Confidential

EMB00011478

## Accelerated Benefit Option

The Accelerated Benefit Option (ABO) is designed to assist you with the financial burden of a terminal illness. You may apply for accelerated benefits if you are diagnosed as terminally ill (that is, generally considered to have less than six months to live).

Accelerated benefits may be elected only once and are paid in a lump sum. You must have at least $10,000 in life insurance to elect ABO. In addition, some states mandate the minimum amount payable as an ABO.

The maximum accelerated benefit amount payable is 50% of your Company-provided life insurance coverage in effect and $250,000 in optional life insurance.

Accelerated benefits may be taxable. If so, you or your beneficiary may incur a tax obligation. Consult a personal tax advisor to determine the impact of this benefit.

Any accelerated benefit amounts you receive will reduce death benefits payable to a beneficiary and may affect eligibility for Medicaid and other government benefits or entitlements.

For more information on ABO, call 1-844-31ALCOA (1-844-312-5262) and select the "Life Insurance" option.

| Overview of Plan Provisions for Each Type of Coverage | | | | |
|---|---|---|---|---|
| **Type of Coverage** | **Assignment** | **Accelerated Benefit** | **Convertible** | **Portable** |
| Company-Provided Life Insurance | Yes | Yes | Yes | No |
| Voluntary Life Insurance | Yes | No | Yes | No |
| Additional Voluntary Life Insurance | Yes | No | Yes | No |
| Supplemental Life Insurance | Yes | No | Yes | No |
| Contributory Life Insurance | Yes | No | Yes | No |
| Accidental Death & Dismemberment (AD&D) Insurance | Yes | No | No | No |
| Business Travel Accident Insurance | Yes | No | No | No |
| MetLife Group Universal Life (GUL) Insurance Products | | | | |
| GUL–Cash Accumulation Fund | Yes | Yes | No | Yes |
| Term Insurance for You | Yes | Yes | No | Yes |
| Term Insurance for Your Spouse or certified domestic partner | No | Yes | No | Yes |

Confidential

EMB00011479

## How to Convert or Continue Coverage

If you terminate your employment with the Company or retire, you may:

- **convert** all or part of your Company-provided and optional employee-paid life insurance coverages, except MetLife Group Universal Life (GUL), to a personal policy (see "Converting to a Personal Policy" below).

- **continue** any GUL coverage you elect. This is called "portability of coverage" (see explanation below) and differs from converting to a personal policy.

### Converting to a Personal Policy

You have the opportunity to convert your life insurance to a personal policy if your life insurance is terminated or reduced because you leave the Company for any reason, including retirement, or the Plan ends. You must apply to the life insurance claims administrator in writing within 31 days after the date your Company-provided life insurance ends or is reduced.

The converted coverage must be a type of coverage issued by the claims administrator and must be an amount equal to or less than the coverage being terminated or reduced.

If you lose coverage because the Plan ends, you must have been covered under the Plan for at least five years to have this conversion privilege. In this situation, you can convert no more than the lesser of:

- the amount of your life insurance coverage on the date that the life insurance Plan ends, less any group policy amount issued within 31 days after the life insurance Plan ends; or

- $2,000 (for New Hampshire residents, this amount is $10,000).

You can obtain a personal policy without a medical examination. The personal policy will not include disability or AD&D benefits.

Converted coverage becomes effective on the 32nd day after Company-provided life insurance ends or is reduced. If you die before that date, the life insurance claims administrator will pay your beneficiary the highest amount of life insurance for which a policy could have been issued, whether or not you had applied for a personal policy.

Call the claims administrator at 1-800-638-6420 for more information or to apply for a personal policy.

### Portability of Coverage

If you terminate employment or retire, you may continue the full amount or a lower amount of Group Universal Life (GUL) coverage up to a maximum of $1,000,000.* This is called portability of coverage and differs from converting to a personal policy.

\*   *The maximum amount of employee life insurance that can be continued for residents of Michigan is $149,000. Residents of South Dakota, Oregon or Vermont cannot continue life insurance but can convert coverage.*

Confidential

EMB00011480

Once you elect portability of coverage, you may only decrease the amount of coverage in the future; you cannot increase it. Your continued (ported) coverage will reduce by 50% at age 70 and end at age 80. (The 50% reduction at age 70 or the amount cancelled at age 80 may be converted to a personal policy, as described on page 28.)

To apply for portability of coverage, you must contact the claims administrator in writing within 31 days of the date of your termination or retirement. The portability process must be completed within 90 days from the date coverage ends.

If you elect portability, your coverage begins the month following the month in which your employment ends. You will receive your premium notices on a monthly basis, and you will make payments directly to the insurance company.

The cost of porting coverage is usually lower than the cost of converting to a personal policy. Evidence of insurability may be required.

Confidential

EMB00011481

# Company-Provided Life Insurance

Your Company-provided life insurance offers financial security for your family in the event of your death.

## Who Pays the Cost

The Company pays the full cost of your Company-provided life insurance coverage.

## Enrollment

You automatically are enrolled in Company-provided life insurance on your first day of work. However, you must complete a beneficiary designation form. To obtain this form, call 1-844-31ALCOA (1-844-312-5262) and select the "Life Insurance" option. For more information on designating a beneficiary, see "Your Beneficiary" on page 25.

## When Coverage Begins

Your Company-provided life insurance coverage begins on the first day you are actively at work.

## When Coverage Ends

Company-provided life insurance coverage ends on your last day of active work, unless you are laid off, suspended, totally disabled or on an approved leave of absence (including FMLA leave and leave of absence for Duty in the Uniformed Services) or retire, as described below. See "Coverage While Not at Work" beginning on page 31 for information on when coverage may continue.

## Benefit Payment

### For an Active Employee

If you are an active employee and die from any cause while coverage is in effect, your beneficiary will receive $48,000.

### For a Retiree (excluding Deferred Vested Retirement)

If you retire:

- at age 62 or older, the amount of your Company-provided life insurance is reduced to $7,500.

- before age 62, your Company-provided life insurance is maintained in full until you reach age 62; then it is reduced to $7,500.

See "How Benefits are Paid" on page 26 for more information on how benefits are paid by the claims administrator.

Confidential

EMB00011482

## Continuing Coverage at Termination of Employment

If you terminate employment, you may convert the full amount or a lower amount of Company-provided life insurance in effect at termination to a personal policy.

Also, if you retire and your Company-provided life insurance is reduced to $7,500, you may convert the amount by which your life insurance is reduced (up to $40,500) to a personal policy.

For more information, see "Converting to a Personal Policy" on page 28.

## Coverage While Not at Work

In certain situations, your Company-provided life insurance may continue while you are not at work. This continuation begins on the last day of the pay period in which you were actively at work and ends based on your status, as described in the following sections.

### If You Are Laid Off or Suspended

If you are laid off or suspended, Company-provided life insurance coverage continues as shown below.

| Company-Provided Life Insurance During Layoff/Suspension ||
|---|---|
| **Accumulated departmental seniority at start of layoff/suspension:** | **Coverage may continue for up to:** |
| Less than 2 years | 6 months* |
| 2 years but less than 10 years | 1 year* |
| 10 or more years | 2 years |

\* While on layoff/suspension, you may continue coverage up to a total of 24 months, dependent upon your seniority, by paying the appropriate premium.

### If You Are Disabled

If your disability is *not* work related, Company-provided life insurance coverage continues as shown below.

| Company-Provided Life Insurance During Non-Work-Related Disability ||
|---|---|
| **Accumulated departmental seniority at start of disability absence:** | **Coverage may continue for up to:** |
| Less than 2 years | 1 year |
| 2 or more years | 2 years |

Confidential

EMB00011483

If your disability *is* work related, Company-provided life insurance coverage continues as shown below.

| Company-Provided Life Insurance During Work-Related Disability | |
| --- | --- |
| **Accumulated departmental seniority at start of disability absence:** | **Coverage may continue for up to:** |
| Less than 2 years | 2 years |
| 2 or more years | 4 years |

The Company-provided coverage may not continue beyond the date of final payment of workers' compensation benefits (or the end of the period used to figure a lump-sum workers' compensation payment).

## If You Are Totally Disabled

If you become totally disabled before age 65, your Company-provided life insurance is continued by the Company.

For purposes of life insurance coverage, totally disabled means that, due to sickness or injury, you are completely unable to engage in any business or occupation and cannot perform any work for compensation or profit.

Your Company-provided coverage will continue if you:

- remain totally disabled until the later of the date you reach age 65 or retire; and
- provide written proof to the life insurance claims administrator that your disability has lasted without a break for at least nine months. This proof must be given within one year of the date your disability began. After the initial notice, you must submit proof of your continued total disability at least once each year. The claims administrator may require that you be examined by doctors of its choice, at Company expense.

The life insurance amount in effect on the date your disability begins will continue until the later of the date you reach age 62 or retire; then coverage is reduced (see "Benefit Payment" on page 30). You must provide the life insurance claims administrator with proof of your total disability when required or your Company-provided life insurance coverage will end.

## If You Take a Leave of Absence

If you take an approved leave of absence, your Company-provided life insurance continues for two months (or until the end of the month in which your leave ends if any day other than the last day of the month).

## If You Take a Family or Medical Leave of Absence

If you take an approved leave under the Family and Medical Leave Act (FMLA), Company-provided life insurance continues during your leave. See the *Work & Personal Life Benefit Programs* booklet for information on FMLA.

Confidential

EMB00011484

**If You Take a Leave of Absence for Duty in the Uniformed Services**

If you are absent from work due to an approved leave of absence for training or duty in the "uniformed services" (which include the Army, Navy, Marine Corps, Air Force, Coast Guard and Public Health Service commissioned corps, as well as the reserve components of each of these services), your Company-provided life insurance continues for up to 12 months, starting on the date your uniformed service begins.

If you had 10 or more years of accumulated departmental seniority at the start of your uniformed service, your coverage continues for up to 24 months, starting on the date your uniformed service begins.

**If You Retire (excluding Deferred Vested Retirement)**

Your Company-provided life insurance is maintained in full until the later of:

- the date you reach age 62; or
- your retirement date (the first day of the month in which retirement is approved to commence).

If you retire:

- at age 62 or older, the amount of your Company-provided life insurance is reduced to $7,500.
- before age 62, your Company-provided life insurance is maintained in full until you reach age 62; then it is reduced to $7,500.

You may convert the amount of life insurance that is reduced to a personal policy, as described on page 28.

33

EMB00011485

# Will Preparation Services

Will preparation services are available to Company employees and retirees who are covered for Company-paid group term life insurance through Metropolitan Life Insurance Company (MetLife).

This service is provided by Hyatt Legal Plans, a MetLife Company, and is available to you while you remain covered by Company-paid group term life insurance, which is insured by MetLife.

You may have a will prepared or update an existing will for yourself and your spouse or certified domestic partner by a participating attorney at no cost to you. This service also includes the preparation of Living Wills and Powers of Attorney. Estate Resolution Services are also available at no cost if you use a participating Hyatt Legal Plans attorney.

If you go to a non-participating attorney, you must submit a claim to be reimbursed for covered services. In this case, the amount of reimbursement is based on a set fee schedule, and you must pay any difference between the set fee and the attorney's actual charge.

Living trusts and tax planning services are *not* covered by the Will Preparation Service.

To use the service, follow the instructions below.

- Call Hyatt Legal Plans' toll-free telephone number, 1-800-821-6400, weekdays from 8 a.m. to 6 p.m., Eastern Time.

- Provide the client service representative with Alcoa's Group Number 164097 and your Social Security number (employee or retiree number only).

- The representative will then assist you in locating a participating attorney in your area and provide you with a case number to give to the participating attorney of your choice.

- Call the participating attorney and schedule an appointment to begin the process of preparing or updating your will.

From time to time eligible services may change. For more information about covered services or to obtain a claim form, call Hyatt Legal Plans directly at 1-800-821-6400.

**Important Note:**

The services provided by Hyatt Legal Plans are not sponsored by the Company, nor are they endorsed by the Company or the participating Unions listed on page 52. The Company and the Unions make no recommendation regarding the use of these services.

Confidential

EMB00011486

# Company-Provided Accidental Death and Dismemberment (AD&D) Insurance

Accidental death and dismemberment insurance (AD&D) provides financial protection in the event you die or are dismembered as a result of an accident. In the case of accidental death, this benefit would be paid in addition to any life insurance you have.

If you are injured in an accident that occurs while AD&D coverage is in effect, AD&D benefits will be paid for a covered loss shown in the chart on page 36 as long as the:

- accident is the sole cause of the injury; and
- injury is the sole cause of the covered loss.

## Who Pays the Cost

The Company pays the full cost of your AD&D coverage.

## Enrollment

You automatically are enrolled in Company-provided AD&D coverage on your first day of work.

## When Coverage Begins

Your Company-provided AD&D coverage begins on the first day you are actively at work.

## When Coverage Ends

Company-provided AD&D coverage ends on your last day of active work, unless you are laid off, suspended, totally disabled or on an approved leave of absence (including FMLA leave and leave of absence for Duty in the Uniformed Services) or retire. See "Coverage While Not at Work" beginning on page 39 for information on when coverage may continue.

You cannot continue (port) or convert AD&D coverage (see chart on page 27).

Confidential

EMB00011487

## Covered Losses

AD&D benefits are payable as shown below if you die or suffer certain bodily losses as the direct result of an accidental injury.

| AD&D Coverage | |
|---|---|
| **Covered Loss (subject to exclusions)** | **Benefit Amount** |
| Life | $96,000 |
| A hand | $48,000 |
| A foot | $48,000 |
| Sight of an eye | $48,000 |
| Any combination of a hand, a foot or sight of an eye | $96,000 |
| Thumb and index finger of same hand | $24,000 |
| Speech and hearing in both ears | $96,000 |
| Speech or hearing in both ears | $48,000 |
| Quadriplegia (total paralysis of both upper and lower limbs) | $96,000 |
| Paraplegia (total paralysis of both lower limbs) | $48,000 |
| Hemiplegia (total paralysis of upper and lower limbs on one side of the body) | $48,000 |

*Loss of sight of an eye means that the eye is entirely blind and that no sight can be restored in that eye.*

*Loss of a hand means that all of the hand is cut off at or above the wrist.*

*Loss of a foot means that all of the foot is cut off at or above the ankle.*

*Loss of thumb and index finger means actual severance through or above the third joint from the tip of the index finger and the second joint from the tip of the thumb.*

*Loss of speech and hearing means an entire and irrevocable loss that has lasted continuously for 12 consecutive months following the injury.*

*Paralysis means the loss of use, without severance, of a limb. Paralysis must be determined by a competent medical authority to be permanent, complete and irreversible.*

### Burn Benefit

If you sustain a third degree burn in an accident, you will receive a burn benefit. The maximum you will be paid for a Burn Benefit for any one loss is determined by multiplying the percentage of the applicable body part actually burned times the Maximum Amount Payable for that body part, as shown in the table below. The attending physician will determine the percentage of body part actually burned.

| Burn Benefit | |
|---|---|
| **Body Part** | **Max Benefit for Body Part** |
| Face, Neck or Head | $48,000 |
| Front or Back Torso | $24,000 |
| One Hand & Forearm | $19,200 |
| One Upper Arm | $9,600 |
| One Thigh or One Lower Leg (below knee) | $4,800 |

36

EMB00011488

*For example, the maximum amount payable for a third degree burn to the back torso is $24,000. If you incur a third-degree burn covering 50% of your back torso, your burn benefit would be $12,000.*

**Maximum Benefit for All Covered Burns in Each Accident**

When multiple covered burns are sustained in one accident, the AD&D benefit is payable for each loss, up to the maximum AD&D benefit amount of $96,000.

**Maximum Benefit for All Covered Losses in Each Accident**

When multiple covered losses are sustained in one accident, the AD&D benefit is payable for each loss, up to the maximum AD&D benefit amount of $96,000.

## Payment of Benefits

Payment of AD&D benefits for a covered loss is paid in a lump sum when the claims administrator receives notice and satisfactory proof of the loss.

AD&D benefits will be paid :

- to your beneficiary for the loss of your life; or
- to you for any other covered loss you sustain.

## Motor Vehicle Accident Benefit

The claims administrator will pay an additional amount equal to 10% of the total amount of AD&D coverage in effect for the loss of life that results from injuries sustained while driving or riding in a private passenger car if your seat belt was properly fastened. Payment of the additional 10% will not be made if you were under the influence of alcohol or drugs while operating the motor vehicle.

"Passenger car" means any validly registered four-wheel private passenger car. It does not include:

- any commercially licensed car; or
- a private passenger car that is being used for commercial purposes.

"Seat belt" means any restraint device that:

- meets published federal safety standards;
- has been installed by the car manufacturer; and
- has not been altered after such installation.

The investigating officer must certify the correct position of the seat belt, and a copy of the police report must be submitted with the claim.

The AD&D exclusions listed in the next section also apply to the motor vehicle accident benefit.

Confidential

EMB00011489

## Exclusions for Company-Provided AD&D Coverage

AD&D benefits will *not* be paid for any covered loss if it in any way results from or is caused or contributed to by:

- physical or mental illness or infirmity, or the diagnosis or treatment of such illness or infirmity;

- Infection, other than infection occurring in an external accidental wound;

- suicide or attempted suicide;

- Intentionally self-inflicted injury;

- The voluntary intake or use by any means of

  —any drug, medication or sedative, unless it is:

    - taken or used as prescribed by a Physician; or

    - an "over the counter' drug, medication or sedative taken as directed

  —alcohol in combination with any drug, medication, or sedative; or

  —poison, gas or fumes

- committing or attempting to commit a felony;

- war, whether declared or undeclared; or act of war, insurrection, rebellion, riot, or terrorist acts;

- Service in the armed forces of any country or international authority. However, service in reserve forces does not constitute service in the armed forces, unless in connection with such reserve service an individual is on active military duty as determined by the applicable military authority other than weekend or summer training. For purposes of this provision reserve forces are defined as reserve forces of any branch of the military of the United States or of any other country or international authority, including but not limited to the National Guard of the United States or the national guard of any other country;

- Any incident related to:

  —travel in an aircraft as a pilot, crew member, flight student or while acting in any capacity other than as a passenger;

  —travel in an aircraft for the purpose of parachuting or otherwise exiting from such aircraft while it is in flight;

  —parachuting or otherwise exiting from an aircraft while such aircraft is in flight, except for self-preservation;

  —travel in an aircraft or device used:

- for testing or experimental purposes;

- by or for any military authority;

- for travel or designed for travel beyond the earth's atmosphere; or

38

EMB00011490

- Exclusion for intoxication:

   —Benefits will not be paid under this section for any loss if the injured party is intoxicated at the time of the incident and is the operator of a vehicle or other device involved in the incident.

   —Intoxicated means that the injured person's blood alcohol level met or exceeded the level that creates a legal presumption of intoxication under the laws of the jurisdiction in which the incident occurred.

## Coverage While Not at Work

Company-provided AD&D coverage may continue while you are not at work. This continuation begins on the last day of the pay period in which you were actively at work and ends based on your status, as described in the following sections.

### If You Are Laid Off or Suspended

If you are laid off or suspended, Company-provided AD&D coverage continues as shown below.

| Company-Provided AD&D Coverage After Layoff/Suspension ||
|---|---|
| **Accumulated departmental seniority at start of layoff/suspension:** | **Coverage may continue for up to:** |
| Less than 2 years | 6 months* |
| 2 years but less than 10 years | 1 year* |
| 10 or more years | 2 years |

*  *While on layoff/suspension, you may continue coverage up to a total of 24 months, dependent upon your seniority, by paying the appropriate premium.*

### If You Are Disabled

If your disability is *not* work related, Company-provided AD&D coverage continues as shown below.

| Company-Provided AD&D Coverage During Non-Work-Related Disability ||
|---|---|
| **Accumulated departmental seniority at start of disability absence:** | **Coverage may continue for up to:** |
| Less than 2 years | 1 year |
| 2 or more years | 2 years |

If your disability *is* work related, Company-provided AD&D coverage continues as shown below.

| Company-Provided AD&D Coverage During Work-Related Disability ||
|---|---|
| **Accumulated departmental seniority at start of disability absence:** | **Coverage may continue for up to:** |
| Less than 2 years | 2 years |
| 2 or more years | 4 years |

Confidential

EMB00011491

Coverage may not continue beyond the date of final payment of workers' compensation benefits (or the end of the period used to figure a lump-sum workers' compensation payment).

**If You Take a Leave of Absence**

If you take an approved leave of absence, your Company-provided AD&D insurance continues for two months. If coverage would normally end on any day but the last day of the second month, coverage will be continued until the end of the second month.

**If You Take a Family or Medical Leave of Absence**

If you take an approved leave under the Family and Medical Leave Act (FMLA), Company-provided AD&D insurance continues during your leave. See the *Work & Personal Life Benefit Programs* booklet for information on FMLA.

**If You Take a Leave of Absence for Duty in the Uniformed Services**

If you are absent from work due to an approved leave of absence for training or duty in the "uniformed services" (which include the Army, Navy, Marine Corps, Air Force, Coast Guard and Public Health Service commissioned corps, as well as the reserve components of each of these services), your Company-provided AD&D insurance continues for up to 12 months, starting on the date your uniformed service begins.

If you had 10 or more years of accumulated departmental seniority at the start of your uniformed service, your coverage continues for up to 24 months, starting on the date your uniformed service begins.

**If You Terminate Employment or Retire**

AD&D insurance coverage ends at termination of employment or retirement. You cannot continue (port) or convert coverage to an individual personal policy.

Confidential

EMB00011492

# Business Travel Accident Insurance

The Company provides business travel accident insurance at no cost to you. This coverage is automatic and no enrollment is required.

Business travel accident insurance pays a benefit if you die accidentally or suffer certain bodily losses while you are traveling on authorized Company business, including travel to transfer from one Company work location to another. Coverage is provided for your spouse or certified domestic partner and/or dependent children if they accompany you on a business trip. Dependent children also include the children of a certified domestic partner.

Your business trip is considered to have begun when you leave your residence or regular work location on authorized Company business and continues until you return to your residence or regular work location.

For you, business travel accident insurance benefit coverage is the greater of:

■ $100,000; or

■ three times your annual base pay up to a maximum of $1.5 million.

Annual base pay is determined by multiplying your hourly base rate of pay on the date of the accident, by 2,080.

Business travel accident insurance coverage is $25,000 for your spouse or certified domestic partner and $10,000 for each dependent child, provided they are accompanying you on a business trip authorized by and at the expense of the Company. Dependent children also include the children of a certified domestic partner.

## Effect on Life and AD&D Insurance

If your covered loss occurs while you are traveling on Company business, business travel accident benefits are paid in addition to the total amount of life insurance and/or AD&D benefits paid to you or your beneficiary.

## Schedule of Benefits

Benefits are payable for death, covered accidental death and dismemberment (AD&D) losses and loss of use as shown in the chart on page 36.

If more than one insured person suffers a loss in the same accident, the insurance company will not pay more than $20 million per accident. If the applicable benefit amount for the loss would exceed the maximum, the maximum will be divided proportionally among the covered persons, based on each applicable benefit amount.

If a covered person has multiple losses as the result of one accident, the insurance company will pay only the single largest benefit applicable to the losses suffered.

41

Any benefits for your death are paid automatically to your beneficiary; benefits for your dismemberment or loss of use or for an eligible dependent's loss are paid to you.

| Business Travel Accident Insurance Benefits | |
|---|---|
| **Covered Losses** | **Benefit** |
| Life | 100% |
| Speech and hearing | 100% |
| Speech and a hand, a foot or sight of one eye | 100% |
| Hearing and a hand, a foot or sight of one eye | 100% |
| Both hands; both feet; sight of both eyes; or a combination of a hand, a foot or sight of one eye | 100% |
| One hand, one foot or sight of one eye | 50% |
| Speech or hearing | 50% |
| Thumb and index finger of the same hand | 25% |

*Loss of sight of an eye means total and irrevocable loss of sight to the extent of legal blindness.*

*Loss of a hand or foot means the total and permanent loss of function of a hand or a foot.*

*Loss of speech means the permanent and irrecoverable total loss of the capability of speech without the aid of mechanical devices, as determined by a physician.*

*Loss of hearing means the total and permanent loss of function.*

## Exclusions

Business travel accident insurance benefits are *not* payable if:

- the loss is caused by or results from an employee's or eligible dependent's emotional trauma, mental or physical illness, disease, pregnancy, childbirth or miscarriage, bacterial or viral infection (except if the bacterial infection is caused by the accident or because of consuming a substance that is contaminated by bacteria), or bodily malfunctions;

- the loss is due to suicide, attempted suicide, or a self-inflicted injuries;

- you are incarcerated; or

- you are in the service in the armed forces.

## Your Beneficiary

The beneficiary you name for your Company-provided life insurance automatically is the beneficiary for your business travel accident insurance. However, if you assign your life insurance (as described on page 26), you must make a separate beneficiary designation for your business travel accident insurance by calling 1-855-276-2410.

42

EMB00011494

## When Coverage Ends

Business travel accident insurance ends when you are no longer eligible to participate in the Plan or on the date your employment ends for any reason, including retirement. You cannot continue (port) or convert your business travel accident insurance coverage.

## Assignment of Benefits

If you choose, you may assign your rights to business travel accident insurance (see chart on page 42). You must request an assignment form by calling the claims administrator at 1-855-276-2410.

Confidential

EMB00011495

# Optional Employee-Paid Life Insurance

To supplement your Company-provided life insurance, you may purchase additional coverage through MetLife's Group Universal Life (GUL) product line.

The following life insurance programs are available *only* to employees who were participants before these programs were closed to new enrollments:

- voluntary life and AD&D insurance;

- additional voluntary life and AD&D insurance;

- supplemental life and AD&D insurance; and

- contributory life and AD&D insurance.

Each of these programs is described in the following sections.

## Group Universal Life (GUL)

The MetLife Group Universal Life (GUL) program provides you the opportunity to purchase additional life insurance for you and your dependents. You may elect term life insurance or Group Universal Life (GUL) for yourself and term life insurance for your spouse or certified domestic partner and dependent children.

**Important Note:**

The GUL program is not sponsored by the Company or the participating Unions listed on page 52 nor is it endorsed by the Company or the Unions. The Company and the Unions make no recommendation regarding the purchase of this coverage. *The program is not covered by ERISA and the rights described in "Administrative Information" beginning on page 52 do not apply to this program.*

**Who Is Eligible**

You, your spouse or certified domestic partner and unmarried dependent children under age 26 are eligible for life insurance coverage under this program, if you are an active full-time hourly employee at a Company location or participating subsidiary that offers the program. Dependent children also include the children of a certified domestic partner.

The following are not eligible: part-time, agency, leased or contract employees and other individuals who are not on the Company payroll, as determined by the Company, without regard to any court or agency decision determining common-law employment status.

44

EMB00011496

**Coverage for a Domestic Partner**

You can cover your domestic partner of the same or opposite gender under the Group Universal Life (GUL) program (see the definition on page 50).

When you enroll a domestic partner, you will be required to provide proof that your partner meets the Company's eligibility guidelines. Once this required proof is accepted by the Plan, your domestic partner is considered a "certified domestic partner." Required proof includes, but is not limited to:

- a valid state-issued marriage certificate (for same-gender couples) or a Declaration of Domestic Partner Affidavit, which among other documentation requires you to prove that your relationship has existed for at least 12 months, and that you and your partner are financially interdependent;

- documentation showing that you both reside at the same address; and

- two other forms of proof, such as a lease or deed in the names of both parties which describes the parties as joint tenants, or tenants by the entirety, or proof of a joint checking, savings or credit card account.

For a complete list of required documentation, call 1-844-31ALCOA (1-844-312-5262), or go to the UPoint website at **digital.alight.com/alcoausa**.

**Enrollment**

You may enroll for GUL at any time by contacting MetLife at 1-800-523-2894. You will not have to provide evidence of insurability, subject to certain limits, if you enroll within 60 days of your hire or eligibility date.

**Coverage Options**

The GUL program offers the following coverage options.

- Term life insurance for you from one to five times your annual compensation (rounded to the next higher $5,000), which includes an accidental death benefit.

- GUL insurance for you from one to five times your annual compensation (rounded to the next higher $5,000), which includes an accidental death benefit. You also may participate in a tax-deferred cash accumulation fund.

- Term life insurance for your spouse or certified domestic partner in $10,000 increments of coverage to a maximum of $50,000 or $100,000; and for your dependent child(ren) a choice of $2,000, $4,000 or $10,000 per child.

**Who Pays the Cost**

You pay the full cost of any GUL/Term Life Insurance you choose with after-tax dollars deducted from your paycheck.

The cost for GUL/Term Life Insurance for yourself is based on your age, whether or not you use tobacco products and the amount of coverage you choose based on your annual compensation. The cost of coverage for your spouse or certified domestic partner is based on his or her age and the coverage amount. The cost for child coverage is a flat amount based on the coverage level chosen.

Confidential

EMB00011497

Your cost for GUL/Term Life Insurance for yourself will change as of January 1 each year, based on your age and your annual compensation as of December 31 of the previous year. The cost of insurance for your spouse or certified domestic partner may increase based on his or her age as of December 31.

**For More Information**

For more information on MetLife's GUL product line or to enroll, call MetLife directly at 1-800-523-2894.

## Frozen Optional Life Insurance and AD&D Programs

The following life insurance and AD&D programs are available only to employees who were enrolled in these programs as of March 1, 1978.

- **Voluntary life and AD&D insurance** allowed a participating employee to purchase additional life insurance and AD&D coverage based on his or her annual compensation as of 1976.

- **Additional voluntary life and AD&D insurance** was available only to a participating employee insured for $25,000 or more under the voluntary life insurance and AD&D program, who enrolled on or before September 1, 1974.

- **Supplemental life and AD&D insurance** allowed a participating employee to purchase additional life insurance and AD&D coverage based on his or her current annual compensation.

The following program was closed to new participants as of November 1, 1987.

- **Contributory life and AD&D insurance** allowed a participating employee to purchase additional life insurance and AD&D coverage up to four times his or her annual compensation. This program was available to employees enrolled on or before November 1, 1987.

### Enrollment

Enrollment in the voluntary life insurance, additional voluntary life insurance and supplemental life insurance programs has been frozen since March 1, 1978. Contributory life insurance enrollment has been frozen since November 1, 1987. No enrollments have been permitted since these dates.

### Who Pays the Cost

You pay your required cost of any optional life insurance and AD&D coverage with after-tax dollars from your paycheck.

### When Coverage Ends

Your optional life insurance and AD&D coverage ends on the earlier of the date:

- you are no longer an employee of the Company;

- you fail to pay your required premiums;

- you are no longer eligible for coverage under the Plan; or

- the Plan ends.

46

EMB00011498

If you leave the Company or retire, you may convert any optional life insurance that ends or is reduced to a personal policy; however, all AD&D coverage ends. See "Converting to a Personal Policy" on page 28 for more information.

## Coverage While Not at Work

All frozen optional life insurance and AD&D coverage may continue while you are not at work, provided you continue to pay your required premiums. This continuation begins on the last day of the pay period in which you were actively at work and ends based on your status, as described in the following sections.

## If You Are Laid Off or Suspended

If you are laid off or suspended, optional life insurance and AD&D coverage continues as shown below.

| Optional Life and AD&D Insurance During Layoff/Suspension | |
|---|---|
| **Accumulated departmental seniority at start of layoff/suspension:** | **Coverage\* may continue for up to:** |
| Less than 2 years | 6 months |
| 2 years but less than 10 years | 1 year |
| 10 or more years | 2 years |

\*   *While on layoff/suspension, you may continue coverage up to a total of 24 months, dependent upon your seniority, by paying the appropriate premium.*

## If You Are Disabled

If you are disabled, optional life insurance and AD&D continues as shown below.

| Optional Life Insurance and AD&D During Disability Absence | |
|---|---|
| **Accumulated departmental seniority at start of disability absence:** | **Coverage may continue for up to:** |
| Less than 2 years | 1 year for life and AD&D insurance |
| 2 or more years | 2 years for life insurance; 1 year for AD&D insurance |

## If You Are Totally Disabled

If you become totally disabled before age 60, the Company will pay the cost of your optional voluntary life insurance if you:

- remain totally disabled until you die.

- provide written proof to the claims administrator that your disability has lasted without a break for at least nine months. This proof must be given within one year of the disability date. After the initial notice, you must submit proof of your continued total disability at least once each year. The claims administrator may require that you be examined by a doctor(s) of its choice, at Company expense.

47

EMB00011499

For purposes of life insurance coverage, totally disabled means that, due to sickness or injury, you are completely unable to engage in any business or occupation and cannot perform any work for compensation or profit.

The optional life insurance amount in effect on the date your disability begins will continue until the later of the date you reach age 65 or retire; then coverage is reduced.

You must provide the claims administrator with proof of your total disability when required or your optional life insurance coverage will end.

### If You Take a Leave of Absence

If you take an approved leave of absence, your optional insurance continues for two months. If coverage would normally end on any day but the last day of the second month, coverage will be continued until the end of the second month.

### If You Take a Family or Medical Leave of Absence

If you take an approved leave under the Family and Medical Leave Act (FMLA), your optional insurance continues during your leave. See the *Work & Personal Life Benefit Programs* booklet for information on FMLA.

### If You Take a Leave of Absence for Duty in the Uniformed Services

If you are absent from work due to an approved leave of absence for training or duty in the "uniformed services" (which include the Army, Navy, Marine Corps, Air Force, Coast Guard and Public Health Service commissioned corps, as well as the reserve components of each of these services), your optional insurance continues for up to 12 months, starting on the date your uniformed service begins.

If you had 10 or more years of accumulated departmental seniority at the start of your uniformed service, your optional insurance continues for up to 24 months, starting on the date your uniformed service begins.

### For More Information

If you are enrolled or wish to enroll in the MetLife Group Universal Life (GUL) Program, contact MetLife directly at 1-800-523-2894 for complete information about this program.

If you are enrolled in the frozen optional life insurance and AD&D programs and have a question or need additional information, you may contact MetLife at 1-800-451-4192.

Confidential

EMB00011500

# Definitions

*Here are the definitions for some terms used in this booklet. If you have questions on these or other terms, call 1-844-31ALCOA (1-844-312-5262).*

**Accumulated Departmental Seniority**

The seniority acquired by you since your last date of hire, measured in years, months and days. It is subject to the provisions of the collective bargaining agreement between the Company and your Union.

**Actively at Work**

You are considered actively at work if you:

- are presently at work for the Company; or
- were present at work on the last scheduled working day before:
  - a scheduled vacation;
  - an absence due to a paid holiday, paid jury or witness day, or a paid bereavement day;
  - a scheduled day off within your working schedule;
  - a short-term absence for authorized Local Union business; or
  - a family or medical leave.

**Beneficiary**

The person or persons, organization or legal entity you name as your primary or contingent beneficiary to receive any payment due from the Plan when you die.

- **Primary Beneficiary:** The person(s) or entity first in line to receive the benefit under the Plan when you die.
- **Contingent Beneficiary:** The person(s) or entity next in line to receive the benefit under the Plan when you die if no primary beneficiary survives beyond your death.

**Company**

Alcoa USA Corp. and its affiliated companies that have adopted this Plan.

**Doctor**

A person who is legally licensed to practice medicine and is not related to you. A licensed medical practitioner will be considered a doctor if:

- applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and
- the care and treatment provided by the practitioner is within the scope of his or her license.

49

EMB00011501

**Domestic Partner/Certified Domestic Partner**

Your partner of the same gender or opposite gender who is not otherwise your legal spouse or common-law spouse. In addition, you and your partner must meet the following criteria:

- you must be living together for one or more years;

- you must be financially interdependent; and

- you must not be blood relatives.

You must submit either a valid state-issued marriage certificate (for same gender couples) or an affidavit and supporting documentation as part of the domestic partner verification process. Once this information is accepted by the Plan, your domestic partner will be considered a, "certified domestic partner."

**ERISA**

The Employee Retirement Income Security Act of 1974, a federal law that governs group benefit plans.

**Full-Time Employee**

An active employee who works on a regular work schedule and is not a part-time or temporary employee.

**Layoff**

A temporary absence from employment because of a reduction in the workforce.

**Leased Employee**

Leased employees as defined in the Internal Revenue Code, Section 414(n), as amended.

**Not Work Related**

A disease or injury that does not arise out of (or in the course of) any work for pay or profit. A disease or injury will be deemed to be not work related regardless of cause if you are not entitled to benefits under workers' compensation laws.

**Part-Time Employee**

An active employee who works at least 50% but less than 100% of the regular work schedule for that location, but who is not a temporary employee.

**Retire**

To be eligible for and elect retirement under a Company retirement plan.

50

EMB00011502

**Temporary Employee**

An employee paid on an hourly basis through the Company's payroll system who:

- Does not work on a regular schedule, or works less than 50% of the regular hours for that location, or works 50% or more of the regular hours for that location but is hired for a specified period of time not to exceed 12 months; and

- Is not eligible for any Company benefits.

**Totally Disabled**

Totally disabled means that you are completely unable to perform the duties of your job due to injury, illness or pregnancy, and you must be under a doctor's care.

While disabled, you must receive appropriate care or treatment from a doctor on a continuing basis. For the purpose of this Plan, appropriate care and treatment means that all medical care and treatment must be:

- received from a doctor whose medical training and clinical experience are suitable for treating your disability;

- necessary to meet your basic health needs and of demonstrable medical value;

- consistent in type, frequency, and duration of treatment with relevant guidelines of national medical, research, and health care coverage organizations and government agencies;

- consistent with the diagnosis of your condition; and

- directed toward maximizing your medical improvement.

Confidential

EMB00011503

# Administrative Information

This booklet provides a summary of S&A, life insurance and accidental death and dismemberment benefits under the Group Benefits Plan for Hourly Employees of Alcoa USA Corp., and the Retirees Group Benefit Plan for Certain Hourly Employees of Alcoa USA Corp. These Plans are governed by the Employee Retirement Income Security Act of 1974 (ERISA).

This section contains legal and administrative information you may need to contact the right person for information or help. Although you may not use this information often, it can be helpful if you want to know:

■ how to contact the Plan Administrator;

■ how to contact the claims administrator;

■ what to do if a benefit claim is denied; and

■ your rights under ERISA and other federal laws such as COBRA.

*MetLife Group Universal Life (GUL) products are not sponsored by the Company and are not covered by ERISA; therefore, the rights described in this section do not apply to the GUL program.*

## Participating Unions

The benefits described in this booklet apply to employees of the Company and its participating subsidiaries who are covered by collective bargaining agreements between the Company and the Unions listed in the following chart. The chart also provides the effective date for life insurance and AD&D benefits for each location and Union. The effective date for S&A payments is shown on page 3.

| USW Master Agreement Locations, Effective January 1, 2020 | | | | | |
|---|---|---|---|---|---|
| Code | Company Name | Location Code | Location Name | Union Name | Local Number |
| 020 | Alcoa USA Corp. | PTC | Point Comfort, Texas | United Steelworkers | 4370 |
| 020 | Alcoa USA Corp. | WAR | Warrick (Newburgh, Indiana) | United Steelworkers | 104 |
| 020 | Alcoa USA Corp. | MSA | Massena, New York | United Steelworkers | 420 |
| 020 | Alcoa USA Corp. | WEN | Wenatchee, Washington | United Steelworkers | 310A |
| 020 | Alcoa USA Corp. | WEN | Wenatchee, Washington | Sheet Metal Workers | 66 |
| 020 | Alcoa USA Corp. | WEN | Wenatchee, Washington | Bricklayers and Allied Craftsmen | 3 |
| 020 | Alcoa USA Corp. | WEN | Wenatchee, Washington | International Brotherhood of Electrical Workers | 191 |

52

EMB00011504

| 020 | Alcoa USA Corp. | WEN | Wenatchee, Washington | International Association of Machinists | 1123 |
| R01 | Alcoa USA Corp. | ABY | Arkadelphia, Arkansas (Gum Springs) | United Steelworkers | 5073 |
| R01 | Alcoa USA Corp. | MSY | Massena, New York (RMC St. Lawrence) | United Steelworkers | 450A |
| R01 | Reynolds Metals Company | LCL | Lake Charles, Louisiana | United Steelworkers | 13-555 |

53

EMB00011505

Upon written request to the Plan Administrator, you may obtain a list of employers that participate in the Plan. You also may inquire if your particular employer participates in the Plan and obtain the employer's address. The Plan is maintained pursuant to one or more collective bargaining agreements. Upon written request, you may receive information on whether the Plan covers the members of your particular employee organization, obtain the address of that employee organization if members are covered under the Plan and obtain a copy of that collective bargaining agreement.

## Plan Administrator and Sponsor

The Plan (except GUL) is administered and sponsored by Alcoa USA Corp. You may contact the Plan Administrator at:

Plan Administrator—Sickness and Accident
Benefits, LTD,  Life, AD&D and Business Travel Accident Insurance
Alcoa USA Corp.
201 Isabella Street, Suite 500
Pittsburgh, PA 15212
412-315-2900

The Plan Administrator has the discretionary authority to determine eligibility under all provisions of the Plan; correct errors, supply omissions and reconcile inconsistencies in the Plan; ensure that all benefits are paid according to the Plan; interpret Plan provisions for all participants and beneficiaries; and decide issues of credibility necessary to carry out and operate the Plan. Benefits under the Plan will be paid only if the Plan Administrator decides in its discretion that the applicant is entitled to them.

### Plan Administrator Role

The Plan Administrator has the complete discretionary authority to adopt rules for the administration of these Plans as it considers desirable, and may construe and interpret the Plans, determine eligibility, correct errors, supply omissions, reconcile inconsistencies and decide issues of credibility to the extent it deems necessary to operate the Plans. Any actions taken pursuant to this paragraph are discretionary actions of the Plan Administrator and shall be conclusive, final and binding on all parties.

## Plan Year

The Plan Year is January 1 through December 31.

## Type of Plan

This Plan is called a "welfare" plan under ERISA; it helps protect you against financial loss in case of sickness, injury or death.

Confidential

EMB00011506

## Identification Numbers

Following are the Employer Identification Number (EIN) and plan numbers for the Company and each plan:

■ Alcoa USA Corp.: EIN 37-1808900.

■ Group Benefits Plan for Hourly Employees of Alcoa USA Corp., Plan 503

■ Retirees Group Benefit Plan for Certain Hourly Employees of Alcoa USA Corp, Plan 507.

■ Plan Numbers 503 and 507 (Sickness & Accident Benefits and Company-provided Life, AD&D and Business Travel Accident Insurance)

■ Optional Life Insurance. Plan Number 505 (Voluntary Life and AD&D Insurance, Additional Voluntary Life and AD&D Insurance, Supplemental Life and AD&D Insurance and Contributory Life and AD&D Insurance)

When referring to the Plan in claims appeals or other correspondence, you will receive help more quickly if you use the full plan name and number.

## Type of Administration

All benefits provided under the Plan are insured and governed by group insurance policies issued by the insurance companies. The Plan Administrator has designated the following companies to insure and/or administer benefits and pay claims as provided under the Plan.

**For sickness & accident (S&A) benefits and or long term disability benefits:**
Claims Administrator
MetLife Disability
P.O. Box 14760
Lexington, KY 40512-4760

■ **For life and AD&D insurance:**
Claims Administrator and Insurance Company
MetLife Group Life Claims
P.O. Box 6100
Scranton, PA 18505-6100
Fax: 1-570-558-8645

55

EMB00011507

- **For business travel accident insurance:**
  Chubb Group of Insurance Companies
  Claim Service Center
  600 Independence Parkway
  P.O. Box 4700
  Chesapeake, VA 23327-4700
  1-855-276-2410
  *To file a claim, contact:*
  Broadspire Crawford
  P.O. Box 792190
  San Antonio, TX 78279
  1-855-276-2410
  **wbenefits@us.crawco.com**

Claims administrators and insurance companies may change. For the most updated information, call 1-844-31ALCOA (1-844-312-5262).

## Plan Funding

The administration and funding for sickness and accident (S&A) and life and AD&D insurance benefits are shown in the following chart.

| Plan Administration and Funding | | | |
|---|---|---|---|
| **Benefit** | **Type of Administration** | **Insurance Company** | **Type of Funding** |
| Sickness & Accident And long term disability | Insured | MetLife | Company contributions |
| Company-provided life and AD&D insurance | Insured | MetLife | Company contributions |
| Business travel accident insurance | Insured | Chubb Group of Insurance Companies | Company contributions |
| Voluntary life and AD&D insurance, additional voluntary life and AD&D insurance, supplemental life and AD&D insurance, contributory life insurance and AD&D insurance | Insured | MetLife | Employee and Company contributions |

## Agent for Service of Legal Process

If any disputes arise under the Plan, papers may be served upon:

Plan Administrator – USW Plan
Alcoa USA Corp.
201 Isabella Street, Suite 500
Pittsburgh, PA 15212
412-315-2900

Confidential

EMB00011508

## Claims Procedures

### How to File a Claim

**Sickness and Accident (S&A) benefits—**Your sickness and accident benefits are administered through a managed disability program. This program uses a disability management team to review and process disability claims.

If you become totally disabled, call 1-844-31ALCOA (1-844-312-5262) and select the "Disability" option. You will be connected to a customer service representative who will check your eligibility for benefits and ask you to provide information about your illness or injury and your job. This information will be passed on to a disability case manager who will contact your doctor to gather medical information, and the Company to learn about your job requirements.

The disability case manager will work with you, your doctor and the return-to-work coordinator at your location to determine the appropriate length of disability and to develop a personalized care plan to help you return to work. You and the Company will receive a notification specifying the length of time you will receive disability benefit payments and your return-to-work date.

If you are eligible for long term disability (hired on or after January 1, 2020), your S&A case manager will assist you with the application of long-term disability benefits. Generally, this process begins within 90 days of the day your S&A benefits will expire.

**Life and AD&D Insurance—**To receive a benefit payment, you or your beneficiary must present proof to the claims administrator of the event that caused your dismemberment or death. Proof of your dismemberment includes a written doctor's statement. Proof of your death is a certified death certificate (accidental death may require additional proof).

**To report a death,** call 1-844-31ALCOA (1-844-312-5262) and speak with a customer service representative. For information or help with claims, call 1-844-31ALCOA (1-844-312-5262) and select the "Life Insurance" option.

**Business Travel Accident Insurance—**Your local human resources representative will begin the claim process for you or your beneficiary.

### How to Appeal a Claim

If a claim is denied, in whole or in part, you or your representative will receive written notice from the claims administrator. This notice will include the reasons for denial, the specific plan provision involved, an explanation of how claims are reviewed, the procedure for requesting a review of the denied claim and a description of the information that must be submitted with the appeal.

To appeal a denied claim or to review administrative documents pertinent to the claim, send a written request to the claims administrator. If you are submitting an appeal, state why you think your claim should be reviewed and include any data, documents, questions or comments, along with copies of all bills and claim forms relating to your claim.

Confidential

EMB00011509

The process and the time frames for appealing a denied claim depend on the type of benefit involved, as shown in the chart on page 58.

If your claim remains denied after the first appeal and you are covered by a collective bargaining agreement that contains a grievance and arbitration provision, that procedure will take the place of a second appeal in the event a grievance has been filed (see page 59).

| Time Frames for Processing and Appealing Claims | | |
|---|---|---|
| | Time Frames for: | |
| Claims Process | Sickness and Accident Benefits and Long term disability | Life Insurance and AD&D Benefits |
| Claims administrator reviews initial claim and makes determination | Within 45 days of the date claim is received | Within 60 days of the date claim is received |
| Extension period, if required due to special circumstances beyond control of claims administrator* | Additional 30 days | Additional 60 days |
| Additional extension period, if required due to special circumstances beyond control of claims administrator* | Additional 30 days | None |
| You must provide specified missing or additional information to claims administrator** | Within 45 days of request for missing or additional information | None |
| You may submit an initial appeal of denied claim | Within 180 days of receiving notice of denied claim | Within 60 days of receiving notice of denied claim |
| If your initial appeal pertains to benefits, benefits payments, eligibility or eligible pay and, for Life Insurance and AD&D benefits only, evidence of insurability, claims administrator reviews your appeal and makes determination | Within 45 days of date appeal is received | Within 60 days of date appeal is received |
| Extension period, if required due to special circumstances beyond control of claims administrator* | Additional 45 days | Additional 60 days |
| You may submit a second and final appeal of denied claim | Within 180 days of receiving notice of denied claim | Within 60 days of receiving notice of denied claim |
| For S&A benefits claims: If your second and final appeal pertains to benefits or benefits payments, the claims administrator reviews your appeal and makes determination. If your appeal pertains to eligibility or eligible pay, the Benefits Appeals Committee reviews your appeal and makes determination | Within 45 days, or 90 days if there are special circumstances,* of date second and final appeal is received | None |
| For Life Insurance and AD&D benefits claims: If your second and final appeal pertains to benefits, benefits payments or evidence of insurability, the claims administrator reviews your appeal and makes determination. If your second and final appeal pertains to eligibility or eligible pay, the Benefits Appeals Committee reviews your appeal and makes determination | None | Within 60 days, or 120 days if there are special circumstances*, of date second and final appeal is received |

  *  *Whenever an extension is required, the Plan must notify you before the current determination period expires. The notice must state the circumstances requiring the extension and the date a determination is expected to be made.*

  ** *The determination period and any applicable extension periods will be suspended until the earlier of the date on which the claims administrator receives required information or this 45-day period ends.*

Confidential

## Grievance Procedures

The Plan is maintained pursuant to one or more collective bargaining agreements. An employee problem, complaint or grievance concerning S&A benefits may be handled under the grievance and arbitration provisions of your collective bargaining agreement.

If your claim for benefits (or other rights under this agreement) has been denied in whole or part and you believe such claim should have been granted, you may appeal the denial as described herein. Whether or not you appeal such denial to the claims administrator, you have the right to file a grievance appealing a denial of a claim.

If the grievance and arbitration provisions of your collective bargaining agreement so provides, the grievance shall be processed under the provisions of the Basic Labor Agreement applicable to insurance grievances. In the case of an appeal, these provisions will take the place of a second appeal for a denied claim.

Any such appeal may be referred to the Board of Arbitration established under the provisions of the Basic Labor Agreement (or the arbitrator designated under the basic labor agreement between the Company and the applicable Union), after notification of the denial of your claim. The decision of the arbitrator shall be final and binding on the Company, the Plan Administrator, the applicable Union and you and your eligible dependents.

Disputes about life insurance coverage are *not* subject to the grievance and arbitration procedures.

## Payment of Benefits to Others

If you are unable to care for your own affairs, any payments due may be made to your legal representative, as determined by the claims administrator or the Plan Administrator.

## Your Rights under ERISA

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to the following.

### Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and Union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your Union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the previously mentioned rights. For instance, if you request a copy of plan documents (i.e., Summary Plan Description and Summary of Material Modification) or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If, after you exhaust your appeals, you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court (see "Claims Procedures" beginning on page 57). Such suit must be filed within 180 days from the date of an adverse appeal determination notice. In addition, if you disagree with the Plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose (for example, if the court finds your claim is frivolous), the court may order you to pay these costs and fees.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You also may obtain certain publications about your rights and responsibilities under ERISA by calling the Employee Benefits Security Administration at 1-866-444-3272.

60

EMB00011512

## Family and Medical Leave Act

The Family and Medical Leave Act (FMLA) is a federal law enacted in 1993 that provides for an unpaid leave of absence for up to 12 weeks during any 12-month period if you experience one of these events:

■ the birth or adoption of a child or placement of a foster child in your home;

■ a serious health condition affecting your child, spouse, or parent (does not include parents-in-law); or

■ your own serious health condition.

The Company also provides for FMLA-like leave for absences taken to care for a domestic partner (see definition on page 50).

For full details on FMLA, see the *Work & Personal Life Benefit Programs* booklet.

## No Obligation to Continue Employment

The Plan does not create an obligation for the Company, its affiliates or its subsidiaries to continue your employment. In addition, the right of the Company, its affiliates and subsidiaries to terminate your employment or to take other personnel action is not limited by the effect that the action might have on your eligibility for benefits under the Plan.

## Future of the Plan

The Plan described in this booklet is provided for the term of the collective bargaining agreement between the Union and the Company. The Company reserves the right to make administrative changes to the Plan from time to time. However, these changes cannot diminish the benefits negotiated under the terms of the agreement.

Confidential

EMB00011513



Published by Alcoa Benefits.
A10-Master S&A