# EXHIBIT 36

## SETTLEMENT AGREEMENT

The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("Union"), on behalf of its locals identified herein, and Alcoa Inc. ("Company") agree that the current labor agreements and working rules for the Company's facilities at Alcoa, TN (Local 309); Badin, NC (Local 303); Davenport, IA (Local 105); Gum Springs, AR (Local 5073); Lafayette, IN (Local 115); Massena, NY (Locals 420 and 450A); Point Comfort, TX (Local 4370-01); Rockdale, TX (Local 4895-01); Warrick, IN (Local 104); and Wenatchee, WA (Aluminum Trades Council) shall remain unchanged except as modified below to provide new labor agreements dated May 16, 2014.

The effective date of changes shall be May 16, 2014 unless otherwise specified in this Settlement Agreement or the applicable Attachments. This Settlement Agreement is also subject to ratification by the Union's members.

Alcoa Inc. and the United Steelworkers (USW) International Union and its locals hereby agree to the following in full and complete settlement of all proposals and issues considered during the 2014 negotiations.

Period of Agreement: May 16, 2014 through May 15, 2019.

| Attachment | Subject | Applicable To |
|---|---|---|
| 1.a. | Wages | Davenport, Iowa – Local 105<br>Wenatchee, Washington – Trades Council |
| 1.b. | Wages | Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104 |
| 1.c. | Wages | Gum Springs, Arkansas – Local 5073 |
| 1.d. | Wages | Massena, New York – Local 450A |
| 1.e. | Wages | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01 |
| 2. | Craft Rates, Pension, Signing Bonus, Surviving Spouse Lump Sum and Joint Efforts Agreement | All Master Agreement Locations |
| 3. | Accelerated Apprentice/Trainee Program | All Master Agreement Locations |
| 4. | Performance Pay | All Master Agreement Locations |
| 5. | Active Health and Welfare Benefits | All Master Agreement Locations |
| 6. | Retiree Health Care Revised SPD Language | All Master Agreement Locations |
| 7. | Retiree Health Care | All Master Agreement Locations |
| 8. | Lake Charles | Lake Charles, Louisiana |
| 9. | Employment Security | All Master Agreement Locations |

1

EMB00002422

EMB00002422

| Attachment | Subject | Applicable To |
|---|---|---|
| 10. | Joint Health and Safety Conferences | All Master Agreement Locations |
| 11. | Safety and Health Language | All Master Agreement Locations |
| 12. | Safety and Health Miscellaneous Letters | All Master Agreement Locations |
| 13. | 64/66 Hour Work Rule Modifications | All Master Agreement Locations |
| 14. | Daily Shift Changes | All Master Agreement Locations |
| 15. | Wage Manual Central Committee | All Master Agreement Locations |
| 16. | Absenteeism and Tardiness Discipline | All Master Agreement Locations |
| 17. | Contracting Out/Employment Security | All Master Agreement Locations |
| 18. | Safety and Health Language | All Master Agreement Locations |
| 19. | Joint Training of the Joint Safety and Health Committee Members | All Master Agreement Locations |
| 20. | Rules of Arbitration – Arbitrability and Merit Arguments | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01<br>Davenport, Iowa – Local 105<br>Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104<br>Wenatchee, Washington – Trades Council<br>Gum Springs, Arkansas – Local 5073 |
| 21. | Super Seniority Union Officials | Davenport, Iowa – Local 105<br>Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104<br>Wenatchee, Washington – Trades Council<br>Massena, New York – Local 450A<br>Gum Springs, Arkansas – Local 5073 |
| 22. | Citation Period for Discipline | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01 |
| 23. | Bereavement and Union Leave for Vacation Eligibility | Alcoa, Tennessee – Local 309<br>Badin, North Carolina – Local 303<br>Point Comfort, Texas – Local 4370-01<br>Rockdale, Texas – Local 4895-01<br>Davenport, Iowa – Local 105<br>Lafayette, Indiana – Local 115<br>Massena, New York – Local 420<br>Warrick, Indiana – Local 104<br>Wenatchee, Washington – Trades Council<br>Massena, New York – Local 450A |

2

EMB00002423

EMB00002422

| Attachment | Subject | Applicable To |
|---|---|---|
| 24. | Bereavement | Davenport, Iowa -- Local 105<br>Lafayette, Indiana -- Local 115<br>Massena, New York -- Local 420<br>Warrick, Indiana -- Local 104<br>Wenatchee, Washington -- Trades Council<br>Massena, New York -- Local 450A |
| 25. | 6th and 7th Day Eligibility and Bereavement Time | Davenport, Iowa -- Local 105<br>Lafayette, Indiana -- Local 115<br>Massena, New York -- Local 420<br>Warrick, Indiana -- Local 104<br>Wenatchee, Washington -- Trades Council |
| 26. | Safety and Health Language | Wenatchee, Washington -- Trades Council |
| 27. | Temporary Supervisors | Alcoa, Tennessee -- Local 309<br>Badin, North Carolina -- Local 303<br>Point Comfort, Texas -- Local 4370-01<br>Rockdale, Texas -- Local 4895-01 |
| 28. | 401(k) Company Contributions & Deferrals | All Master Agreement Locations |
| 29. | Wellness Programs | All Master Agreement Locations |
| 30. | Group Insurance | Davenport, Iowa -- Local 105<br>Lafayette, Indiana -- Local 115<br>Massena, New York -- Local 420<br>Warrick, Indiana -- Local 104<br>Wenatchee, Washington -- Trades Council<br>Alcoa, Tennessee -- Local 309<br>Badin, North Carolina -- Local 303<br>Point Comfort, Texas -- Local 4370-01<br>Rockdale, Texas -- Local 4895-01 |

For Union:                              For Company:

_____             _____

_____             _____

_____             _____

_____             _____

_____             _____

_____             _____

3

EMB00002422

| | 2014 | 6/1/2015 | Davenport Wenatchee 6/6/2016 | 6/5/2017 | 6/4/2018 |
|---|---|---|---|---|---|
| JG 1&2 | 18.042 | 18.493 | 18.955 | 19.524 | 20.110 |
| 3 | 18.284 | 18.741 | 19.210 | 19.786 | 20.380 |
| 4 | 18.529 | 18.992 | 19.467 | 20.051 | 20.653 |
| 5 | 18.773 | 19.242 | 19.723 | 20.315 | 20.924 |
| 6 | 19.015 | 19.490 | 19.977 | 20.576 | 21.193 |
| 7 | 19.261 | 19.743 | 20.237 | 20.844 | 21.469 |
| 8 | 19.505 | 19.993 | 20.493 | 21.108 | 21.741 |
| 9 | 19.748 | 20.242 | 20.748 | 21.370 | 22.011 |
| 10 | 19.993 | 20.493 | 21.005 | 21.635 | 22.284 |
| 11 | 20.237 | 20.743 | 21.262 | 21.900 | 22.557 |
| 12 | 20.477 | 20.989 | 21.514 | 22.159 | 22.824 |
| 13 | 20.722 | 21.240 | 21.771 | 22.424 | 23.097 |
| 14 | 20.966 | 21.490 | 22.027 | 22.688 | 23.369 |
| 15 | 21.210 | 21.740 | 22.284 | 22.953 | 23.642 |
| 16 | 21.454 | 21.990 | 22.540 | 23.216 | 23.912 |
| 17 | 21.698 | 22.240 | 22.796 | 23.480 | 24.184 |
| 18 | 21.942 | 22.491 | 23.053 | 23.745 | 24.457 |
| 19 | 22.186 | 22.741 | 23.310 | 24.009 | 24.729 |
| 20 | 22.430 | 22.991 | 23.566 | 24.273 | 25.001 |
| 21 | 22.673 | 23.240 | 23.821 | 24.536 | 25.272 |
| 22 | 22.916 | 23.489 | 24.076 | 24.798 | 25.542 |
| 23 | 23.160 | 23.739 | 24.332 | 25.062 | 25.814 |
| 24 | 23.404 | 23.989 | 24.589 | 25.327 | 26.087 |
| 25 | 23.648 | 24.239 | 24.845 | 25.590 | 26.358 |
| 26 | 23.893 | 24.490 | 25.102 | 25.855 | 26.631 |
| 27 | 24.136 | 24.739 | 25.357 | 26.118 | 26.902 |
| 28 | 24.380 | 24.990 | 25.615 | 26.383 | 27.174 |
| 29 | 24.623 | 25.239 | 25.870 | 26.646 | 27.446 |
| 30 | 24.867 | 25.489 | 26.126 | 26.910 | 27.717 |
| 31 | 25.110 | 25.738 | 26.381 | 27.172 | 27.987 |
| 32 | 25.353 | 25.987 | 26.637 | 27.436 | 28.259 |
| 33 | 25.597 | 26.237 | 26.893 | 27.700 | 28.531 |
| 34 | 25.842 | 26.488 | 27.150 | 27.965 | 28.804 |
| 35 | 26.086 | 26.738 | 27.406 | 28.228 | 29.075 |
| 36 | 26.329 | 26.987 | 27.662 | 28.492 | 29.347 |
| 37 | 26.573 | 27.237 | 27.918 | 28.756 | 29.619 |
| 38 | 26.817 | 27.487 | 28.174 | 29.019 | 29.890 |
| 39 | 27.060 | 27.737 | 28.430 | 29.283 | 30.161 |
| 40 | 27.305 | 27.988 | 28.688 | 29.549 | 30.435 |
| 41 | 27.550 | 28.239 | 28.945 | 29.813 | 30.707 |
| 42 | 27.795 | 28.490 | 29.202 | 30.078 | 30.980 |
| 43 | 28.040 | 28.741 | 29.460 | 30.344 | 31.254 |

Wage_Table 5 Year USW

Attachment 1.a.

| | 2014 | 6/1/2015 | 6/6/2016 | 6/5/2017 | 6/4/2018 |
|---|---|---|---|---|---|
| | | Massena/ Warrick/ Lafayette | | | |
| JG 1&2 | 17.993 | 18.443 | 18.904 | 19.471 | 20.055 |
| 3 | 18.236 | 18.692 | 19.159 | 19.734 | 20.326 |
| 4 | 18.480 | 18.942 | 19.416 | 19.998 | 20.598 |
| 5 | 18.724 | 19.192 | 19.672 | 20.262 | 20.870 |
| 6 | 18.966 | 19.440 | 19.926 | 20.524 | 21.140 |
| 7 | 19.212 | 19.692 | 20.184 | 20.790 | 21.414 |
| 8 | 19.456 | 19.942 | 20.441 | 21.054 | 21.686 |
| 9 | 19.698 | 20.190 | 20.695 | 21.316 | 21.955 |
| 10 | 19.943 | 20.442 | 20.953 | 21.582 | 22.229 |
| 11 | 20.186 | 20.691 | 21.208 | 21.844 | 22.499 |
| 12 | 20.429 | 20.940 | 21.464 | 22.108 | 22.771 |
| 13 | 20.673 | 21.190 | 21.720 | 22.372 | 23.043 |
| 14 | 20.917 | 21.440 | 21.976 | 22.635 | 23.314 |
| 15 | 21.160 | 21.689 | 22.231 | 22.898 | 23.585 |
| 16 | 21.404 | 21.939 | 22.487 | 23.162 | 23.857 |
| 17 | 21.649 | 22.190 | 22.745 | 23.427 | 24.130 |
| 18 | 21.893 | 22.440 | 23.001 | 23.691 | 24.402 |
| 19 | 22.137 | 22.690 | 23.257 | 23.955 | 24.674 |
| 20 | 22.381 | 22.941 | 23.515 | 24.220 | 24.947 |
| 21 | 22.624 | 23.190 | 23.770 | 24.483 | 25.217 |
| 22 | 22.867 | 23.439 | 24.025 | 24.746 | 25.488 |
| 23 | 23.111 | 23.689 | 24.281 | 25.009 | 25.759 |
| 24 | 23.355 | 23.939 | 24.537 | 25.273 | 26.031 |
| 25 | 23.599 | 24.189 | 24.794 | 25.538 | 26.304 |
| 26 | 23.843 | 24.439 | 25.050 | 25.802 | 26.576 |
| 27 | 24.086 | 24.688 | 25.305 | 26.064 | 26.846 |
| 28 | 24.330 | 24.938 | 25.561 | 26.328 | 27.118 |
| 29 | 24.573 | 25.187 | 25.817 | 26.592 | 27.390 |
| 30 | 24.818 | 25.438 | 26.074 | 26.856 | 27.662 |
| 31 | 25.060 | 25.687 | 26.329 | 27.119 | 27.933 |
| 32 | 25.303 | 25.936 | 26.684 | 27.382 | 28.203 |
| 33 | 25.548 | 26.187 | 26.842 | 27.647 | 28.476 |
| 34 | 25.793 | 26.438 | 27.099 | 27.912 | 28.749 |
| 35 | 26.036 | 26.687 | 27.354 | 28.175 | 29.020 |
| 36 | 26.279 | 26.936 | 27.609 | 28.437 | 29.290 |
| 37 | 26.524 | 27.187 | 27.867 | 28.703 | 29.564 |
| 38 | 26.767 | 27.436 | 28.122 | 28.966 | 29.835 |
| 39 | 27.011 | 27.686 | 28.378 | 29.229 | 30.106 |
| 40 | 27.256 | 27.937 | 28.635 | 29.494 | 30.379 |
| 41 | 27.501 | 28.189 | 28.894 | 29.761 | 30.654 |
| 42 | 27.746 | 28.440 | 29.161 | 30.026 | 30.927 |
| 43 | 27.991 | 28.691 | 29.408 | 30.290 | 31.199 |

Wage_Table 5 Year USW

Attachment 1.b.

Confidential

EMB00002426

EMB00002422

|  | 2014 | 6/1/2015 | Gum Springs 6/6/2016 | 6/5/2017 | 6/4/2018 |
|---|---|---|---|---|---|
| JG 1&2 | 18.524 | 18.987 | 19.462 | 20.046 | 20.647 |
| 3 | 18.770 | 19.239 | 19.720 | 20.312 | 20.921 |
| 4 | 19.017 | 19.492 | 19.979 | 20.578 | 21.195 |
| 5 | 19.262 | 19.744 | 20.238 | 20.845 | 21.470 |
| 6 | 19.508 | 19.996 | 20.496 | 21.111 | 21.744 |
| 7 | 19.755 | 20.249 | 20.755 | 21.378 | 22.019 |
| 8 | 20.000 | 20.500 | 21.013 | 21.643 | 22.292 |
| 9 | 20.248 | 20.754 | 21.273 | 21.911 | 22.568 |
| 10 | 20.494 | 21.006 | 21.531 | 22.177 | 22.842 |
| 11 | 20.738 | 21.256 | 21.787 | 22.441 | 23.114 |
| 12 | 20.985 | 21.510 | 22.048 | 22.709 | 23.390 |
| 13 | 21.232 | 21.763 | 22.307 | 22.976 | 23.665 |
| 14 | 21.479 | 22.016 | 22.566 | 23.243 | 23.940 |
| 15 | 21.724 | 22.267 | 22.824 | 23.509 | 24.214 |
| 16 | 21.970 | 22.519 | 23.082 | 23.774 | 24.487 |
| 17 | 22.217 | 22.772 | 23.341 | 24.041 | 24.762 |
| 18 | 22.463 | 23.025 | 23.601 | 24.309 | 25.038 |
| 19 | 22.709 | 23.277 | 23.859 | 24.575 | 25.312 |
| 20 | 22.955 | 23.529 | 24.117 | 24.841 | 25.586 |
| 21 | 23.201 | 23.781 | 24.376 | 25.107 | 25.860 |
| 22 | 23.447 | 24.033 | 24.634 | 25.373 | 26.134 |
| 23 | 23.694 | 24.286 | 24.893 | 25.640 | 26.409 |
| 24 | 23.941 | 24.540 | 25.154 | 25.909 | 26.686 |
| 25 | 24.186 | 24.791 | 25.411 | 26.173 | 26.958 |
| 26 | 24.431 | 25.042 | 25.668 | 26.438 | 27.231 |
| 27 | 24.678 | 25.295 | 25.927 | 26.705 | 27.506 |
| 28 | 24.925 | 25.548 | 26.187 | 26.973 | 27.782 |
| 29 | 25.171 | 25.800 | 26.445 | 27.238 | 28.055 |
| 30 | 25.417 | 26.052 | 26.703 | 27.504 | 28.328 |
| 31 | 25.663 | 26.305 | 26.963 | 27.772 | 28.605 |
| 32 | 25.909 | 26.557 | 27.221 | 28.038 | 28.879 |
| 33 | 26.155 | 26.809 | 27.479 | 28.303 | 29.152 |
| 34 | 26.402 | 27.062 | 27.739 | 28.571 | 29.428 |
| 35 | 26.648 | 27.314 | 27.997 | 28.837 | 29.702 |
| 36 | 26.894 | 27.566 | 28.255 | 29.103 | 29.976 |
| 37 | 27.141 | 27.820 | 28.516 | 29.371 | 30.252 |
| 38 | 27.387 | 28.072 | 28.774 | 29.637 | 30.526 |
| 39 | 27.634 | 28.325 | 29.033 | 29.904 | 30.801 |
| 40 | 27.878 | 28.575 | 29.289 | 30.168 | 31.073 |
| 41 | 28.122 | 28.825 | 29.546 | 30.432 | 31.345 |
| 42 | 28.366 | 29.075 | 29.802 | 30.696 | 31.617 |
| 43 | 28.610 | 29.325 | 30.058 | 30.960 | 31.889 |

Attachment 1.c.

Wage_Table 5 Year USW

Confidential

| | 2014 | 6/1/2015 | Massena East (St. Lawrence) 6/6/2016 | 6/5/2017 | 6/4/2018 |
|---|---|---|---|---|---|
| JG 1&2 | 17.993 | 18.443 | 18.904 | 19.471 | 20.055 |
| 3 | 18.236 | 18.692 | 19.159 | 19.734 | 20.326 |
| 4 | 18.480 | 18.942 | 19.416 | 19.998 | 20.598 |
| 5 | 18.724 | 19.192 | 19.672 | 20.262 | 20.870 |
| 6 | 18.966 | 19.440 | 19.926 | 20.524 | 21.140 |
| 7 | 19.212 | 19.692 | 20.184 | 20.790 | 21.414 |
| 8 | 19.456 | 19.942 | 20.441 | 21.054 | 21.686 |
| 9 | 19.698 | 20.190 | 20.695 | 21.316 | 21.955 |
| 10 | 19.943 | 20.442 | 20.953 | 21.582 | 22.229 |
| 11 | 20.186 | 20.691 | 21.208 | 21.844 | 22.499 |
| 12 | 20.429 | 20.940 | 21.464 | 22.108 | 22.771 |
| 13 | 20.673 | 21.190 | 21.720 | 22.372 | 23.043 |
| 14 | 20.917 | 21.440 | 21.976 | 22.635 | 23.314 |
| 15 | 21.160 | 21.689 | 22.231 | 22.898 | 23.585 |
| 16 | 21.404 | 21.939 | 22.487 | 23.162 | 23.857 |
| 17 | 21.649 | 22.190 | 22.745 | 23.427 | 24.130 |
| 18 | 21.893 | 22.440 | 23.001 | 23.691 | 24.402 |
| 19 | 22.137 | 22.690 | 23.257 | 23.955 | 24.674 |
| 20 | 22.381 | 22.941 | 23.515 | 24.220 | 24.947 |
| 21 | 22.624 | 23.190 | 23.770 | 24.483 | 25.217 |
| 22 | 22.867 | 23.439 | 24.025 | 24.746 | 25.488 |
| 23 | 23.111 | 23.689 | 24.281 | 25.009 | 25.759 |
| 24 | 23.355 | 23.939 | 24.537 | 25.273 | 26.031 |
| 25 | 23.599 | 24.189 | 24.794 | 25.538 | 26.304 |
| 26 | 23.843 | 24.439 | 25.050 | 25.802 | 26.576 |
| 27 | 24.086 | 24.688 | 25.305 | 26.064 | 26.846 |
| 28 | 24.330 | 24.938 | 25.561 | 26.328 | 27.118 |
| 29 | 24.573 | 25.187 | 25.817 | 26.592 | 27.390 |
| 30 | 24.818 | 25.438 | 26.074 | 26.856 | 27.662 |
| 31 | 25.060 | 25.687 | 26.329 | 27.119 | 27.933 |
| 32 | 25.303 | 25.936 | 26.584 | 27.382 | 28.203 |
| 33 | 25.548 | 26.187 | 26.842 | 27.647 | 28.476 |
| 34 | 25.793 | 26.438 | 27.099 | 27.912 | 28.749 |
| 35 | 26.036 | 26.687 | 27.354 | 28.175 | 29.020 |
| 36 | 26.279 | 26.936 | 27.609 | 28.437 | 29.290 |
| 37 | 26.524 | 27.187 | 27.867 | 28.703 | 29.564 |
| 38 | 26.767 | 27.436 | 28.122 | 28.966 | 29.835 |
| 39 | 27.011 | 27.686 | 28.378 | 29.229 | 30.106 |
| 40 | 27.256 | 27.937 | 28.635 | 29.494 | 30.379 |
| 41 | 27.501 | 28.189 | 28.894 | 29.761 | 30.654 |
| 42 | 27.746 | 28.440 | 29.151 | 30.026 | 30.927 |
| 43 | 27.991 | 28.691 | 29.408 | 30.290 | 31.199 |

Attachment 1.d.

Wage_Table 5 Year USW

Confidential

EMB00002428

EMB00002422

| | Badin/Pt Comfort/Rockdale/Tennessee | | | | |
| | 2014 | 6/1/2015 | 6/6/2016 | 6/5/2017 | 6/4/2018 |
|---|---|---|---|---|---|
| JG 1&2 | 18.524 | 18.987 | 19.462 | 20.048 | 20.647 |
| 3 | 18.770 | 19.239 | 19.720 | 20.312 | 20.921 |
| 4 | 19.017 | 19.492 | 19.979 | 20.578 | 21.195 |
| 5 | 19.262 | 19.744 | 20.238 | 20.845 | 21.470 |
| 6 | 19.508 | 19.996 | 20.496 | 21.111 | 21.744 |
| 7 | 19.755 | 20.249 | 20.755 | 21.378 | 22.019 |
| 8 | 20.000 | 20.500 | 21.013 | 21.643 | 22.292 |
| 9 | 20.248 | 20.754 | 21.273 | 21.911 | 22.568 |
| 10 | 20.494 | 21.006 | 21.531 | 22.177 | 22.842 |
| 11 | 20.738 | 21.256 | 21.787 | 22.441 | 23.114 |
| 12 | 20.985 | 21.510 | 22.048 | 22.709 | 23.390 |
| 13 | 21.232 | 21.763 | 22.307 | 22.976 | 23.665 |
| 14 | 21.479 | 22.016 | 22.566 | 23.243 | 23.940 |
| 15 | 21.724 | 22.267 | 22.824 | 23.509 | 24.214 |
| 16 | 21.970 | 22.519 | 23.082 | 23.774 | 24.487 |
| 17 | 22.217 | 22.772 | 23.341 | 24.041 | 24.762 |
| 18 | 22.463 | 23.025 | 23.601 | 24.309 | 25.038 |
| 19 | 22.709 | 23.277 | 23.859 | 24.575 | 25.312 |
| 20 | 22.955 | 23.529 | 24.117 | 24.841 | 25.586 |
| 21 | 23.201 | 23.781 | 24.376 | 25.107 | 25.860 |
| 22 | 23.447 | 24.033 | 24.634 | 25.373 | 26.134 |
| 23 | 23.694 | 24.286 | 24.893 | 25.640 | 26.409 |
| 24 | 23.941 | 24.540 | 25.154 | 25.909 | 26.686 |
| 25 | 24.186 | 24.791 | 25.411 | 26.173 | 26.958 |
| 26 | 24.431 | 25.042 | 25.668 | 26.438 | 27.231 |
| 27 | 24.678 | 25.295 | 25.927 | 26.705 | 27.506 |
| 28 | 24.925 | 25.548 | 26.187 | 26.973 | 27.782 |
| 29 | 25.171 | 25.800 | 26.445 | 27.238 | 28.055 |
| 30 | 25.417 | 26.052 | 26.703 | 27.504 | 28.329 |
| 31 | 25.663 | 26.305 | 26.963 | 27.772 | 28.605 |
| 32 | 25.909 | 26.557 | 27.221 | 28.038 | 28.879 |
| 33 | 26.155 | 26.809 | 27.479 | 28.303 | 29.152 |
| 34 | 26.402 | 27.062 | 27.739 | 28.571 | 29.428 |
| 35 | 26.648 | 27.314 | 27.997 | 28.837 | 29.702 |
| 36 | 26.894 | 27.566 | 28.255 | 29.103 | 29.976 |
| 37 | 27.141 | 27.820 | 28.516 | 29.371 | 30.252 |
| 38 | 27.387 | 28.072 | 28.774 | 29.637 | 30.526 |
| 39 | 27.634 | 28.325 | 29.033 | 29.904 | 30.801 |
| 40 | 27.878 | 28.575 | 29.289 | 30.168 | 31.073 |
| 41 | 28.122 | 28.825 | 29.546 | 30.432 | 31.345 |
| 42 | 28.366 | 29.075 | 29.802 | 30.696 | 31.617 |
| 43 | 28.610 | 29.325 | 30.058 | 30.960 | 31.889 |

Wage_Table 5 Year USW

Attachment 1.e.

ALCOA / USW Master Agreement Negotiations
Company's Last, Best and Final Offer
May 15, 2014

The terms of this offer, including the signing bonus, if not ratified, will expire at 11:59 p.m. CDT on June 15, 2014

| Term of Agreement | 5 years: May 16, 2014 through May 15, 2019. |
|---|---|
| Wage Schedule | 2014: Two and one-half percent (2.5%) increase to all job grades the first full pay period following ratification<br><br>June 1, 2015: Two and one-half percent (2.5%) increase to all job grades<br><br>June 6, 2016: Two and one-half percent (2.5%) increase to all job grades<br><br>June 5, 2017: Three percent (3.0%) increase to all job grades<br><br>June 4, 2018: Three percent (3.0%) increase to all job grades |
| Crafts | ▪ Increase standard hourly rates for the classifications of Electrician, General Mechanic and Machinist at all Master locations by eight (8) job grades to be effective the first full pay period following ratification.<br>▪ Letter of agreement on accelerated apprentice/trainee program. <u>Attachment A</u> |
| Performance Pay | ▪ Increase pay for performance pool from 20% to 22% effective January 1, 2015.<br>▪ Expand eligible earnings to include premium portion of overtime per Company proposal of 5/8/2014.<br>▪ Performance Measures to be reset on an annual basis.<br>▪ Allow deferral of performance pay into Retirement Savings Plan beginning with payouts earned in 2015 per Company proposal at Benefits Table.<br>Attachment B |
| Active H&W Benefits (Medical, Rx, Dental and Vision) | ▪ No change in plan design during term of agreement except as specified in <u>Attachment C</u> for:<br>  o Rx out-of-pocket maximum of $3,000/$6,000;<br>  o New R&C process for out-of-network claim.<br>▪ No change to employee contribution rates during term of agreement. |
| Pension Plan | ▪ $2.00 increase to all pension factors effective for retirements occurring on or after July 1, 2014.<br>▪ 100% J and S option for future retirees. |

Attachment 2

EMB00002430

EMB00002422

ALCOA / USW Master Agreement Negotiations
Company's Last, Best and Final Offer
May 15, 2014



| Retiree Health Care Coverage | <ul><li>Pre-Medicare-eligible participants: Effective 1/1/2015, same medical and prescription drug coverage as active employees (plus Rx Step Therapy).</li><li>Medicare-eligible participants: Effective 1/1/2015, same prescription drug coverage as active employees (plus Rx Step Therapy).</li></ul> |
|---|---|
| Retiree Health Care Letter | <ul><li>No change to retiree contribution rates during term of agreement.</li><li>Company renews annual contribution of $3.75 million per year.</li><li>Revised SPD language (Attachment D)</li><li>Updated Letter (Attachment E)</li></ul>*Tentative Agreement* |
| Joint Efforts Agreement | Company will replenish the fund to $3 million.<br>*Tentative Agreement* |
| Surviving Spouse Lump Sum | <ul><li>December 2014: $1,000 to surviving spouses of post June 1, 1993 retirees.</li><li>December 2016: $750 to surviving spouses of post June 1, 1993 retirees.</li><li>December 2018: $750 to surviving spouses of post June 1, 1993 retirees.</li></ul>*Tentative Agreement* |
| Lump Sum Signing Bonus | <ul><li>$1,000 to all employees who are accruing pension service as of the date of ratification.</li><li>Signing bonus is offered on the condition that tentative agreement is fully endorsed by the USW.</li><li>Offer of signing bonus is withdrawn if agreement is not ratified by June 15, 2014.</li></ul> |
| Lake Charles | Renew pass through letter on economics (Attachment F) |
| Employment Security | Attachment G |
| Health Care Contribution for Employee on Workers Compensation | No employee health care contribution shall be due for the first full calendar month following the effective date of an absence due to a compensable work-related injury. |
| Letters of Understanding: Published / Unpublished | Remove or modify those letters as tentatively agreed to by the parties |
| All other items as tentatively agreed to by the parties. | |

2

Attachment A

*[NEW LETTER TO ALL MASTER AGREEMENTS]*

May 16, 2014

Mr. Tom Conway
Vice President, Administration
United Steelworkers
Five Gateway Center
Pittsburgh, PA 15222

**RE: Accelerated Apprentice Program**

Dear Mr. Conway:

The parties recognize the importance of the craft classifications of Electrician, Machinist and
General Mechanic (GM) to maintaining equipment and assets in our facilities to ensure efficient
operations, meet business goals and satisfy customer requirements. Due to the parties mutual
concern regarding the shortage of available skilled trades talent, it is agreed that robust
programs to accelerate the development of internal employees and experienced new hires is
necessary to address current needs and projected attrition in the Electrician, Machinist and GM
population.

This letter will confirm during the 2014 negotiations the parties agreed that locations shall
develop and implement an accelerated apprenticeship/trainee program for Electricians,
Machinists and GM's to meet talent demand and control costs associated with the lengthy,
traditional program design. Internal employees and/or external hires shall meet technical
qualification requirements established by the program for placement and acceleration through
the program.

The Company maintains the right to determine apprentice/trainee levels and program
implementation based on need and business conditions existing at each plant. In the event an
accelerated program as per the guidelines above is implemented, management determines
successful completion of the apprentice/trainee qualifying period and all area and shift
assignments.

In the event the parties are unsuccessful in reaching a local agreement with specific program
details for an accelerated apprenticeship/trainee program, management will implement a
program that meets the interests of both parties and promotes the future success of the
business.

Sincerely,

Kevin O'Brien
Director, Industrial Relations

Attachment 3

**APPENDIX III**
**PERFORMANCE PAY**

During ~~2010~~2014 negotiations, the parties agreed to modify the Performance Pay Plan. The modified plan will provide for participation by hourly employees represented by the Union in the plants located at Davenport, Lafayette, Massena (East and West plants), Warrick, Wenatchee, Point Comfort, ~~Rockdale~~, and Tennessee. Hourly employees represented by the Union in plants located at Gum Springs, Badin, Rockdale and any curtailed operation of the above-named plants will participate in the Performance Pay Plan set forth in the 2001 Labor Agreement under the terms of that Plan for the term of the ~~2010~~ 2014 Labor Agreement.

I.    GENERAL

The purpose of Performance Pay is to allow employees to share in profits and the financial impact of operating improvements while focusing employees in a Location on business goals that are critical to the long term success of the Location. Working together and achieving Location goals will result in increased profitability for the business and monetary reward and security for employees.

        Guiding Principles for Performance Pay

-    The design and goals will be consistent with the Location's business strategies and with Alcoa's Vision and Values.

-    The design and goals should support teamwork and employee involvement, be perceived as fair, and be easily understood by employees.

-    The award opportunity will be based on improvement against an objective and verifiable set of measurements for each factor(s) being measured.

-    Performance payouts will supplement the negotiated base level of wages.

II.    EFFECTIVE DATE

The Performance Pay Plan found in the ~~2006~~2010 Labor Agreement will be applicable for the remainder of ~~2010~~ 2014 under the provisions of that plan and will continue to be applicable to employees at those plants specified above. The provisions of this plan will be applicable to all other employees commencing January 1, ~~2011~~2015.

III.    DESIGN

    1.    General

A minimal number of financial improvement measures will be identified and established.

The payout to employees for Performance Pay will consist of ~~2~~20% of the savings associated with improvement as measured against the base for each factor with all factors netted together.

The award opportunity will be based on Location measurements or on a smaller than location basis if agreed to by the parties.

The plan is intended to stimulate improved engagement and problem solving to achieve significant improvement over past performance in cost improvement and productivity.

Plan results will vary by location but will be designed to provide employees a realistic opportunity to earn approximately twice the percentage payout of historical (pre 2007) performance in aggregate if performance measurements are achieved.

Attachment 4

EMB00002433

EMB00002422

At locations with more than one business unit, the Union shall have the right to pool the results of the units with the pool weighted in proportion to reflect the number of employees in each of the units.

In the event a plan provides excess or insufficient payout opportunity due to improper design or factors not anticipated during the design, the local parties will meet to discuss and agree to remedial actions necessary to fulfill the intent of properly rewarding employees for their efforts to improve financial performance. In the event the parties are unable to agree, Management will implement the remedial actions necessary to fulfill the intent, consistent with the design criteria described above.

2.  Location Design Process

At each location a joint Company/Union committee will, by November 30, 2014~~1, 2010~~, review, discuss and provide input into the performance measures, weighting, etc. to be applicable for their location for 2015. ~~Once these measures are established they will apply during the term of this Agreement, except in the case of U. S. Primary Products employees where~~ Performance measures and weightings will be reviewed and adjusted on an annual basis by November 30~~1~~ of each subsequent year of the Agreement. Should agreement not be reached, Management will determine and implement the measures, provided however, that such measurements shall be consistent with the design criteria described in III above.

~~Where performance measures are established for the term of this Agreement, excluding profit based components, modifications to the baselines for Performance Measures will be adjusted to account for inflation in the relevant area and will not be adjusted based on the plan's previous year's performance. The labor components of the Performance Measures will be adjusted based on the change in the overall unit labor cost (total hourly employment cost) for each quarter. All other values included in the Performance Measures may be adjusted each quarter and/or annually for the upcoming year by the actual cost inflation experienced by the location or actual margin improvement experienced by the location or, if the actual cost cannot be realistically measured, based on the relevant PPI index.~~

IV.  DEFINITIONS

For purposes of Performance Pay, the following definitions are established:

1. LOCATION....means a plant location.

2. ELIGIBLE EARNINGS....means the sum of straight-time hourly-base wages (for straight-time hours and overtime hours); straight-time shift and schedule premiums (for straight-time hours and overtime hours); vacation pay; unworked holiday pay; and jury, witness, and bereavement pay; Effective January 1, 2015, eligible earnings shall also include overtime hours credited at the halftime rate regardless if paid at the rate of time-and-one-half or double-time.

The definition of Eligible Earnings for an Eligible Employee who is on disability attributable in whole or in part to his or her employment with the Company, shall include the time lost and the straight-time earnings associated with that time lost at a rate not to exceed 8 hours per day or 40 hours per week.

The definition of Eligible Earnings for an Eligible Employee who is a local union official who is on an excused absence for union business and who otherwise would be actively at work shall include the time lost and the straight-time earnings associated with that lost time at a rate not to exceed 8 hours per day or 40 hours per week.

The period used to determine Eligible Earnings for a Year shall encompass the same payroll weeks used in the determination of the Company's fiscal quarter.

3. ELIGIBLE EMPLOYEE....is an hourly employee covered by this Agreement who had actual hours worked during the payroll weeks disbursed in the quarter and who either had

2

Confidential

TWC
JD

employee status on the last calendar day of the quarter or whose employee status terminated during the quarter due to death or retirement.

4. PERFORMANCE MEASURES.... are the set of financial and operating measures upon which any payout is based.

## V.    CALCULATION OF THE PERFORMANCE PAY PAYOUT

At the end of each quarter, results will be used to calculate a Performance Pay payout, with attainment against financial Performance Measures as the basis for the payout.

The actual result for each Performance Measure will be compared to its base performance. Twenty percent (20%) of the savings will be distributed to eligible employees as follows:

An individual employee's Performance Pay payout will be calculated by dividing his/her Eligible Earnings by the eligible earnings of all employees participating in the plan and multiplying that result by the total amount of money available for distribution to employees.

## VI.    ADMINISTRATION OF THE PERFORMANCE PAY PLAN

The information necessary to administer the provisions of Performance Pay will be prepared and maintained by the Company. The costs associated with its administration will be borne by the Company.

### Communication

The parties agree that it is important for participants in the Performance Pay Plan to understand the relevant goals, Performance Measures and their potential impact on plant performance and their potential payout opportunities.

### Administration

In the event an employee quits or is terminated during the quarter, no payout shall be paid. In the event of death, disability, retirement or layoff, an employee's award will be calculated on actual Eligible Earnings.

In the event an employee is transferred between Business Unit/Location and his new job is covered by a different plan, the payout shall be pro-rated for the number of whole weeks worked in each unit, based on the employee's job classification for each week.

Payouts will be paid as soon as practical after the close of the quarter.

The determination of accounting policies in regards to Performance Pay shall be at the sole discretion of the Company. Such policies shall be applied in accordance with accounting practices of the Company.

Payments of Performance Pay shall not be considered earnings for any other purpose, except as subject to the applicable statutory taxes on income.

The Compensation Committee of Alcoa's Board of Directors has the authority to make adjustments to results because of unusual events. Business Unit/Location management and bargaining unit representatives will be provided the opportunity to give input for consideration for such adjustments. Such events might include the purchase or sale of business assets that was not planned when goals were set for that year, plant shutdowns, unanticipated reductions in business, etc. It is intended that, once a commitment has been made to goals, changes will not be entertained except in truly unusual situations.

3

EMB00002435

EMB00002422

The Performance Pay calculations for each business unit and corporate performance will be communicated to the Union prior to payment.

This Agreement has been reached on the basis that the Union will ensure that, until and only to the extent the information is made available by the Company to the public at large, the information will be disclosed only to those reviewing for the Union the computations related to Performance Pay and neither the Union nor anyone reviewing such information for the Union will make any other disclosure of the information.

Should payment of Performance Pay, or any part of such payment, be required to be included in the regular rate under the Fair Labor Standards Act of any eligible hourly employee, the Company will reduce applicable percentages and adjust individual payout amounts such that the total payout for the applicable Year for each Location for bargaining-unit employees will not be changed by such decision. The parties shall make any and all adjustments to this document as may be necessary from time to time to ensure that the intent and understanding is upheld.

VII.    UNION RIGHT TO REVIEW

The International Union, through the Chair of its Negotiating Committee or his/her designee, shall have the right to review any information concerning the calculation of payouts under the Plan.

In the event that a discrepancy exists between the Company's calculation and the results obtained by the Union's review, the Chairman of the Employee Relations Council (ERC) and the President of the International Union, or his/her designee, shall attempt to reach an agreement to resolve the discrepancy. Should the parties be unable to resolve the dispute, they will select an independent Third Party with the appropriate expertise relative to the dispute, to review each party's position related to the issue being disputed and to render a written opinion concerning the issue.

The opinion rendered by the Third Party will be final and binding on both parties. However, the opinion will not be cited by either party with respect to any other issue except one relating to this Performance Pay Plan.

The costs associated with the Third Party shall be borne equally by the parties.

VIII.    TERM OF THE PLAN

This performance pay plan is applicable only for the duration of the 2010 2014 Labor Agreement and will not be extended to succeeding Labor Agreements.

4

EMB00002422

Attachment C

## Your Prescription Drug Out-of-Pocket Maximum

The prescription drug out-of-pocket maximum limits the amount you pay each year for covered prescription drug expenses. When your share of eligible drug expenses (including your deductible and coinsurance amounts) reaches the prescription drug out-of-pocket maximum, the plan pays 100% of your eligible prescription drug expenses for the rest of the calendar year. There are separate individual and family out-of-pocket maximums for prescription drugs:

- Individual: $3,000
- Family: $6,000

The prescription drug out-of-pocket maximum for a family can be met when covered drugs are used by multiple covered family members, even when no single family member meets the per-person maximum. Also, when the family meets the prescription drug out-of-pocket maximum for covered drugs provided to two or more individuals, there is no need for each covered person in the family to meet the individual out-of-pocket maximum.

The prescription drug out-of-pocket maximum does not apply to:

- expenses covered under the medical, dental, or vision plans;
- any amounts that do not apply to the Maximum Coinsurance Amount (see above);
- drugs purchased at out-of-network pharmacies; and
- expenses not covered under the plan.

Attachment 5

**Company Letter Proposal on Out of Network Claims Processing**

This letter replaces the Reasonable and Customary at 90th Percentile Letter
*(The Company reserves the right to amend or modify this proposal)*

During the course of the 2014 Labor Agreement negotiations the parties discussed the method for determining reimbursement for out of network medical and dental services.

The prior agreement between the parties required the Company's vendors or carriers to calculate reimbursement for services at the 90th percentile of Health Insurance Association of America (HIAA) rates for out of network claims.

Because HIAA no longer provides this data, the parties agree that the Company will instruct the dental claims administrator to process out of network claims in accordance with the *FAIR Health* charge data at the 90th percentile effective January 1, 2015.

With respect to medical out of network claims, the Company will use the claims administrator's standard process for adjudicating out of network claims.

Attachment D

Retiree Health Care Benefits Agreement Summary Plan Description

**Future of the Plan**

The benefits described in this booklet are provided for the term of the collective bargaining agreement between the union and Alcoa Inc. The Company reserves the right to make administrative changes to the health care plan from time to time. However, these changes cannot diminish the benefits negotiated under the terms of the agreement. Any ~~pensioner or individual receiving a Surviving Spouse's benefit~~ eligible retiree, spouse, surviving spouse, or certified domestic partner who shall become covered by benefits described in this booklet shall not have the ~~per capita~~capped amounts ~~described~~referenced under "Who Pays the Cost" on page ~~48~~ (Pre-Medicare and Post-Medicare Caps described in the Retiree Health Care Letter) reduced or terminated, so long as the individual remains ~~retired from the Company or receives a Surviving Spouse's benefit,~~ eligible for benefits described in this booklet, notwithstanding the expiration of the collective bargaining agreement between the union and Alcoa, except as the Company and the Union may agree otherwise.

Attachment 6

Attachment E

*True
KO*

May 16, 2016

Mr. Tom Conway
Chairman of the Alcoa Master Bargaining Committee
United Steelworkers
Five Gateway Center
Pittsburgh, PA 15222

RE:   Retiree Health Care

Dear Mr. Robinson:

Effective January 1, 2015 and through December 31, 2019, the Company will maintain its
program of medical and prescription drug benefits, subject to the modifications and required
individual Participant premiums summarized on Appendix A ("Program") for post May 31, 1993
retirees, certified domestic partners (as defined by the Health Care Benefits Agreement),
spouses and surviving spouses of retirees who were hired prior to June 1, 2006 and retire from
the "USW Locations" listed below ("Current Participants"), and "Other USW Locations" listed
below ("Other Participants") (Current Participants and Other Participants are herein referred to
as "Existing Participants").  Employees hired on or after June 1, 2006 and before July 1, 2010
and retire from a current USW Location as of May 31, 2010 ("New Participants") will also be
eligible for the Program, but will not be eligible for the Retiree Health Care Account.  (Existing
Participants and New Participants are herein referred to as ("Participants").  Notwithstanding
anything to the contrary, the Current Participants and claims costs attributable to Frederick, MD
(Eastalco) shall be limited to post October 1, 2001 retirees, certified domestic partners, spouses
and surviving spouses of retirees, and such Participants shall be covered by the Program,
effective January 1, 2007.  Non-spouse and non-domestic partner eligible dependents will also
continue to be eligible for coverage under the Program, but will not be treated as "Participants"
for purposes of this Agreement.  Employees hired on or after July 1, 2010 will not be eligible for
the Program or the Retiree Health Care Account.

Guaranteed Company Contributions
Notwithstanding the foregoing, and disregarding the Medicare Part B premium reimbursements
provided for on Appendix A, the annual per capita cost of the Company under the Program will
be limited to the following amounts:  $7,767 for each pre-Medicare Current Participant, and
$6,121 for each pre-Medicare Other Participant ("Pre-Medicare Caps"),  $3,389 for each post-
Medicare Current Participant, and $2,334 for each post-Medicare Other Participant ("Post-
Medicare Caps") (the Pre-Medicare Caps and Post-Medicare Caps together are the "Cap").
Notwithstanding the above, the annual per capita cost of the Company under the Program for the
Frederick MD (Eastalco) facility will be limited to the following amounts: $6,341 for each pre-
Medicare Participant, and $2,962 for each post-Medicare Participant.

Number of Participants and Participant Categories:
For the purposes of this agreement, Participants shall be divided into the following categories:

Attachment 7

*Ko
Tuc*

A. Pre-Medicare Existing Participants USW Locations

B. Medicare Eligible Existing Participants USW Locations

C. Pre-Medicare Existing Participants Other Locations

D. Medicare Eligible Existing Participants Other Locations

E. Pre-Medicare New Participants

F. Medicare Eligible New Participants

Benefit Plans
For all Participants, the Program shall be as follows:

Participants under age 65 who are not eligible for Medicare are covered under the same medical and prescription drug coverage (excluding premiums) as outlined in the **May 16, 2014** Settlement Agreement between the parties covering USW Master Agreement Locations.

Participants age 65 and over or who are eligible for Medicare are covered under the same prescription drug coverage (excluding premiums) as outlined in the **May 16, 2014** Settlement Agreement between the parties covering USW Master Agreement Locations. The medical coverage for such participants shall remain unchanged.

Participant Premiums
Participant premiums, as summarized on Appendix A, and plan redesign will be used to reduce the overall cost of the Program for all Participants covered by this Program. The parties agree to discuss any increases to the premiums during the term of this agreement.

Company Contributions
The Company agrees to provide annual contributions equal to $3.75 million as of December 31 of each year beginning in 2015 and ending in 2019.

Retiree Health Care Account
The Company agrees to continue the non-interest bearing account ("the Account") for Existing Participants which shall be the sum of: (i) the Balance in the Account as of **May 15, 2014** (as adjusted per the Per Capita Claims Cost Determination and Reconciliation methodologies, (ii) Company Contributions, and (iii) Participant Premiums. The balance of the Account will apply to offset costs for the Program until the account is exhausted.

Program Costs
In the event that prior to December 31, 2019, in a given Measuring Period the average projected per capita claims cost of the Program (including administrative expenses) exceeds the amount of the Cap (plus, for Existing Participants only, the per capita share of the Account), the excess cost will be borne by the Participants. Their participant premiums will be increased for any excess costs of the Program.

2

Per Capita Claims Cost Determination
For purposes of determining the per capita claims cost of the Program, prior to June 1, 2007 and each July 1 thereafter, the Company will:

(i)    Collect medical and prescription drug claims with dates of service during the most recent consecutive twelve-month period from January 1 through December 31 ("Measurement Period") and paid through the end of February 28 of the following year. The medical claims will be adjusted to reflect changes in plan design, and claims incurred during the Measurement Period but not paid as of February 28 of the following year (prescription drug claims will be assumed fully incurred as of February 28). This adjustment will be based on a factor developed from medical claims incurred during the prior Measurement Period and paid through the end of the current measurement period, as compared to the amount paid through February 28 of the current Measurement Period.

(ii)    Determine annual costs on a per Participant basis by dividing the incurred claims by the weighted average number of Participants enrolled in the Program during the Measurement Period. While claims for other non-spouse **and non-domestic partner** eligible dependents will be used in the calculation, non-spouse **and non-domestic partner** eligible dependents will not be included in the denominator in the 'per Participant' cost calculation.

(iii)    Project the Measurement Period's incurred claims costs into the target calendar year (the year these costs will be used for contributions) using appropriate medical and prescription drug trend rates as defined by AonHewitt (or its successor) internal trend expectations and the appropriate number of months of trend.

(iv)    Add administrative costs to the incurred claims. These administrative costs will be those established by the claim and benefit outsourcing administrators and subject to review for reasonableness.

(v)    Develop the appropriate per capita claims cost per Participant. The claims data and enrollment counts should be based on all Participants enrolled in the plan during the Measurement Period. These calculations will be performed separately for pre-Medicare and post-Medicare eligible Participants. The parties will evaluate whether it is appropriate to merge plan experience for Current Participants and Other Participants.

The foregoing information will be provided to the Union by May 1 of the prior year to which the per capita claims cost data will apply. Within 30 days of delivering the foregoing information, the Union will inform the Company of any dispute it may have as to the data.

Reconciliation
In the event that the actual per-capita claims cost of the Program measured in a Measurement Period is less than the Cap as described above, the difference (multiplied by the number of Participants enrolled in the relevant category) will be added to the Account.

3

EMB00002442

EMB00002422

In the event that the actual per-capita claims cost of the Program measured in a Measurement Period is greater than the Cap as described above, the difference (multiplied by the number of Participants enrolled in the relevant category) will be deducted from the Account.

Dispute Resolution

The International Union, through the Chair of its Negotiating Committee or his/her designee, will have the right to review any information, calculation or other matters concerning this Agreement. In the event of a dispute between the parties regarding this agreement, the Chairman of the Employee Relations Council (ERC) and the President of the International Union, or his/her designee, will attempt to reach an agreement to resolve the discrepancy. Should the parties be unable to resolve the dispute, they will select an independent Third Party with the appropriate expertise relative to the dispute, to review each party's position related to the issue being disputed and to render a written opinion concerning the issue by July 1 of the year in question. In no event will a dispute delay the Company's annual enrollment process, but the dispute resolution will be applied through prospective adjustments to the Program. The opinion rendered by the Third Party will be final and binding on both parties. However, the opinion will not be cited by either party with respect to any other issue except ones relating to this Agreement. The costs associated with the Third Party will be borne equally by the parties.

Deferral and Re-enrollment

Participants may elect to defer participation in the Program based on the availability of other health care coverage. Participants who lose coverage from other sources will be allowed to enroll (or reenroll) in the Program immediately upon notice and payment of the applicable premium.

Participants who elect to defer participation will be given the opportunity to enroll (or reenroll) in the Program during the next annual enrollment period.

Participants who withdraw or whose coverage is terminated for failure to make the required premium contribution, will be allowed to enroll (or reenroll) in the Program after six months without coverage under the Program.

Communication

The parties will, in good faith, attempt to develop a joint communications strategy to notify Participants of the changes to the Program and applicable premiums by November 1, 2014.

Litigation

To the extent a court ruling affecting the Program changes the Company's obligations under this agreement, the parties agree to negotiate over the impact of the ruling.

Collective Bargaining Obligation

The parties agree that the subjects of Participant Premium, plan design, and Company Contributions set forth in this letter will be mandatory subjects of bargaining in any negotiations commencing prior to December 31, 2019.

4

EMB00002443

EMB00002422



| USW Locations: | Other USW Locations: |
| --- | --- |
| Alcoa, TN | Listerhill, AL |
| Badin, NC | Bellwood, VA Extrusions Plant |
| Baton Rouge, LA | Bristol, VA End Plant |
| Bauxite, AR | Corpus Christi, TX |
| Davenport, IA | Fort Meade, FL |
| Gum Springs, AR | Houston, TX Can Plant |
| Hot Springs, AR | Kansas City, MO Can Plant |
| Lake Charles, LA | Longview, WA |
| Lafayette, IN | Louisville, KY Plant 3 |
| Lebanon, PA | Chicago, IL |
| Louisville, KY Plants 1 & 15 | Richmond, IN |
| Massena, NY East & West Plants | Salisbury, NC Can Plant |
| Point Comfort, TX | Seattle, WA Can Plant |
| Richmond, VA | Tampa, FL Can Plant |
| Rockdale, TX | Torrance, CA Extrusions Plant |
| Troutdale, OR | |
| Warrick, IN | |
| Wenatchee, WA | |
| Mobile, AL | |
| Frederick, MD (Eastalco) | |

5

Confidential

## APPENDIX A

Pre-Medicare coverage will be the same medical and prescription drug coverage as active employees. Post-Medicare coverage will be the same medical coverage as of May 15, 2014 and same prescription drug coverage as active employees.

MONTHLY PER PARTICIPANT PREMIUM CONTRIBUTIONS FROM JANUARY 1, 2015 THROUGH DECEMBER 31, 2019

USW Location Existing Participants (each retiree, **certified domestic partner**, spouse, or surviving spouse).

| Year | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|
| Pre-Medicare | $90 | $90 | $90 | $90 | $90 |
| Post-Medicare | $50 | $50 | $50 | $50 | $50 |

Other Location Existing Participants (each retiree, **certified domestic partner**, spouse, or surviving spouse).

| Year | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|
| Pre-Medicare | $150 | $150 | $150 | $150 | $150 |
| Post-Medicare | $75 | $75 | $75 | $75 | $75 |

### NEW PARTICIPANTS

Pre-Medicare and Post-Medicare Premiums for each year of this agreement will be the projected per capita claims cost of the Program (including administrative expenses) for each group minus the amount of the applicable cap for each group. To the extent the cap exceeds the cost, the New Participant will not pay a premium.

To the extent a Participant elects available HMO coverage in lieu of the Program that costs more than per capita claims cost for the Program, the Participant will pay the additional HMO cost.

MEDICARE PART B PREMIUM REIMBURSEMENT:

All Medicare Part B reimbursements are capped at current amounts:

Participants retired on or after June 1, 1993 but prior to January 1, 1994, $88.50
Participants retired on or after January 1, 1994 but prior to April 1, 2002, $46.10
Participants (excluding new hires after June 1, 2006) retired on or after April 1, 2002, $88.50
New hires on or after June 1, 2006, None
Participants retired from the Frederick MD (Eastalco) facility, $50

EMB00002422

UNPUBLISHED
LAKE CHARLES

May 15, 2014

TWC
K

Mr. Tom Conway
Vice President, Administration
United Steelworkers
Five Gateway Center
Pittsburgh, PA 15222

Re:    Successor Agreement with Expiration 75 Days After Master Agreement

Dear Mr. Conway:

The items of the economic package negotiated in the 2014 Master negotiations listed below will be passed
through to the successor agreement to the current collective bargaining agreement between the United
Steelworkers and Alcoa covering the plant at Lake Charles, LA.

1. Pension Factor Increase
2. Active health care plan
3. Retire health care plan
4. Wages
5. Performance pay
6. Lump sum payments

The successor contract shall continue to have an expiration date 75 days after Master Agreement Contract
Expiration, with continued future participation of USW Local 211 or its successor in Master Negotiations.

It is further understood that the Lake Charles collective bargaining agreement is a stand alone agreement
concerning all economic and non-economic matters.

Very truly yours,

Kevin O'Brien
Director, Industrial Relations

Confirmed: .....................................................................
                    Tom Conway

Attachment 8

Confidential                                                                EMB00002446

Attachment G

Co. Proposal # 4 – Employment Security Letter

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

**Existing Letter 20, Page 181-182**

During the 2014 negotiations, the parties discussed the subject of employment security and agreed as follows.

Alcoa will strive to provide employment security as set forth herein, to employees of the Company who have two or more years of Company seniority on June 1, 2014, or attain two or more years of Company seniority during the term of the **2014** Labor Agreement.

~~There will be no layoff in any plant for employees defined above unless the proposed layoff exceeds ten percent (10%) of the work force or 35 bargaining unit employees, whichever is less.~~ In the event ~~application of the preceding sentence~~ provides there is a need for a layoff at a particular location, prior to implementing the layoff the Company will first offer voluntary quit packages consisting of $400 for each full year of Company seniority and $10,000. Quit packages will be offered to employees actively employed in the plant by seniority, subject to skill sets needed to maintain efficient operation of the plant, and may not all be granted at the same time so that the Company can manage operation of the affected plant. ~~If at least 75 percent of the reduction needs are met through this voluntary quit provision, there will be no layoff from the plant. However, if this level of reduction is not met through the voluntary quit package, the Company retains the right to reduce the work force to the necessary levels.~~ The acceptance of the voluntary quit package shall terminate the seniority of the employee, with no right of re-employment.

The employment security commitment as set forth by the above provisions is applicable for the duration of the **2014** Labor Agreement.

The commitments set forth above will not apply in the event of Acts of God, terrorism, strikes, war or other force majeure events. Nothing in this commitment shall impact the Company's right to declare a plant, department or substantial portion thereof as being shut down, in which case the above provisions will not apply.

Moreover, the parties agree that the provisions of this Letter of Understanding are subject to the grievance and arbitration procedure set forth in this Labor Agreement.

Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements

**Existing Letter 20, Page 141-142**

Applicable to Wenatchee Agreement

**Existing Letter 20, Page 129-130**

May 01, 2014 10:00 AM                                                                                                    Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

Attachment 9

Confidential

EMB00002447

EMB00002422

Co. Proposal # 4 – Employment Security Letter

Applicable to Massena East Agreement

Existing Letter 20, Page 144-145

Applicable to Gum Springs Agreement

Existing Letter 20, Page 192-193

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

Confidential                                                                           EMB00002448

EMB00002422

Union Proposals # 33c. – Safety and Health Common Letter #18

**Applicable for all Agreements**

RE:    Joint Health & Safety Conferences

Dear Mr. Conway:

During the negotiations of the 2001 Labor Agreement **and again in 2014**, the parties discussed how jointly-sponsored conferences on safety and health can enhance the joint safety and health efforts in the facilities covered by this Collective Bargaining Agreement (CBA).   The initial purpose of these conferences would be to seek out opportunities to reduce the fatality **and illness** potential at our facilities, improve communication between the parties, and establish a forum for the sharing of best practices **and lessons learned** to improve each location's joint safety, health and environmental processes.  These meetings will occur annually ~~starting in 2002~~ and be held at a mutually agreeable time and location.   **The USW and Alcoa HS&E conference leadership shall schedule the conference at the same time as the USW's Health, Safety and Environment Conference.**   At a minimum, the participants will include two (2) Joint Safety and Health Committee representatives (one hourly and one salaried) from each location covered by this CBA, representatives of the USWA Health, Safety and Environment Department, and appropriate representatives from the business unit and corporate organizations.  The company will pay the full lost time and expenses for **the number of** ~~one (1)~~ union member(s) of the JSHC from each location **as provide in the table below**.  Additional union representatives may attend at union expense.

| Plant Bargaining Unit Population | Total Hourly JSHC Members |
|---|---|
| **1-50** | 1 |
| **51-750** | 2 |
| **751 and above** | 3 |

**Additionally, the Company will pay the full lost time and expenses for the above identified JSHC members to attend the USW's Health, Safety and Environment Conference, when the conference is held the same week as the joint meeting held by the Company.**

Very truly yours,

May 12, 2014 1:00 PM                                                                                     Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

Attachment 10

Confidential                                                          EMB00002449

EMB00002422

Union Proposals # 33d. – Safety and Health Common Letter #2

**Applicable for all Agreements**

RE:    Safety and Health Language

Dear Mr. Conway:

In the negotiations for our 2001 Agreement **and as revised during the 2014 Agreement** the Company and the Union have agreed upon the following to clarify and implement the safety and health language of the Labor Agreement:

1. Any attempt by an employee, or employees, to utilize the procedures of the Article for harassment, coercion, retaliation, or to achieve objectives other than health and safety, however proper those objectives might be if pursued by other means, would be abuse of this Article and contrary to the Labor Agreement itself.

2. ~~An employee who is relieved from duty on the job about which he has complained shall not be paid for work time lost as a result of his being so relieved unless an arbitrator finds that he was justified in leaving the job because of the existence of an unsafe condition, changed from the normal hazards inherent in the operation. The period of time to which such payment is applicable will end when the unsafe condition is remedied or when, through application of proper manpower assignment or adjustment procedures, the relieved employee is either reassigned, scheduled off, or laid off.~~

Very truly yours,

Kevin O'Brien
Director, Industrial Relations

May 13, 2014 4:00 PM                                                                 Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5-15-14                                                                 Attachment 11

Confidential                                                                 EMB00002450

Union Proposals # 33e. – Safety and Health Misc. Letters

**Letters Applicable for Agreements as Indicated**

Common Letter # 11 – Continue "As Is".

Common Letter # 12 – Continue with "Musculoskeletal Disorders" added to RE: Line

Common Letter # 13 – Continue with "USWA" Changed to "USW"

Common Letter # 14 – Continue "As Is".

USW & Gum Springs Master Agreement Specific Letter #1 – Place in Common Letters for All Agreements with "Polychlorinated biphenyl" added to RE: Line

USW & Gum Springs Master Agreement Specific Letter #2 – Place in Common Letters for All Agreements with "Industrial Hygiene" added to RE: Line

USW & Gum Springs Master Agreement Specific Letter #3 – Place in Common Letters for All Agreements and add "/safety data sheets," after "material safety data sheets".

USW & Gum Springs Master Agreement Specific Letter #5 – Place in Common Letters for All Agreements and add "and Health", after "…the local Safety" in paragraph A.

Gum Springs Location Specific Letter #13 – Place in Common Letters for All Agreements

Gum Springs Location Specific Letter #14 – Place in Common Letters for All Agreements

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5/15-14

Attachment 12

Confidential                                                                                      EMB00002451

EMB00002422

Union Proposals # 24 – 64/66 Waivers & Forcing

**New Letter Applicable for all Agreements**

RE:    64/66 Hour Work Rule Modifications

Dear Mr. Conway:

During the negotiations of the 2014 Labor Agreement the parties again discussed issues that can result when employees work extended hours and are forced to work hours beyond their regularly scheduled shifts.

The parties further discussed the permit processes at each location and the issues that are created when employees are forced to work in their scheduling period. There was agreement that such situations are undesirable and that it would be beneficial to provide a modification to each location's overtime processes that would minimize those instances where our employees are forced to work in their scheduling period when volunteers exist.

The parties agreed that by August 01, 2014 each location will implement modifications to their overtime processes that would provide for volunteers prior to compulsory/involuntary forces. The revised process shall allow volunteers to work up to 72 hours in the scheduling period prior to forcing employees to work overtime. This change will not negate the requirement for the permit for every incident where an employee is allowed/required to work over 64/66 hours. This process revision shall include provisions that consider the safety and wellbeing of the individual that is volunteering and will be able to be modified should the parties develop recommendations out of the task force considering the issues of fatigue risk management. The parties will conduct a regular review of the data involving the employees that are being permitted to exceed 64/66 hours and should incident trends or staffing needs be negatively influenced by this change it will be discontinued.

Very truly yours,

Kevin O'Brien

May 14, 2014 AM                                                                                     Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

Attachment 13

Confidential

Union Proposal #30 – Daily Shift Changes

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

Article VI, Section 15. B.

**B.**   If an employee is required to work over eight (8) hours per day or on any day which is not part of his regular schedule, he shall not be required to lose time or lay off from his scheduled days in that payroll week provided there is work to which he would be regularly assigned.   The work days of an employee's work schedule for any work week **or the employee's work shift for any work day within that week shall not be** changed subsequent to the beginning of such work week except for proper and reasonable cause.

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

Article V, Section 15, A.
Add New Paragraph

**4) The employee's work shift for any work day within the workweek shall not be changed subsequent to the beginning of such work week except for proper and reasonable cause.**

**Applicable to Gum Springs Agreement**

Article XIII, Section 6
Add New 3rd Paragraph:

**The employee's work shift for any work day within the workweek shall not be changed subsequent to the beginning of such work week except for proper and reasonable cause.**

**Applicable to Wenatchee Agreement**

Article XXI, A.
Add New Paragraph 7:

**The employee's work shift for any work day within the workweek shall not be changed subsequent to the beginning of such work week except for proper and reasonable cause.** ·

May 13, 2014 PM                                                                                          Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5/14/14                                                                     Attachment 14

Confidential                                                                              EMB00002453

EMB00002422

Union Proposal #30 -- Daily Shift Changes

**Applicable to Massena East Agreement**

Article VII, Section 9.
Add New Paragraph (e):

**The employee's work shift for any work day within the workweek shall not be changed subsequent to the beginning of such work week except for proper and reasonable cause.**

May 13, 2014 PM                                                          Page 2

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5/14/14 ME

Confidential

EMB00002454

EMB00002422

Wage Manual Proposal
5/13/14

Company proposes the following language be incorporated into the current Wage Manuals covering ABG – Section VI, Steel – Section I., & Reynolds Section I.

ABG - Section VI -- Central Committee

A Central Committee shall be established consisting of two members – one appointed by the ABG Division of the United Steelworkers and one by the Company. Each member will be designated as Co-Chairperson.

The Central Committee shall interpret the application of the Wage Manual, including hearing Wage Evaluation Grievances at the third & final step of the process prior to Arbitration.

Written decisions by the Central Committee on matters within its jurisdiction shall be final and binding upon the parties.

Local Parties at each location will identify and maintain a Wage Evaluation Committee who will quarterly submit a report to the Central Committee with updates, number of job changes, settlements, and open grievances.

In addition, the Central Committee shall perform such functions as may be assigned to it by the parties including but not limited to training:

- Central Committee will develop & establish a standard training program for Local Committees
- Central Committee shall provide training for Local Committees when there is a significant change in the membership of the Committee.
- Locations can request training or the Central Committee can schedule training when it is determined significant change in membership has taken place at a location.
- Upon ratification of the 2014 Master Contract the Central Committee will schedule training for each location USW / ABG. Cost of the training will be covered by the Company.

5-14-14

1                  5/13/14

Attachment 15

Company proposes the following language be incorporated into the current Wage Manuals
covering ABG – Section VI, Steel – Section I., & Reynolds Section I.

ABG - Section VIII – Disputes

A.   (1)   Grievances concerning the application or interpretation of the Manual will
          be initiated and filed in writing at the second step of the Grievance
          Procedure.

     (2)   A wage rate grievance shall contain:

          a.  Date of grievance and grievance number
          b.  Title, department, and Job Number of Job Classification grieved
          c.  List of the factors in dispute and the position of the Union in each factor.

     (3)   The Local Committee will meet to discuss and review the grievance and
          determine the duties that are being performed.

     (4)   If agreement cannot be reached as to the proper Factor Levels and
          Rankings a Second Level Hearing is required and the Company will
          provide a Second Step Answer in writing within 14 days of the hearing

     (5)   Once the parties have agreed to the Job Description the Union can appeal
          the grievance to the Central Committee requesting a hearing. The appeal
          must be filed by the Union within 90 calendar days of receipt of the written
          Second Step Answer. The appeal shall include the information in (2) plus
          a copy of the Company's Second Step Answer.

     (6)   The Central Committee will arrange the hearing of the grievance within
          90- days unless mutually agreed to alter the timeline. The Central
          Committee will provide a written decision to the locations Joint Wage
          Evaluation Committee within 45- days unless mutually agreed to alter
          the timeline.

     (7)   If the grievance is not settled at Central Committee the Union has 90
          calendar days from the receipt of the written Central Committee answer to
          appeal the grievance to Arbitration. The appeal shall contain the
          information in (5) above plus a copy of the Central Committee answer.

     (8)   The Central Committee will arrange the hearing of grievances appealed to
          arbitration in a timely manner. The Committee will select and maintain an
          Arbitrator with the background & experience to hear and rule on Wage
          Evaluation grievances

     (9)   Grievances not settled at Central Committee can be settled by the Local
          Wage Evaluation Committee at any step in the Dispute Process.

Confidential                                                                            EMB00002456

EMB00002422

Union Proposal #9 – Absenteeism & Tardiness Discipline Administrative

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

ARTICLE XI.  RIGHTS UNDER THIS AGREEMENT
Section 40.  Dismissals and Disciplinary Action, D. 2nd Paragraph.

~~Subject to agreement of the local Union~~ a At each plant, disciplinary suspensions of five (5) days or less for absenteeism or tardiness shall be administrative in nature and shall not result in the affected employee being removed from active work without pay ~~prior to a final determination of the merits of the suspension in accordance with the Labor Agreement~~.  Disciplinary action of this nature will become a part of the employee's personnel record and ~~may~~ will be considered when determining future disciplinary action for the employee.  The parties agree that the administrative nature of this discipline does not minimize the impact of the disciplinary action or the need for correction of employee conduct.

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

Article XVI.:
Insert as a new 3rd Paragraph after existing 2nd paragraph;

**At each plant, disciplinary suspensions of three (3) days or less for absenteeism or tardiness shall be administrative in nature and shall not result in the affected employee being removed from active work without pay.  Disciplinary action of this nature will become a part of the employee's personnel record and will be considered when determining future disciplinary action for the employee.  The parties agree that the administrative nature of this discipline does not minimize the impact of the disciplinary action or the need for correction of employee conduct.**

**Applicable to Gum Springs Agreement**

Article XI.:
Insert as a new Section 6;

**Section 6**

**Disciplinary suspensions of five (5) days or less for absenteeism or tardiness shall be administrative in nature and shall not result in the affected employee being removed from active work without pay.  Disciplinary action of this nature will become a part of the employee's personnel record and will be considered when determining future disciplinary action for the employee.  The parties agree**

May 09, 2014 PM                                                                 Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

Attachment 16

Confidential                                                                 EMB00002457

EMB00002422

Union Proposal #9 -- Absenteeism & Tardiness Discipline Administrative

that the administrative nature of this discipline does not minimize the impact of the disciplinary action or the need for correction of employee conduct.

**Applicable to Wenatchee Agreement**

Article XV.:
Insert as a new 2nd Paragraph after existing 1st paragraph;

Disciplinary suspensions of five (5) days or less for absenteeism or tardiness shall be administrative in nature and shall not result in the affected employee being removed from active work without pay. Disciplinary action of this nature will become a part of the employee's personnel record and will be considered when determining future disciplinary action for the employee. The parties agree that the administrative nature of this discipline does not minimize the impact of the disciplinary action or the need for correction of employee conduct.

**Applicable to Massena East Agreement**

Article XIX.:
Insert as a new Section 4;

**Section 4.**

Disciplinary suspensions of five (5) days or less for absenteeism or tardiness shall be administrative in nature and shall not result in the affected employee being removed from active work without pay. Disciplinary action of this nature will become a part of the employee's personnel record and will be considered when determining future disciplinary action for the employee. The parties agree that the administrative nature of this discipline does not minimize the impact of the disciplinary action or the need for correction of employee conduct.

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*



Confidential                                                          EMB00002458

EMB00002422

Union Proposals # 21 – Contracting Out / Employment Security - Letter #21

**Applicable for all Agreements**

**RE:    Contracting Out/Employment Security**

Dear Mr. Conway:

This letter will confirm the agreement reached during **2014** negotiations that consistent with the parties intent and the Company's commitment to employment security, the Company will not contract out work for performance within the plant that is currently performed by bargaining unit employees if such contracting out would directly result in the layoff from the plant of an employee who has two (2) or more years of Company seniority on May **16, 2014** or who attains two (2) or more years of Company seniority during the term of the **2014** Labor Agreement.

Disputes concerning this letter at the facilities located in Alcoa, TN; Badin, NC; ~~Bauxite, AR;~~ Pt. Comfort, TX; Rockdale, TX; Davenport, IA; Lafayette, IN; Massena, NY (West Plant); Warrick, IN; ~~Louisville Plant #1, Louisville, KY;~~ and Wenatchee, WA, shall be subject to the grievance procedure but shall not be subject to arbitration. No strike, work stoppage, or lockout will be caused or sanctioned until negotiations have continued for at least five (5) days at the final step of the bargaining procedure described in the procedure for handling grievances. Thereafter, any strike which occurs under such circumstances shall not be deemed to be a violation of the Agreement applicable to the location, which shall continue to remain in full force notwithstanding such strike.

Disputes concerning this letter at the facilit~~y~~ies located in ~~Hot Springs, AR; and~~ Gum Springs, AR, shall be subject to the grievance procedure but shall not be subject to arbitration. No strike or lockout will be caused or sanctioned until negotiations have continued for at least ten (10) days in accordance with the procedure set forth in Article XVIII, Section 7 of the Agreement~~ applicable to each location~~. Thereafter, any strike which occurs under such circumstances shall not be deemed to be a violation of the Agreement applicable to the location, which shall continue in effect during such strike.

~~Disputes concerning this letter at Louisville Plant #15, Louisville, KY and the facility located in Richmond, VA shall be subject to the procedure set forth in Article XXIX, Section 2 of the Agreement applicable to each location.~~

Disputes concerning this letter at the East Plant facility, Massena, NY, shall be subject to the procedure set forth in Article VI, Section 3 of the Agreement applicable to the East Plant facility, Massena, NY.

Very truly yours,

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5-13-14                          Attachment 17

Confidential                                                    EMB00002459

EMB00002422

Union Proposals # 33a. – Safety and Health Language

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

Article XIX:
Revise as indicated;

Section 76. General

The Company, in compliance with applicable federal law, shall furnish to each employee employment free from recognized hazards that are causing or are likely to cause death or serious physical harm. Further, the Company shall comply with occupational safety and health standards promulgated under such law. It is intended that, consistent with the following functions of the safety and health committees, the International Union, Local Unions, union safety and health committees and its officers, employees and agents shall not be liable for any work-connected injuries, disabilities or diseases which may be incurred by employees. In this Safety and Health Article, the Union, through its various representatives, committees, officers, employees and agents, has been accorded certain participatory rights relating to employee safety and health; however, it is not the intention of the parties that these provisions or the Union's exercise of its rights thereunder shall in any way diminish the Company's exclusive responsibility. The Company and the Union will continue to cooperate toward the objective of eliminating accident and health hazards and will encourage employees to use the procedures stated herein in reaching this objective.

Section 77. Safety and Health Committee

A representative Safety and Health Committee will function at each of the plants on a joint basis, the number of members to be agreed on locally and the union members to be selected by the Union. **The parties shall designate their respective Co-Chairs and advise each other of updated committee membership.** The committee shall assist, make recommendations to, and cooperate with the Safety Department of the plant. Departmental safety **and health** committees are encouraged to follow the principle of rotating members in order to achieve broad participation. The Union will appoint the union members. Where the union co-chair requests that a specific union departmental committee member be excluded from rotation because of special training or positive contribution to the committee, such request will be granted. **At his or her discretion, the Local Union President may serve as an ex-officio member of the committee.**

This committee will be guided by the principles of the eight-point program set forth below:

**1.** Conduct monthly meetings **at times determined by the Committee Co-Chairs** for the sole purpose of discussing accident prevention and the **safety** and health conditions of the **workplace plant. By mutual agreement the Committee Co-Chairs may schedule special meetings of the Committee. Each Co-Chair shall prepare a proposed agenda in advance of the monthly meeting. At the beginning of each monthly meeting, the Committee will review the minutes of the previous month's meeting and review the status of any action items from the previous meeting and update, as appropriate, any unresolved action items.** The Company will keep minutes and provide copies for the committee members. **The Committee Co-chairs shall review the minutes prior to publication.** At every third monthly

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

ME 5-15-14

Attachment 18

Confidential                                                              EMB00002460

EMB00002422

Union Proposals # 33a. – Safety and Health Language

meeting, the committee shall review and evaluate the activities of the previous period at which time the international union staff representative may attend.

2.    **Joint Committee members are to make monthly workplace inspections that can include hazard recognition, IFE identification, and observations in the workplace.**

3.  Review published plant safety **and health** reports such as, relevant **occupational injury/illness/incident** near-miss and accident investigations and develop other data which would be useful in identifying **occupational injury/illness/incident** sources and injury trends. **At least one union representative shall be afforded the opportunity to participate in occupation injury/illness/incident investigations.**

4.    Recommend changes or additions to protective equipment or devices for the elimination of hazards.

5.  Participate in the promotion and advertising of safety and health.

6.    **Monitor the effectiveness of methods used for elimination, reducing or controlling hazards. Communicate and rReview** safety and health matters that have been raised by members of the bargaining unit. as referred to in the third from the last paragraph of this Article. **Assist the Company with inspections, industrial hygiene surveys and audit activities as needed.**

7.    Coordinate with the Management Environmental Steering Committee or the plant's equivalent.

8.  Encourage employees to use procedures established by the Company and the Union to process matters relating to safety and health.

9.    Review existing safety **and health** orientation and safety **and health** training activities for new employees as well as those existing safety **and health** training activities applicable to present employees who may change job classifications.

The Union shall certify its co-chair from the local bargaining unit.  The union co-chair or the co-chair's designee from the Safety and Health Committee and the management co-chair or the co-chair's designee will jointly inspect work areas they deem appropriate on a day immediately prior to each monthly Committee meeting.  It is understood that the purpose of the plant inspection is to assist the Company in satisfying its responsibility for work-connected injuries, disabilities, or diseases which may be incurred by employees.  The union co-chair or the co-chair's designee from the committee will be accorded timely access to the plant work areas in the conduct of committee responsibilities but a standard of reasonableness must be met in the obtaining of permission to leave that individual's regular job, in the amount of time involved if it is during regular working hours, in the amount of disruption involved if other employees are to be contacted, and in the arranging for advance clearance to be in work areas other than the chair's own.  The company co-chair may accompany the union co-chair or the co-chairs' designees from the committee during such access.

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

ME  5-15-14

Confidential

EMB00002461

EMB00002422

Union Proposals # 33a. – Safety and Health Language

The Safety Department and departmental management are responsible for effective and accurate **injury/illness/incident investigations**. ~~accident and near accident investigation~~. **Where an injury or incident has life-threatening, life-altering potential or results in lost time,** ~~lost-time injuries are involved,~~ the Safety Department and/or departmental management will send notification to the co-chairs or designees as soon as possible and no later than 24 hours from the time the Safety Department received knowledge of the injury. In the event of **life-threatening, life-altering incidents** ~~serious disabling accidents,~~ the union co-chair of the Safety and Health Committee or designee shall be included among those on the list of those to be promptly notified. Such notification is made for the purpose of providing him/her an opportunity to review the circumstances of the accident, which may include a site visit, in preparation for participating in item two (2) of the eight point program.

When local plant conferences between any employees (including the union representative or representatives) and the local plant Management are held during his/her or their regular working hours, such conferences shall not result in any loss of time to any such employees. This would include any special conferences that the co-chair mutually agree to arrange. Provided, however, where a superior practice now exists, it shall prevail.

Section 78. Safety **and Health** Equipment and Facilities

A. **The Company will provide personal protective equipment (PPE) when required by applicable occupational safety and health regulations to protect employees from injury/illness.** Such p~~P~~rotective devices, wearing apparel, and other equipment necessary to protect employees from injury shall be provided by the Company in accordance with practices now prevailing in each separate plant or as such practices may be improved from time to time by the Company. ~~Where protective wearing apparel is sold to employees, it is understood that prices of such apparel as is sold in the plants to employees will be at such levels as to not assure profit to the Company.~~ The Company will discuss significant intended improved practices with the Safety and Health Committee in advance of their implementation. Such discussions do not necessarily have to precede discussions of the same matters in the grievance procedure.

~~B. Effective December 01, 2010, each employee, other than a probationary employee, will be provided an allowance of $40.00 to purchase safety shoes for the employee's wear at the plant. On June 01, 2012 and December 1, 2013, each employee who on those dates has one year of accumulated departmental seniority shall receive an allowance of $40.00 to purchase safety shoes for the employee's wear at the plant. This benefit is in lieu of and supersedes any local practice or agreement to pay for shoes or metatarsals except where the employees have any superior conditions they may elect to retain the existing practice or agreement, and except where the Company is required by law to pay for such shoes and metatarsals.~~

~~This agreement is also applicable to employees in clerical and technical jobs who are required by the Company to wear safety shoes or metatarsals.~~

Section 79. Employee Safety and Health Rights

May 12, 2014 1:00 PM                                                                                         Page 3

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

MR 5-15-14

EMB00002422

Union Proposals # 33a. – Safety and Health Language

The Company will continue to provide adequate first-aid facilities and timely access to emergency medical treatment when necessary, as recommended by qualified medical personnel.

An employee hurt in an industrial accident will be paid for time lost during that shift, including any applicable overtime or shift premium, due to time required for medical treatment or due to being sent home for the balance of the shift by the Medical Department. If the employee is sent to the Plant Medical Department and is required to remain in the Medical Department for medical examination or treatment beyond the end of that shift, such time shall be paid by the Company in accordance with practices now prevailing in each separate plant or as such practices may be improved from time to time by the Company.

When an employee is temporarily reassigned to another department, or to another job classification in a different area in the same department, as a result of the Medical Department's determination that his/her exposure to a toxic substance calls for such temporary reassignment, he/she shall receive for hours worked his/her regular rate of pay or the pay of the job classification or job classifications to which such employee is assigned, whichever is higher, for a period of sixty (60) days following reassignment or upon such employee's return to his/her former department, whichever is sooner. The local parties may mutually agree to extensions of the rate retention period.

If an employee shall believe that there exists an unsafe/**unhealthy** condition, changed from the normal hazards inherent in the operation, so that the employee is in danger of injury, he/she shall notify his/her supervisor of such danger and of the facts relating thereto. Thereafter, unless there shall be a dispute as to the existence of such unsafe condition, such employee shall have the right, subject to reasonable steps for protecting other employees and the equipment from injury, to be relieved from duty on the job about which he/she has complained, **reassigned to an available job,** and to return to such job when such unsafe/**unhealthy** condition shall be remedied.    If the existence of such alleged unsafe/**unhealthy** condition shall be disputed, the chair, or his/her designee of the Grievance Committee and the ~~works~~ **plant** manager or his/her representative shall immediately investigate such alleged unsafe **unhealthy** condition and determine whether it exists. If they shall not agree and if the chair of the Grievance Committee is of the opinion that such alleged unsafe **unhealthy** condition exists, the employee shall have the right to present a grievance in writing to the ~~works~~ **plant** manager or his/her representative. ~~and thereafter to be relieved from duty on the job as stated above.~~ Such grievance shall be presented without delay directly to the Board of Arbitration under the provisions of Article XIV of this Agreement, which shall determine whether such employee was justified in leaving the job because of the existence of such an unsafe/**unhealthy** condition. If an employee is relieved from duty on the job as stated above, the Company will make a reasonable effort to advise any potential replacement of the grounds upon which the job was challenged as unsafe/**unhealthy,** until the outcome of such dispute is determined.

Other matters pertaining to unsafe **and unhealthy** conditions may be entered in the grievance procedure on a regular basis or, after notifying the supervisor in charge so that he can investigate and respond within a reasonable time, registering the matter with the Health and Safety Committee if the supervisor's response is unsatisfactory.

THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS

*MP 5-15-14*

Confidential

EMB00002463

EMB00002422

Union Proposals # 33a. -- Safety and Health Language

Section 80. Rate Retention

    (No Changes)

Section 81. Advisory and Review Procedures

    The Health and Safety Committee may contact and use the Management Environmental Steering Committee, or the plant's equivalent, as a technical and advisory resource in the area of ventilation, temperature control, fumes, smoke, toxic or corrosive substances, flammable materials, chemicals, solvents, and compounds. Specifically, the Management Environmental Steering Committee, or the plant's equivalent, is available to indoctrinate the Health and Safety Committee in matters pertaining to acceptable health levels and techniques of monitoring environmental control. It is also expected that the Steering Committee will have occasion to communicate with individual employees and groups of employees concerning implementation of the Occupational Safety and Health Act of 1970 **or the Federal Mine Safety & Health Act of 1977**. Any unresolved issues may be entered at the second step of the grievance procedure.

    Representatives of the International Union Health, Safety and Environment Department and corporate representatives of the Company's Health and Environmental Department may meet annually to review the effectiveness of safety and health activities.

    The international director or his/her designee may arrange to make a plant visitation by contacting the corporate office of the vice president of Environment and Health.

    The Company will provide the International Union Health, Safety and Environment Department with timely notification of any accident resulting in a fatality **or life altering incident** to an individual in a location where there are employees represented by a bargaining unit in the United States. This notification shall include the date of the fatality, the plant location, the bargaining unit, and if known, the circumstances of the fatality.

    The Company will provide the International Union Health, Safety and Environment Department with a copy of the fatal **or life altering incident** ~~accident~~ report that is given to the local Union concerning any member of its bargaining unit.

    Furthermore, the Company will provide each year to the International Health, Safety and Environment Department copies of applicable OSHA **300 Logs of Work-Related Injuries and Illnesses and** Form ~~200~~300A, Summary of Occupational Injuries and Illness reports or equivalent **(including MSHA's equivalent)**.

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

Article XXVI. Sanitary Conditions

    It is agreed that it is the responsibility of the Company to continue to furnish and maintain adequate ventilation, toilet facilities, wash bowls, and drinking fountains and facilities.

May 12, 2014 1:00 PM                                         Page 5

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

ME 5-15-14

Confidential

Union Proposals # 33a. – Safety and Health Language

The Company and the Union shall form a joint subcommittee of the Safety and Health Committee, not to exceed four in number, for the purpose of inspecting the above, not less frequently than once each month.

Article XXVII. Safety and Health
Same Revisions as above as indicated below;

Section 1 General - Same as Section 76 above
Section 2 Safety and Health Committee - Same as Section 77 above
Section 3 Safety Equipment and Facilities - Same as Section 78 above
Section 4 Employee Safety and Health Rights - Same as Section 79 above
Section 5 Advisory and Review Procedures - Same as Section 81 above

**Applicable to Gum Springs Agreement**

Article XX. Safety and Health
Same Revisions as above as indicated below;

Section 1 General - Same as Section 76 above
Section 2 Safety and Health Committee - Same as Section 77 above
Section 3 Safety Equipment and Facilities - Same as Section 78 above
Section 4 Employee Safety and Health Rights - Same as Section 79 above
Section 5 Rate Retention - Same as Section 80 above
Advisory and Review Procedures - Same as Section 81 above

**Applicable to Massena East Agreement**

Article XXII. Safety and Health
Same Revisions as above as indicated below;

Section 1 General - Same as Section 76 above
Section 2 Safety and Health Committee - Same as Section 77 above
Section 3 Safety Equipment and Facilities - Same as Section 78 above

Section 4 Employee Safety and Health Rights

The Company will continue to provide adequate first-aid facilities and timely access to emergency medical treatment when necessary, as recommended by qualified medical personnel.

An employee hurt in an industrial accident will be paid for time lost during that shift, including any applicable overtime or shift premium, due to time required for medical treatment or due to being sent home for the balance of the shift by the Medical Department. If the employee is sent to the Plant Medical Department and is required to remain in the Medical Department for

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

ME  5-15-14

Confidential

EMB00002465

EMB00002422

Union Proposals # 33a. – Safety and Health Language

medical examination or treatment beyond the end of that shift, such time shall be paid by the Company in accordance with practices now prevailing in each separate plant or as such practices may be improved from time to time by the Company.

~~If an employee shall believe that there exists an unsafe condition, changed from the normal hazards inherent in the operation, so that the employee is in danger or injury, he/she shall notify his/her supervisor of such danger and of the facts relating thereto. Thereafter, unless there shall be a dispute as to the existence of such unsafe condition, such employee shall have the right, subject to reasonable steps for protecting other employees and the equipment from injury, to be relieved from the duty on the job about which he/she has complained and to return to such job when such unsafe condition shall be remedied. If the existence of such alleged unsafe condition shall be disputed, the chair, or his/her designee of the Grievance Committee and the works manager or his/her representative shall immediately investigate such alleged unsafe condition and determine whether it exists. If they shall not agree and if the chair of the Grievance Committee is of the options that such alleged unsafe condition exists, the employee shall have the right to present a grievance in writing to the works manager or his/her representative and thereafter to be relieved from duty on the job as stated above. Such grievance shall be presented without delay directly to an Arbitrator under the provisions of Article VI of this Agreement, which shall determine whether such employee was justified in leaving the job because of the existence of such an unsafe condition. If an employee is relieved from duty on the job as stated above, the Company will make a reasonable effort to advise any potential replacement of the grounds upon which the job was challenged as unsafe, until the outcome of such dispute is determined.~~

If an employee shall believe that there exists an unsafe/**unhealthy** condition, changed from the normal hazards inherent in the operation, so that the employee is in danger of injury, he/she shall notify his/her supervisor of such danger and of the facts relating thereto. Thereafter, unless there shall be a dispute as to the existence of such unsafe condition, such employee shall have the right, subject to reasonable steps for protecting other employees and the equipment from injury, to be relieved from duty on the job about which he/she has complained, **reassigned to an available job,** and to return to such job when such unsafe/**unhealthy** condition shall be remedied. If the existence of such alleged unsafe/**unhealthy** condition shall be disputed, the chair, or his/her designee of the Grievance Committee and the ~~works~~ **plant** manager or his/her representative shall immediately investigate such alleged unsafe **unhealthy** condition and determine whether it exists. If they shall not agree and if the chair of the Grievance Committee is of the opinion that such alleged unsafe **unhealthy** condition exists, the employee shall have the right to present a grievance in writing to the ~~works~~ **plant** manager or his/her representative. ~~and thereafter to be relieved from duty on the job as stated above.~~ Such grievance shall be presented without delay directly to the Board of Arbitration under the provisions of Article XIV of this Agreement, which shall determine whether such employee was justified in leaving the job because of the existence of such an unsafe/**unhealthy** condition. If an employee is relieved from duty on the job as stated above, the Company will make a reasonable effort to advise any potential replacement of the grounds upon which the job was challenged as unsafe/**unhealthy**, until the outcome of such dispute is determined.

May 12, 2014 1:00 PM                                                                                                   Page 7

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

*MR* 5-15-14

Confidential                                                                    EMB00002466

EMB00002422

Union Proposals # 33a. – Safety and Health Language

Other matters pertaining to unsafe **and unhealthy** conditions may be entered in the grievance procedure on a regular basis or, after notifying the supervisor in charge so that he can investigate and respond within a reasonable time, registering the matter with the Health and Safety Committee if the supervisor's response is unsatisfactory.

Section 5 Advisory and Review Procedures - Same as Section 81 above

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

ME 5-15-14

Confidential

EMB00002467

EMB00002422

Union Proposals # 33b. – Safety and Health Common Letter #5

**Applicable for all Agreements**

RE:    Joint Training of the Joint Safety & Health Committee Members

Dear Mr. Conway:

During the course of the negotiations of our 1996 Labor Agreement **and again in 2014,** the parties discussed the potential benefits that might be gained through joint training of the joint Safety and Health Committee members. **As such, the parties agreed the Company, in cooperation with the International Union, will provide JSHC training at each location, open to all committee members (union and management) with the objective of improving the effectiveness of the JSHC and the prevention of occupational injuries/illness. Such training shall be provided at least once during the duration of this agreement or more times as may be determined as a result of the following described joint assessment.**

It was ~~also reaffirmed~~ ~~agreed~~ that at each location the local parties should periodically assess the needs for conducting such training.  If such assessment reveals a need for specific training, the Co-Chairpersons of the committee will develop an appropriate agenda for such training.  The training will be held at a mutually agreeable date, time and location.

Very truly yours,

May 12, 2014 1:00 PM                                                                                    Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

J-15-14                                                                        Attachment 19

Confidential                                                          EMB00002468

EMB00002422

Union Proposal #17 – Arbitrability & Merit Arguments – Rules of Arbitration

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

Appendix X. Paragraph 5:

The question of a case being subject to arbitration shall be raised by the party having the objection prior to a hearing on the merits of the case. Such objection should be communicated to the other party not later than sixty (60) days after the date of certification. **The hearings on arbitrability and the merits shall be held together, however, the decision on the arbitrability shall be rendered prior to the decision, if required, on the merits.** The party raising the question of arbitrability shall open and close first.

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements, and the Wenatchee Agreement**

Agreement Specific Letter # 15 Paragraph 25:

Where the question of the arbitrability of a grievance is raised, **the hearings on arbitrability and the merits shall be held together, however, the decision on the arbitrability shall be rendered prior to the decision, if required, on the merits** that question is arbitrated as an issue separate from the merits of the grievance.

**Applicable to Gum Springs Agreement**

Appendix IX. Paragraph 5:

The question of a case being subject to arbitration shall be raised by the party having the objection prior to a hearing on the merits of the case. Such objection should be communicated to the other party not later than sixty (60) days after the date of certification. **The hearings on arbitrability and the merits shall be held together, however, the decision on the arbitrability shall be rendered prior to the decision, if required, on the merits.** The party raising the question of arbitrability shall open and close first.

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

Attachment 20

Confidential                                                                                                    EMB00002469

EMB00002422

Union Proposal #4 – Super Seniority Union Officials

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

ARTICLE VIII. SENIORITY
Identify Existing Paragraphs as A. and B. and Add New Paragraphs

C. Union Officials – Representation

Top company seniority for the purpose of layoffs and restoration of forces shall be granted to local Union officials at each plant on the following basis:

1. The president, vice-president, grievance chairman, and other union officials (the latter not to exceed six) regularly dealing directly with the grievance procedure or contract administration and one union representative involved in the administration of the grievance procedure for each one hundred (100) employees in the bargaining agency of the local Union. Each local Union will provide works management with a certified list of such union officials. The total number so certified shall not be changed more often than every six (6) months.

2. The top company seniority provided in the foregoing shall be applied in the department in which the employee works. No such seniority shall be exercised unless the union official is capable of doing a job which is available in his department.

**Applicable to Wenatchee Agreement**

ARTICLE VI. SENIORITY

D. Union Officials – Representation

Top company seniority for the purpose of layoffs and restoration of forces shall be granted to local Union officials at each plant on the following basis:

1. The president, vice-president, grievance chairman, and other union officials (the latter not to exceed six) regularly dealing directly with the grievance procedure or contract administration and one union representative involved in the administration of the grievance procedure for each one hundred (100) employees in the bargaining agency of the local Union. Each local Union will provide works management with a certified list of such union officials. The total number so certified shall not be changed more often than every six (6) months.

2. The top company seniority provided in the foregoing shall be applied in the department in which the employee works. No such seniority shall be exercised unless the union official is capable of doing a job which is available in his department.

---

May 10, 2014 1:00 PM                                                    Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5-12-14          Attachment 21

Union Proposal #4 – Super Seniority Union Officials

**Applicable to Massena East Agreement**

ARTICLE IX SENIORITY

Section 7. Union Officials - Representation

Top company seniority for the purpose of layoffs and restoration of forces shall be granted to local Union officials at each plant on the following basis:

A. The president, vice-president, grievance chairman, and other union officials (the latter not to exceed six) regularly dealing directly with the grievance procedure or contract administration and one union representative involved in the administration of the grievance procedure for each one hundred (100) employees in the bargaining agency of the local Union. Each local Union will provide works management with a certified list of such union officials. The total number so certified shall not be changed more often than every six (6) months.

B. The top company seniority provided in the foregoing shall be applied in the department in which the employee works. No such seniority shall be exercised unless the union official is capable of doing a job which is available in his department.

**Applicable to Gum Springs Agreement**

ARTICLE XXV. SENIORITY

Section 10. Union Officials - Representation

Top company seniority for the purpose of layoffs and restoration of forces shall be granted to local Union officials at each plant on the following basis:

A. The president, vice-president, grievance chairman, and other union officials (the latter not to exceed six) regularly dealing directly with the grievance procedure or contract administration and one union representative involved in the administration of the grievance procedure for each one hundred (100) employees in the bargaining agency of the local Union. Each local Union will provide works management with a certified list of such union officials. The total number so certified shall not be changed more often than every six (6) months.

B. The top company seniority provided in the foregoing shall be applied in the department in which the employee works. No such seniority shall be exercised unless the union official is capable of doing a job which is available in his department.

---

May 10, 2014 1:00 PM                                                                 Page 2

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

BL        MR   5-12-14

Confidential                                                          EMB00002471

EMB00002422

Union Proposal #3– Citation Period for Discipline

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

ARTICLE XI.  RIGHTS UNDER THIS AGREEMENT

Section 40.  ·Dismissals and Disciplinary Action

G.  In arbitration proceedings, the Company will not make use of any personnel records of previous disciplinary action against the employee involved where the disciplinary action occurred **three (3)** years prior to the date of the event which is the subject of such arbitration.

May 13, 2014 4:00 PM                                                                                    Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5-14-14                                                                        Attachment 22

Confidential                                                                        EMB00002472

EMB00002422

Union Proposal #20 – Bereavement & Union Leave for Vacation Eligibility

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

Article XVII., Section 58. Eligibility

For the purpose of determining whether 1000 or more hours have been worked, time lost during such 365 days due to an injury arising out of company employment, or due to jury or witness duty (Article XXVII) or due to bereavement leave (Article XXVIII) or due to absence from work while on a previous year's vacation, or time lost while participating in national contract negotiations with the Company and in preparations contiguous therewith, or holiday hours not worked but paid for, **or due to absence for excused Union business not to exceed 200 hours** shall be added to the actual hours the employee worked at the rate of eight (8) hours per day but no more than forty (40) hours per week.

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

Article VII Section A, Paragraph 1:

For the purposes of determining whether 1000 or more hours have been worked, time lost during such 365 days due to an injury arising out of company employment, or due to jury or witness duty (Article XXVIII), **or due to bereavement leave (Article XXIX)**, or due to absence from work while on a previous year's vacation or time lost while participating in national negotiations with the Company, **or due to absence for excused Union business not to exceed 200 hours** shall be added to the actual hours the employee worked at the rate of eight (8) hours per day but no more than forty (40) hours per week.

**Applicable to Wenatchee Agreement**

Article XXIV Section A, Paragraph 1:
New Paragraph d.

For the purposes of determining whether 1000 or more hours have been worked, time lost during such 365 days due to an injury arising out of Company employment, or due to Jury or Witness Duty (Article XXXIII), **or due to bereavement leave (Article XXXIV)**, or due to absence from work while on a previous year's vacation or time lost while participating in national negotiations with the Employer, **or due to absence for excused Union business not to exceed 200 hours** shall be added to the actual hours the employee worked at the rate of eight (8) hours per day but no more than forty (40) hours per week. An employee otherwise eligible who, on November 30, lacks 31 days or less of the required seniority will be deemed to have satisfied the seniority requirements for eligibility and for length of vacation.

Attachment 23

May 13, 2014 4:00 PM                                                                Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5-14-14

EMB00002422

Union Proposal #20 – Bereavement & Union Leave for Vacation Eligibility

**Applicable to Massena East Agreement**

Article VIII Section 2, Paragraph (a)

For the purpose of determining whether 1000 hours or more have been worked, time lost during such 365 days due to an injury arising out of Company employment, or due to jury or witness duty, **or due to bereavement leave (Article XVII),** or due to absence from work while on excused leave of absence for Union business not to exceed 200 hours, or while on a previous year's vacation under this article, shall be added to the actual hours the employee worked at the rate of eight (8) hours per day but no more than forty (40) hours per week.

May 13, 2014 4:00 PM                                                                                     Page 2

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

EMB00002422

Union Proposal #5 – Bereavement

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

ARTICLE XXIX. BEREAVEMENT PAY

When death occurs in an employee's immediate family (i.e., employee's legal spouse, mother, father, mother-in-law, father-in-law, son, daughter, brother, sister, grandparents, **grandchildren**, stepparents, stepchildren, stepbrother, stepsister, ~~son-in-law, daughter-in-law~~, half-brother, or half-sister) an employee,... Time thus paid will ~~not~~ be counted as hours worked for purposes of determining overtime or premium pay liability.

**Applicable to Wenatchee Agreement**

ARTICLE XXXIV. BEREAVEMENT PAY

When a death occurs in an employee's immediate family (i.e., employee's legal spouse, mother, father, mother-in-law, father-in-law, son, daughter, brother, sister, grandparents, grandchildren, stepparents, stepchildren, stepbrother, stepsister, **son-in-law, daughter-in-law**, half-brother, or half-sister), an employee,... Time thus paid will ~~not~~ be counted as hours worked for purposes of determining overtime or premium pay liability.

**Applicable to Massena East Agreement**

ARTICLE XVII. JURY, WITNESS, AND BEREAVEMENT PAY
Section 2. Bereavement Pay

When death occurs in an employee's immediate family (i.e., employee's legal spouse, mother, father, mother-in-law, father-in-law, son, daughter, brother, sister, grandparents, grandchildren; and including stepfather, stepmother, stepchildren, stepbrother, stepsister, **son-in-law, daughter-in-law**, half brother or half sister) an employee,... Time thus paid will ~~not~~ be counted as hours worked for purposes of determining overtime or premium pay liability.

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5-14-14                                                               Attachment 24

Confidential                                                          EMB00002475

EMB00002422

Union Proposal #19 – 6th & 7th Day Eligibility & Bereavement Time

**Applicable to Davenport, Lafayette, Massena (West), and Warrick Agreements**

Article VI Section 13 Paragraph 1:

C.    For the purpose of computing consecutive days worked, any holiday listed in Section 12A shall be considered a day worked whether or not work is actually performed. .Further, any day for which an employee receives jury or witness pay as provided for in Article XXVIII **or receives bereavement pay as provided in Article XIX** shall be considered a day worked whether or not work is actually performed.

**Applicable to Wenatchee Agreement**

Article XX. E.

E. For the purpose of computing consecutive days worked, any holiday listed in Paragraph H shall be considered a day worked whether or not work is actually performed.  Further, any day for which an employee receives jury or witness pay as provided for in Article XXXIII **or receives bereavement pay as provided in Article XIX** shall be considered a day worked whether or not work is actually performed.

---

May 13, 2014 PM                                                                                   Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

*5-14-14*                                                                      Attachment 25

Confidential                                                                  EMB00002476

EMB00002422

Union Proposals # 33f. – Wenatchee Safety and Health Language

**Applicable to the Wenatchee Agreement**

Article XXVIII:

Replace Article XXVIII with the Article XXVII Language that exists in the Former Alcoa ABG Agreements and as agreed to in these negotiations.

May 14, 2014 PM                                                                                        Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

5/14/14

Attachment 26

Confidential                                                                                        EMB00002477

EMB00002422

Union Proposal #7 – Temporary Supervisors

**Applicable to Alcoa, TN, Badin, Point Comfort, and Rockdale Agreements**

ARTICLE VIII. SENIORITY:

Section 30. Temporary Supervisors

   A. The Company may assign employees to act as temporary supervisors when a need for such assignment arises from short-term absences of other supervisors due to illness, jury duty, vacation or increases in operating requirements above normal levels not expected to be long term. Commencing June 1, **2014**, the accumulated time per individual employee thus utilized shall not exceed **sixty (60) days** per calendar year. The local parties may agree to such modifications or applications of this sub-section as are suitable to that location.

Attachment 27

May 15, 2014 PM                                                                 Page 1

*THE COMPANY RESERVES THE RIGHT TO ADD TO, MODIFY, AND OR DELETE FROM ANY AND ALL PROPOSALS*

ME  5-15-14

Confidential                                                        EMB00002478

EMB00002422

PUBLISHED LETTER ALL MASTER PLANTS

May 16, 2014

Mr. Tom Conway
Chairman of the Alcoa Master Bargaining Committee
United Steelworkers
Five Gateway Center
Pittsburgh, PA 15222

RE:    401(k) Company Contributions & Deferrals

Dear Mr. Conway:

The Company shall offer employees the opportunity to participate in the Alcoa Retirement
Savings Plan for Bargaining Employees (the "Plan").

The Company shall match employee pre-tax contributions up to 6% of eligible pay as follows:

- 75% matching contribution percentage at Davenport, Lafayette, Massena East, Massena
  West, Warrick and Wenatchee; and

- 50% matching contribution percentage at Alcoa, Badin, Gum Springs, Point Comfort and
  Rockdale.

The Company does not match any portion of bonus, variable pay, Pay for Performance or other
similar payments.

**As agreed to under the 2001 Labor Agreement, employees at Davenport, Lafayette,
Massena West, Massena East, Wenatchee, and Warrick will have 53.6 cents per hour
worked deposited in the Retirement Savings Plan. The 53.6 cents is diverted from the
Cost-of-Living Adjustment that became effective March 3, 1986, and is otherwise not
payable under the 2001 Labor Agreement.**

**As agreed to under the 2014 Labor Agreement, employees may elect to defer up to 50%
of performance pay for awards earned starting with the 2015 Performance Pay Plan.**

It is acknowledged and agreed that other than the increase or decrease of the Company Match
and the deferral of Performance Pay, the Plan's administration and participants' rights under
the Plan shall be concurrent with the administration and participants' rights under the Alcoa
Savings Plan for Non Bargaining Employees (renamed January 1, 2011 "Alcoa Retirement
Savings Plan for Salaried Employees").


Very truly yours,
Kevin O'Brien
Director, Industrial Relations


Attachment 28

Confidential                                                            EMB00002479

EMB00002422

May 14, 2014

TUC
W

Company Counter to Union 18 -- Wellness

*(the Company reserves the right to modify or amend this proposal)*

RE: Wellness Programs

During 2014 negotiations the parties discussed the Alcoa Wellness programs.

The Company agrees to include at least one representative, appointed by the Local Union President, on a location's Wellness Committee.

Any health information or health condition of a specific individual or individuals gathered as part of a Wellness program or activity will remain confidential. Any health information collected as part of these initiatives shall in no way be used to support any disciplinary action. Any entity collecting information on individuals will only share aggregate data with Company representatives.

Attachment 29

ARTICLE _____ GROUP INSURANCE USW, ABG

Medical Benefits, Prescription Drug Benefits, Dental Benefits, and Vision Benefits will
be provided to eligible active employees and their eligible dependents. The Company
will provide Sickness and Accident, Life Insurance, and Accidental Death and
Dismemberment benefits to eligible active employees. The Company will also provide
Medical and Prescription Drug Benefits to eligible retirees, surviving spouses, and their
eligible dependents and Life Insurance to eligible retirees.

Separate booklets describing these benefits are incorporated herein and made a part of
this Agreement. Effective January 1, 2015, the agreed-upon modifications to all Group
Insurance benefits will become effective and incorporated into plan booklets.

General Provisions Applicable to Article XXII

    1. It is agreed that if subsequent governmental legislation provides for the
reduction or elimination of the premium for Medicare Part B for any person, the
Company shall make a corresponding reduction or elimination to the benefit payment
for such Medicare premium for that person and such governmental action shall not
require further modification or adjustment in this Article.

    2. It is intended that the provisions for benefits in this Article shall comply with
and be in substitution for provisions for similar benefits which are, or shall be, made by
any law or laws. Amounts paid by the Company for such similar benefits either as
contributions, taxes, or benefits under any law or laws providing non-occupational
insurance benefits shall reduce to that extent the amounts the Company shall pay under
this Article and appropriate readjustment shall likewise be made in the benefits.

    3. Unless otherwise provided in this Article, the parties will meet and agree on a
modification of this plan to eliminate duplication of benefits and the disposition of any
savings to the Company if subsequent governmental legislation should provide any of
the benefits described herein.

    4. Upon the request of either the Company or the International Union, the parties
will jointly study the health-care program provided by a Health Maintenance
Organization Plan (HMO) in any area. Furthermore, if desired by the International
Union, the parties will also jointly study the health-care program provided by a qualified
Health Maintenance Organization plan that presents to the Company an appropriate
request for inclusion in this plan. A mutual agreement will be sought as to the
desirability of providing at no additional cost to the Company an individual choice
between an employee's coverage under this Article and similar coverages provided by
the Health Maintenance Organization plan under study. The Company and the

Attachment 30

EMB00002422

International Union will make a mutual determination of the costs in such area of the hospital-surgical-medical benefits provided for individuals by this Article and the costs for individuals of participation in such HMO plan. In the event the parties agree to provide such an individual choice, then with respect to employees who choose participation in such HMO plan, the Company will deduct from the pay of each such employee the amount, if any, by which the cost of such employee's participation in such plan exceeds the cost in such area of the Managed Care Medical benefits theretofore provided for such employee by this Article, as above determined, and the Company will pay to such plan the cost of such employee's participation in such plan. The parties agree that they will not unreasonably withhold agreement in reaching such mutual determination.

5. Notwithstanding the provisions in 2 and 4 above, when and if, during the term of this Agreement, any employee covered by this Agreement becomes entitled to apply for or to obtain health care or other medical, dental, vision, or surgical benefits by reason of the enactment by the United States or any state of the United States of a Governmental System of health security or medical service program ("Governmental System") for active employees, the parties shall promptly meet and undertake to negotiate a modification of the benefits under this Article of the type and character provided or available under such Governmental System in order to achieve or to assure the following results:

(a) No employee covered by this Article shall suffer any reduction in the level of any of the several health-care benefits of this Article.

(b) The Company shall, without cost to the employee, provide a plan of benefits supplementary to those available under such Governmental System to the extent necessary to make each benefit comparable to the corresponding benefit provided under this Article.

(c) When an employee or dependent covered by this Article is required by law to make contributions, whether in the form of direct taxes, personal premiums, levies or otherwise, specifically designated by law toward the cost of benefits under such a Governmental System, the Company, in addition to any contributions required of it by law, shall pay to or on behalf of such employee or dependent any such required contributions to the extent such contributions are for benefits covered by this Article.

(d) The Company will not be required to provide any benefits or make payment for any benefit to the extent that the employee or dependent covered hereby receives or would be able to receive such benefit as a matter of right and without means test of any kind if timely and proper steps had been taken to obtain the benefit or payment for the benefit under such Governmental System.

(e) To preclude any duplicating of benefits to employees or their dependents and to preclude any duplication of costs to the Company including the costs arising from taxes and contributions of employees paid by the Company.

2

EMB00002482

EMB00002422

(f) To negotiate the disposition of any actual savings disregarding any increase or decrease in administrative cost which may accrue to the Company as a result of any such Governmental System.

3