# EXHIBIT 47

EXHIBIT 26







# Sickness and Accident and Life Insurance Agreement

Summary Plan Description

For active hourly employees pursuant to
Agreement with
Aluminum, Brick & Glass Workers of America

USW035011

The benefits described in this booklet are incorporated in and made a part of Article XXIII-Group Insurance of the Labor Agreement between the Aluminum Company of America and the Aluminum, Brick and Glass Workers International Union, dated June 1, 1993. This Agreement applies to eligible hourly employees at the following plants:

- Davenport, Iowa;

- Lafayette, Indiana

- Massena, New York;

- Warrick, Indiana; and

- Wenatchee, Washington (Aluminum Trades Council).

The benefits contained in this booklet are included in the Employees Group Benefits Plan of Aluminum Company of America, Plan II. The Sickness and Accident and Life Insurance Agreement governs your rights and obligations in accordance with the Labor Agreement.

A copy of the Employee Group Benefits Plan may be obtained by writing to the plan administrator (see *Administrative Information* for the address). You also may examine a copy of the plan during regular business hours at the Alcoa Building, Pittsburgh, PA or at your local personnel office.

When the terms "Alcoa" or "the company" are used in this booklet, they mean the Aluminum Company of America.

USW035012

## How To Use This Booklet

This booklet was developed especially for hourly Alcoans. You may read it cover to cover or you may use the booklet for reference information—it was written to be easy to use.

In this booklet you will find:

- *Table of Contents*—at the beginning of the booklet, you will find a table of contents. This describes the information you will find in the booklet.

- *Questions and Answers*—you will find "Qs and As" throughout the booklet. These highlight many commonly asked questions.

- *Tips and Other Information*—you will find important information and interesting tips about using the benefits described in this booklet.

- *What Does That Mean: A Glossary*—there are certain terms that have specific meanings for the plan. To help you understand what these terms mean, you will find a glossary at the end of the booklet.

USW035013

# Table of Contents

**Page**

Sickness and Accident and Life Insurance ................................................... 1
    Overview .......................................................................................... 1
    Sickness and Accident Benefits........................................................... 1
    Company-Provided Life Insurance Plan ............................................. 1
    Optional Life Insurance Plans ........................................................... 1
    Accelerated Benefit Option ................................................................ 2
Sickness and Accident Benefits .................................................................. 3
    Who's Eligible .................................................................................... 3
    Who Pays the Cost ............................................................................ 3
    When Coverage Starts ....................................................................... 3
    When Coverage Ends ........................................................................ 3
    Weekly Benefits ................................................................................ 3
    Benefit Amounts ............................................................................... 4
    Coverage While Not at Work............................................................... 4
    Human Organ Transplants ................................................................ 5
    Right to Examination ........................................................................ 6
    Filing a Claim .................................................................................. 6
    Benefit Payment ............................................................................... 6
    Conditions for Coverage .................................................................... 6
    Effect of Income From Other Sources ................................................ 7
    Situations Not Covered ..................................................................... 7
    Social Security .................................................................................. 8
    Other Adjustments............................................................................ 8
    Applying for Other Benefits ............................................................... 9
Company-Provided Life Insurance ............................................................. 10
    Who's Eligible.................................................................................. 10
    Who Pays the Cost .......................................................................... 10
    Enrollment ...................................................................................... 10
    When Coverage Starts ..................................................................... 10
    When Coverage Ends ...................................................................... 10
    Coverage While Not at Work............................................................. 10
    Life Insurance Coverage .................................................................. 12
    Accidental Death and Dismemberment (AD&D) Coverage ............ 13
    Filing a Claim ................................................................................ 14
    Benefit Payment ............................................................................. 14
    Your Beneficiary.............................................................................. 14
        If Your Beneficiary Dies Before You ......................................... 14
    Travel Accident Insurance Coverage ............................................... 14
    Effect of Travel Accident Benefits on Life and AD&D Benefits ...... 15

USW035014

**Page**

Optional Life Insurances ............................................................................ 16
    Types of Optional Insurance .............................................................. 16
    Who's Eligible ...................................................................................... 16
    Who Pays the Cost ............................................................................... 16
    Enrollment .......................................................................................... 16
    When Coverage Ends .......................................................................... 16
    When Rates Change ............................................................................ 17
    Increase in Coverage .......................................................................... 17
    Coverage While Not at Work ............................................................. 17
    Your Beneficiary .................................................................................. 18
            If Your Beneficiary Dies Before You .......................................... 18
    Filing a Claim ...................................................................................... 18
    Benefit Payment .................................................................................. 18
Contributory Life Insurance ..................................................................... 19
    Overview .............................................................................................. 19
    Who's Eligible ...................................................................................... 19
    When Coverage Begins ........................................................................ 19
    Your Schedule of Payment for Contributory Life .............................. 19
    Contributory AD&D Coverage ............................................................ 20
    When You Reach Age 65 or When You Retire ..................................... 21
    Your Choices at Retirement ................................................................ 22
Voluntary Life Insurance ........................................................................... 23
    Who's Eligible ...................................................................................... 23
    Your Schedule of Payment for Voluntary Life .................................... 23
    Voluntary AD&D Coverage .................................................................. 24
    When You Are an Active Employee and Reach Age 65 ...................... 24
    When You Are Retired and Age 65 and Older .................................... 25
Supplemental Life Insurance ..................................................................... 26
    Overview .............................................................................................. 26
    Who's Eligible ...................................................................................... 26
    Your Schedule of Payment for Supplemental Life ............................. 26
    Supplemental AD&D Coverage ........................................................... 26
    Benefits ................................................................................................ 27
    When You Are an Active Employee and Reach Age 65 ...................... 27
    When You Retire .................................................................................. 27

USW035015

**Page**

Converting to a Personal Policy ................................................................. 28

Administrative Information ...................................................................... 29

    Plan Administrator .............................................................................. 29

    Plan Year ............................................................................................ 29

    Plan Names, Types, and Numbers ..................................................... 29

        Plan Names and Numbers ......................................................... 29

        Plan Type .................................................................................. 29

        Employer ID Number ................................................................ 29

    Plan Funding ....................................................................................... 29

    Agent for Service of Legal Process .................................................... 29

    Future of the Plans ............................................................................ 29

    No Obligation To Continue Employment .......................................... 29

    Claims Procedure ............................................................................... 30

    Your Rights to Your Benefits ............................................................ 30

    ERISA ................................................................................................. 31

    Claims Administrator ......................................................................... 32

What Does That Mean: A Glossary ........................................................... 33

USW035016

# Sickness and Accident and Life Insurance

**Alcoa offers different benefits to help protect you and your family in the event of your serious injury, accident, or death.**

| | |
|---|---|
| **Overview** | Your company-provided disability and life insurance benefits include sickness and accident, life insurance, and accidental death and dismemberment (AD&D) insurance coverage. |
| **Sickness and Accident Benefits** | Alcoa provides disability coverage that is designed to replace a portion of your weekly income if you are unable to work because of illness or injury. You will receive weekly income benefits for up to 26 or 104 weeks, depending on your accumulated departmental seniority. |
| **Company-Provided Life Insurance Plan** | Alcoa provides insurance in the event of your serious injury or death, including: |

- Life insurance;
- Accidental death and dismemberment insurance; and
- Travel accident insurance.

**Optional Life Insurance Plans**

You may purchase additional life insurance coverage for yourself to supplement the life insurance provided by Alcoa. Optional life insurance coverages include:

- Contributory Life Insurance;
- Voluntary Life Insurance (closed to new enrollments as of March 1, 1978); and
- Supplemental Life Insurance.

---

*Are the sickness and accident and life insurance benefits the only Alcoa benefits that will provide protection in the event of my disability or death?*

No. Your medical benefits, dental benefits, vision benefits, savings plan, and retirement plan each have special provisions to help you and your family in the event of your disability or death. Refer to the individual booklets for more information.

In addition to your Alcoa benefits, you may be eligible for Social Security benefits if you are disabled. If you die, your survivors may be eligible for Social Security survivor benefits.

---

1

USW035017

**Accelerated Benefit Option**

The Accelerated Benefit Option (ABO) is designed to assist you with the financial burden of a terminal illness. You may apply for accelerated benefits if you are diagnosed as terminally ill with six months or less to live.

Accelerated benefits may be elected only once and are paid in a lump sum. The maximum amount payable is the lesser of 50% of your company-paid or optional life insurance coverage or $250,000.

ABO amounts reduce death benefits payable to a beneficiary and may affect eligibility for Medicaid and other government benefits or entitlements. Benefits under the ABO may be taxable. You should consult a tax advisor to assess the impact of this option.

USW035018

# Sickness and Accident Benefits

**A disability that forces you to be absent from work may create financial problems for you and your family. Your Sickness and Accident benefits guard against the loss of wages during this period.**

**Who's Eligible**

You are eligible for Sickness and Accident coverage if you are a full-time, active hourly employee.

**Who Pays the Cost**

Alcoa pays the full cost of your Sickness and Accident coverage.

**When Coverage Starts**

Coverage starts on the first day you are actively at work. If you are not actively at work on the date that coverage was scheduled to start because of illness, injury, or an authorized leave of absence, coverage will begin on the day you actually start active work.

**When Coverage Ends**

Your Sickness and Accident coverage ends on the earlier of:

- Your last day of work, unless you are disabled, on a leave of absence, or on family or medical leave;

- The day your coverage continuation ends if you are disabled or on a leave of absence;

- The date of expiration of the maximum number of weeks for which benefits are payable; or

- The day before you retire or you stop accruing pension service.

**Weekly Benefits**

Weekly benefits are determined by the amount of accumulated departmental seniority you have acquired at the time of your disability.

| Accumulated Departmental Seniority When Your Disability Absence Begins: | Sickness and Accident Benefits May Be Paid For: |
| --- | --- |
| Less than 2 years | 26 weeks |
| 2 or more years | 104 weeks |

When Benefits Start

Weekly benefits start on the:

- First day of your total disability absence if due to an accident or outpatient surgery performed by a doctor;

- First day you are confined as a bed patient in a hospital as ordered by a doctor; or

- Eighth day of the total disability absence if it is due to a sickness or pregnancy.

3

USW035019

Benefits also are paid for the day you have routine outpatient hospital testing done, if:

- Tests are done within five days of your confinement in the hospital;

- Tests are not repeated once you are confined;

- You are not confined prior to the day of surgery; and

- You do not report for work on the day testing is performed.

**Benefit Amounts**

The benefit amount you receive depends on your job grade on the first day you are actively at work on or after August 1 of each year.

| Job | Effective | |
|-----|-----------|---|
| Grade | June 7, 1993 | June 5, 1995 |
| 1-4 | $265 | $285 |
| 5-8 | 277 | 297 |
| 9-12 | 287 | 307 |
| 13-16 | 298 | 318 |
| 17-20 | 309 | 329 |
| 21-24 | 321 | 341 |
| 25 and above | 333 | 353 |

**Coverage While Not at Work**

Coverage may continue while you are not at work. The continuation (if any) begins on the last day you were at work. At the end of the continuation, coverage ends. It will not start again until you return to active work. All continuation of coverage ends on the day before you retire or you leave the company.

If You Are Laid Off

For claims arising on or after the effective date of your lay off, Sickness and Accident coverage ends. If you already are receiving benefits immediately prior to your lay off, your Sickness and Accident coverage may continue.

4

USW035020

| If You Are Disabled | If your disability **is not** work-related, Sickness and Accident coverage may continue according to this schedule: |

| **Accumulated Departmental Seniority at the Start of Disability Absence** | **Coverage May Continue for Up to:** |
| --- | --- |
| Less than 2 years | 1 year |
| 2 or more years | 2 years |

If your disability **is** work-related, Sickness and Accident coverage may continue according to this schedule:

| **Accumulated Departmental Seniority at Start of Disability Absence** | **Coverage May Continue for Up to:** |
| --- | --- |
| Less than 2 years | 2 years |
| 2 or more years | 4 years |

Coverage may not continue past the date of final statutory payment (e.g., Workers' Compensation benefits or the end of the period used to figure a lump-sum payment).

If you retire while on disability, your sickness and accident coverage ends on the day preceding your retirement date.

| If You Are on a Leave of Absence | Your Sickness and Accident coverage may continue for up to 31 days while you are on a leave of absence. |

| If You Are Suspended | For claims arising on or after the effective date of your suspension, Sickness and Accident coverage ends. If you already are receiving benefits immediately prior to your suspension, your Sickness and Accident coverage may continue. |

| If You Are on a Family or Medical Leave | The 1993 Family Medical Leave Act guarantees that you may take certain leaves of absence for up to 12 weeks and return to the same job or a job of equal status while you are on leave from Alcoa for: |

- Birth or adoption of a child; or

- Your or an immediate family member's serious medical condition.

For more information, refer to the Work and Personal Life booklet or see your human resources representative.

| **Human Organ Transplants** | If you are the recipient of an organ, you are covered by Sickness and Accident benefits according to the rules listed under *When Benefits Start*. |

If you are the donor of an organ, your absence from active work (starting on the day you are confined in a hospital to donate the organ) is considered disability due to sickness.

5

USW035021

| | |
|---|---|
| **Right to Examination** | The company or claims administrator reserves the right to have an examination conducted by the doctor of its choice while you are claiming Sickness and Accident benefits. To continue to be eligible for these benefits, you may be required by the company or claims administrator to furnish proof that you still are disabled. |
| **Filing a Claim** | To begin receiving benefits in a timely manner, you must give written notice and proof of disability to your claims administrator promptly after your disability occurs. Proof is a statement from your doctor stating the type of accident, injuries from the accident, and your prognosis. Contact your claims administrator for a physician statement form. |
| | Your benefits are not paid until notice and proof have been provided. Written proof of total disability due to injury or sickness (including pregnancy) must be given to the claims administrator. |
| | If you cannot notify the claims administrator within this time period, you still may be entitled to payment of your claim. You must prove that you filed for Sickness and Accident benefits as soon as was reasonably possible. |
| **Benefit Payment** | After you have filed a claim and it has been approved, you'll receive a check for your benefit amount. |
| **Conditions for Coverage** | To receive benefits, you must become totally disabled while you are covered under the plan and remain under the care of a doctor. |

*What is "totally disabled"?*

For purposes of Sickness and Accident coverage, "totally disabled" means you are completely unable to perform the duties of your job due to injury or sickness (including pregnancy), and you are under a doctor's care.

The maximum benefit period applies to:

- Each unbroken period of disability from one or more causes; and

- Separate absences due to the same or related causes, unless you are actively at work for at least three months without a break between the first absence and the second absence.

Recurring Disability — If you are actively at work for three months or more between two periods of disability, the second absence is considered a separate period, unrelated to the prior absence.

6

USW035022

**Effect of Income From
Other Sources**

Your Sickness and Accident benefits work with other income sources to provide you the total disability benefit. These benefits are reduced by any income paid or payable to you for time lost from work during the same period of disability from:

- Any insurance or other arrangement based on a government disability or cash sickness benefits law;

- A Workers' Compensation or occupational disease law;

- The Railroad Unemployment Insurance Act or any similar law;

- Any primary disability benefits or unreduced primary old-age benefits* you are entitled to under the Social Security Act; or

- Any reduced primary old-age benefits you receive under the Social Security Act.

\* If you are entitled to unreduced old-age benefits under the Social Security Act **and** your disability is not work-related, your Sickness and Accident benefits are not reduced during the first twenty-six weeks of disability.

---

*If I am receiving income from other sources, does that mean I get lower disability benefits overall?*

No. Regardless of what other sources of income you have (if any), you receive the same total benefit amount determined by your Sickness and Accident coverage. The difference is where the money comes from:

- If you do **not** have other sources of income, you will receive the full amount of the Sickness and Accident benefit; and

- If you have other sources of income, Alcoa and the other sources both pay you a benefit that **together** equals the total amount determined by your Sickness and Accident benefits.

---

**Situations Not Covered**

Sickness and Accident benefits are not paid for:

- Any period after you fail to submit proof of continued total disability, as required;

- Any period longer than the maximum benefit periods;

- Any period during which you are working for remuneration; and

- Any period on or after the date you retire.

7

USW035023

**Social Security**

Any amount of Social Security benefit referred to as another source of income is determined on the basis of the terms of the Social Security Act in effect when you are first entitled to Social Security benefits in each continuous period of disability. The Social Security reduction does not include any reasonable legal or medical expenses incurred in appealing a Social Security denial, unless you are reimbursed for those expenses.

**If you're entitled to Social Security benefits, your Sickness and Accident weekly benefits are not reduced by the Social Security benefit if:**

- You give the company proof that you have applied for these benefits before the 15th week of your disability; and

- Your Social Security benefits are not provided when they are first due.

Your Sickness and Accident benefits are reduced by any Social Security benefits that you are entitled to, when:

- Your Social Security benefits start; or

- A total of 34 weeks of disability benefits have been paid.

You must make arrangements to assure the company is repaid for any excess payment of Sickness and Accident benefits that results when you receive Social Security benefits. This means that in order to receive benefits, you must:

- Agree to repay the company on receipt of retroactive payment from the Social Security Administration;

- Authorize the company to deduct the amount of excess payments from money the company owes you, including your benefits, wages and/or pension; and

- Authorize the Social Security Administration to give relevant information to the company.

Benefits beyond 34 weeks are not payable unless you prove that:

- Your Social Security benefits have been awarded; or

- Although your Social Security benefits were denied, you request a review of the denial within four weeks of the date of denial. The repayment terms described above apply.

**Other Adjustments**

If there is a waiting period for Workers' Compensation or Railroad Unemployment Insurance Act benefits, Sickness and Accident weekly benefits may be withheld until a decision has been made about the amount of benefits payable during the waiting period. If your Sickness and Accident weekly benefits are too high due to receipt of Workers' Compensation or Railroad Unemployment Insurance Act benefits, you must repay the excess amount to the company.

USW035024

If you are eligible for Alcoa benefits and there is a dispute about your eligibility for Workers' Compensation, occupational disease law, Railroad Unemployment Insurance Act, or similar benefits, you will receive Alcoa benefits; but you must repay any overpayment if you later are awarded the other benefits. You must authorize the company to deduct the overpayment from any amounts it pays to you, such as benefits, wages, or pension.

Some government regulations require weekly disability benefits for injury or sickness not related to work (e.g., state plan benefits for California, New York, or New Jersey). If you work in such a place, Alcoa's benefits are adjusted to recognize the benefits under the law.

**Applying for Other Benefits**

As soon as you have completed the waiting period for the other sources from which you are eligible to receive income (e.g., Workers' Compensation), you must apply for those benefits. The claims administrator determines if you have a right to receive any other benefits. If you do not apply for the benefits correctly or at all, Alcoa estimates the amount you could receive and reduces your payment from its Sickness and Accident benefits by that amount (except reduced primary old-age Social Security benefits). Any private disability insurance you may have is considered to be in addition to your Sickness and Accident benefits and does not reduce the amount Alcoa pays.

9

USW035025

# Company-Provided Life Insurance

Through company-provided life insurance, Alcoa provides coverage that pays a benefit in the case of your death or if you are seriously injured from an accident. This coverage includes life insurance, accidental death and dismemberment (AD&D) insurance, and travel accident insurance.

**Who's Eligible**

You are eligible for all company-provided coverage if you are a full-time, active hourly employee of the company.

**Who Pays the Cost**

Alcoa pays the full cost of this coverage.

**Enrollment**

You are enrolled automatically in company-provided coverage. To name your beneficiary, you must complete an enrollment card. Cards are available at your location. If you do not complete a card, your beneficiary will be your estate.

**When Coverage Starts**

You are covered on the first day you are actively at work. If you are not actively at work on the date coverage takes effect, you are covered according to the provisions in effect for you on the last day you worked.

**When Coverage Ends**

All company-provided insurance ends when:

• You are no longer an employee of the company; or

• The plan ends.

If you leave the company or retire, you may convert your company-paid insurance to a personal policy. See *Converting to a Personal Policy*.

*Note: Your coverage may end or decrease when you reach age 62 or retire. See* When You Reach Age 62 *or* When You Retire *for more information.*

**Coverage While Not at Work**

All company-provided insurance may continue while you are not at work; however, the length of the continuation depends on the reasons for your absence and your accumulated departmental seniority. Continuation (if any) begins on the last day of the pay period in which you were last at work.

If You Are Laid Off or Suspended

Company-paid life insurance coverage continues after you are laid off or suspended, according to this schedule:

| Accumulated Departmental Seniority at the Start of Layoff | Coverage May Continue for Up to: |
|---|---|
| Less than 2 years | 6 months* |
| 2 years but less than 10 years | 1 year* |
| 10 or more years | 2 years |

* While on layoff, you may continue up to a total of 24 months by paying the appropriate premium.

USW035026

If You Are Disabled

If your disability **is not** work-related, your life insurance coverage continues according to this schedule:

| Accumulated Departmental Seniority at the Start of Disability Absence | Coverage May Continue for Up to: |
| --- | --- |
| Less than 2 years | 1 year |
| 2 or more years | 2 years |

If your disability **is** work-related, your life insurance coverage continues according to this schedule:

| Accumulated Departmental Seniority at the Start of Disability Absence | Coverage May Continue for Up to: |
| --- | --- |
| Less than 2 years | 2 years |
| 2 or more years | 4 years |

Coverage will not continue past the date of final payment of Workers' Compensation benefits (or the end of the period used to figure a lump-sum payment).

### Extension of Benefits If You Are Totally Disabled

Your company-paid life insurance is continued by Alcoa if you become totally disabled prior to age 65.

*What does "totally disabled" mean?*

For purposes of Life Insurance coverage, "totally disabled" means that, due to sickness or injury, you are completely unable to engage in any business or occupation and cannot perform any work for compensation or profit.

Coverage will continue if:

- You remain totally disabled until you die.

- You must provide written proof to the claims administrator that your disability has lasted without a break for at least nine months. This proof must be given within one year of the date your continuation coverage ends. After the initial notice, you must submit proof of your continued disability at least once each year. The claims administrator may require that you be examined by doctors of its choice.

When you reach age 62 or when you retire (except for deferred vested retirement), your life insurance is reduced to $4,500.

If you are able to return to work or if you do not give the claims administrator proof of your disability when required, your insurance will end.

11

USW035027

If the claims administrator issued a personal policy of life insurance under these rules, and you are eligible for payment under these rules, benefits will be paid only if your personal policy is returned without any claim. In this case, premiums paid on the personal policy will be returned to you or to your beneficiary, if you are not living.

**If You Are on a Leave of Absence**    Your company-provided life insurance continues for two months.

**If You Leave the Company**    Your company-provided life insurance ends; you may convert to a personal policy.

**If You Are on Family or Medical Leave**    Your company-provided life insurance continues.

**Life Insurance Coverage**    Life insurance pays benefits in the event of your death regardless of whether your death occurs as a result of an accident or illness. If you are an active employee and die from any cause while covered by this insurance, your beneficiary will receive $35,000.

If you are age 62 or over when you retire, the amount of your company-paid life insurance is reduced to $4,500.

If you retire prior to age 62 (except for a Deferred Vested Retirement), your company-paid life insurance is maintained at $35,000 until you reach age 62. Then it reduces to $4,500.

Your AD&D and travel accident insurances end at retirement.

12

USW035028

**Accidental Death and Dismemberment (AD&D) Coverage**

AD&D benefits are paid specifically for losses resulting from an accidental injury and are in addition to life insurance benefits.

If you die or suffer certain bodily losses as a direct result of an accidental injury, the following AD&D benefits are paid:

| Loss of | Benefit |
| --- | --- |
| Your life | $70,000 |
| Any two limbs; the sight of both eyes*; or one limb and the sight of one eye | $70,000 |
| One hand or one foot**; or the sight of one eye | $35,000 |

\* Loss of sight means total and irrevocable loss of sight.

\** Loss of hand or foot means severance at or above the wrist or ankle joint.

In order for AD&D benefits to be paid, the following must occur:

- Your injury must be the sole, direct, and independent cause of the loss; and

- The accident must happen while you are covered under AD&D.

Your AD&D benefit amount is determined by:

- Payment for a loss or losses resulting from an accident are made without considering any loss from a previous accident; and

- If more than one loss is suffered due to any one accident, payment is made only for that loss for which the greatest benefit is payable.

13

USW035029

**Filing a Claim**

In order to receive a benefit payment, you or your beneficiary has to present proof of the event that caused your disability or death. Proof of your dismemberment includes a written physician's statement. Proof of your death is a death certificate (accidental death may require additional proof).

**Benefit Payment**

If you die and the benefits are more than $10,000, MetLife places the full benefit amount in a Total Control Account. This account is a guaranteed money market account at MetLife. The beneficiary may leave the money in the account, or withdraw part or all of the money. If the amount is less than $10,000, the beneficiary automatically receives a check for the full amount.

**Your Beneficiary**

You may change your beneficiary at any time by filing a change of beneficiary form with MetLife. Call 1-800-451-4192 to request a form. You do not need your beneficiary's consent to make a change. Once MetLife receives the request form, the change takes effect as of the date you signed the request, even if you are not alive when it is received. But no change applies to any payment made before the request was received.

Upon request, MetLife will furnish you with a copy of your designation of beneficiary.

If Your Beneficiary Dies Before You

A beneficiary's rights end if that beneficiary dies before you. If this happens, the share for that beneficiary is divided among the remaining beneficiaries, unless you have made some other choice. If there is no beneficiary at your death for all or part of your life insurance, that amount is payable to your estate. The claims administrator may instead pay that amount to your spouse, child(ren), parent(s), and/or brother(s), sister(s). Any of these payment arrangements discharge the claims administrator's liability for the amount paid.

**Travel Accident Insurance Coverage**

This policy covers you while you are traveling anywhere in the world on business authorized and paid for by Alcoa. This includes travel to transfer from one work location to another. Travel accident insurance pays a benefit in the event of your accidental death, as well as loss of limbs or eyesight due to a travel-related accident.

*When does a business trip officially begin?*

Your business trip is considered to have begun when you leave your residence or regular work location on business authorized and paid for by Alcoa. It continues until you return to your residence or regular work location.

14

USW035030

The amount of your benefit depends on your loss:

| Loss of | Benefit Amount |
|---|---|
| Your life | Full benefit that applies to you |
| Any two limbs; or the sight of both eyes* | Full benefit that applies to you |
| One limb and the sight of one eye | Full benefit that applies to you |
| One hand or one foot**; or the sight of one eye | One-half the benefit that applies to you |

\*    Loss of sight means total and irrevocable loss of sight.

\*\*   Loss of hand or foot means severance at or above the wrist or ankle joint.

*Note: If more than one loss is suffered due to any one accident, payment is made only for that loss for which the greatest benefit is payable.*

Your full travel benefit amount is the larger of:

• $100,000; or

• Two and one-half times your annual compensation, up to a maximum total benefit of $1,500,000.

**Effect of Travel Accident Benefits on Life and AD&D Benefits**

If your death, dismemberment, or loss of sight occurs while you are traveling on company business, the total amount of your company-provided Life and AD&D insurance benefit is reduced by travel accident benefits you receive.

• If payment is for dismemberment or loss of sight only, travel accident benefits are applied only to reduce the AD&D benefit. If, however, the payment is due to your death, the travel accident benefits are first applied to reduce AD&D benefits; and

• If travel accident benefits exceed the AD&D benefit payable, the excess is applied to reduce the life insurance benefit.

15

USW035031

# Optional Life Insurances

**You may wish to purchase optional life insurance coverage to supplement your company-paid coverage. You pay for this additional insurance at group rates. This section contains general information that applies to all optional life insurances.**

**Types of Optional Insurance**

Optional life insurances include:

- **Contributory Life Insurance** allows you to obtain life and accidental death and dismemberment insurance that adds to your company-paid life insurance.

- **Voluntary Life Insurance** has been frozen and applied exclusively to employees enrolled in Voluntary Life Insurance before March 1, 1978. No enrollments in the plan have been permitted since then.

- **Supplemental Life Insurance** is available to employees who enrolled in Voluntary Life Insurance prior to March 1, 1978. It enables you to buy more insurance as your earnings increase.

**You cannot be insured under both Voluntary and Contributory**. If you are insured under Voluntary Life Insurance, you may choose to cancel that insurance and enroll for Contributory Life Insurance. If you choose to make this change, the total amount of Contributory Life Insurance you can request cannot be greater than the total insurance you have under Voluntary, including Supplemental Life Insurance. You can transfer your coverage without supplying evidence that you are in good health and are insurable. You also can increase your coverage (from one times up to four times your annual compensation). However, you must provide evidence that you are insurable.

**Who's Eligible**

If you are a full-time, active hourly employee and have three months of accumulated departmental seniority, you are eligible to enroll in optional life insurance.

**Who Pays the Cost**

You pay the full cost of optional coverage with after-tax dollars deducted from your paycheck.

**Enrollment**

Participation is optional. You may enroll in Contributory Life Insurance at any time after you meet the eligibility requirements. You may apply for Supplemental Life Insurance *only* if you are covered by Voluntary Life. In some cases, you may be required to provide evidence of insurability.

Application forms are available at your location. You must authorize the required payroll deductions through this form.

**When Coverage Ends**

For events other than retirement, your insurance coverage will end on the earlier of:

- When you are no longer an employee of the company;

- When you fail to make your contributions;

- When you are no longer eligible for insurance under these rules; or

- When the policy is terminated.

16

USW035032

If you leave the company, you may convert your optional life insurance to a personal policy. See *Converting to a Personal Policy*.

**When Rates Change**

For Contributory and Supplemental Life Insurances, your contribution rate automatically changes on the first day of the pay period following the month in which your age category changes.

**Increase in Coverage**

As long as you're actively at work, your life and AD&D insurances increase on March 1, to reflect any increase in your annual compensation. Your insurance is not reduced if your annual compensation goes down.

**Coverage While Not at Work**

All optional life insurance and AD&D coverage may continue while you are not at work; however, the length of the continuation depends on the reasons for your absence and your accumulated departmental seniority. Continuation (if any) begins on the last day of the pay period in which you were last at work.

If You Are Laid Off

Optional life insurance and AD&D coverage continues after you are laid off, according to this schedule:

| Accumulated Departmental Seniority at the Start of Layoff | Coverage May Continue for Up to: |
|---|---|
| Less than 2 years | 6 months* |
| 2 years but less than 10 years | 1 year* |
| 10 or more years | 2 years |

\* While on layoff, you may continue up to a total of 24 months by paying the appropriate premium.

If You Are Disabled

If you are absent from work because of sickness or accident, your life insurance and AD&D coverage continue according to this schedule:

| Accumulated Departmental Seniority at the Start of Disability Absence | Coverage May Continue for Up to: |
|---|---|
| Less than 2 years | 1 year for life insurance and AD&D |
| 2 or more years | 2 years for life insurance and 1 year for AD&D |

*If You Are Totally Disabled*

If you become totally disabled while covered by optional life insurance and before your reach age 60, premiums for your optional life insurance will be paid by Alcoa. See *Extension of Benefits If You Are Totally Disabled* under Company-Provided Life Insurance.

17

USW035033

**Your Beneficiary**

You may change your beneficiary at any time by filing a change of beneficiary form with MetLife. Call 1-800-451-4192 to request a form. You do not need your beneficiary's consent to make a change. Once MetLife receives the request form, the change takes effect as of the date you signed the request, even if you are not alive when it is received. But no change applies to any payment made before the request was received.

Upon request, MetLife will furnish you with a copy of your designation of beneficiary.

**If Your Beneficiary Dies Before You**

A beneficiary's rights end if that beneficiary dies before you. If this happens, the share for that beneficiary is divided among the remaining beneficiaries, unless you have made some other choice. If there is no beneficiary at your death for all or part of your life insurance, that amount is payable to your estate. The claims administrator may instead pay that amount to your spouse, child(ren), parent(s), and/or brother(s), sister(s). Any of these payment arrangements discharge the claims administrator's liability for the amount paid.

**Filing a Claim**

In order to receive a benefit payment, you or your beneficiary has to present proof of the event that caused your disability or death. Proof of your dismemberment includes a written physician's statement. Proof of your death is a death certificate (accidental death may require additional proof).

**Benefit Payment**

If you die and the benefits are more than $10,000, MetLife places the full benefit amount in a Total Control Account. This account is a guaranteed money market account at MetLife. The beneficiary may leave the money in the account, or withdraw part or all of the money. If the amount is less than $10,000, the beneficiary automatically receives a check for the full amount.

18

USW035034

# Contributory Life Insurance

**Overview**

Contributory Life Insurance allows you to obtain Life and Accidental Death and Dismemberment Insurance that adds to your company-paid life insurance. You may elect an amount of life insurance equal to one, two, three, or four times your annual compensation (rounded to the nearest $1,000). For life insurance coverage, annual compensation is limited to $200,000.

If you die from any cause while covered by this insurance, your beneficiary will receive the life insurance amount for which you are then enrolled.

**Who's Eligible**

You are eligible to enroll in Contributory Life Insurance if you are a full-time, active hourly employee and have three months of accumulated departmental seniority.

**When Coverage Begins**

For new hires, if you enroll within 31 days after you become eligible, you are insured the first day you are actively at work following your enrollment. If you apply for Contributory Insurance at a later date, you will be required to show evidence that you are in good health and are insurable. This may involve undergoing a medical examination at your own expense. Once your application is approved by the claims administrator, your insurance becomes effective on the next day you are actively at work.

**Your Schedule of Payment for Contributory Life**

| If Your Age is: | Your Monthly Contribution For Each $1,000 of Insurance is: |
|---|---|
| 34 or under | .14 |
| 35 - 39 | .16 |
| 40 - 44 | .22 |
| 45 - 49 | .34 |
| 50 - 54 | .53 |
| 55 - 59 | .80 |
| 60 - 64 | 1.22 |
| 65 - 69 | 1.60 |
| 70 - 74 | 2.45 |
| 75 - 79 | 3.60 |
| 80 - 84 | 5.45 |
| 85 - 89 | 7.75 |
| 90 and over | 9.60 |

19

USW035035

**Contributory AD&D Coverage**

If you die or suffer loss of limbs or eyesight as a direct result of an accidental injury while you are covered under these rules, the following AD&D benefits will be paid. Benefits for accidental death are in addition to life insurance benefits.

An AD&D amount equal to the amount of your life insurance up to a maximum of $50,000 for each multiple of annual compensation for which you enrolled will be paid for loss of:

- Your life;
- Any two limbs or sight of both eyes*; or
- One limb and sight of one eye.

An AD&D amount equal to half the amount of your life insurance up to a maximum of $25,000 for each multiple of annual compensation for which you are enrolled will be paid for loss of:

- One hand or one foot**; or
- Sight of one eye.

If more than one loss is suffered due to any one accident, payment will be made only for that loss for which the greatest benefit is payable.

\*    Loss of sight means total and irrevocable loss of sight.

\*\*   Loss of hand or foot means severance at or above the wrist or ankle joint.

---

*What is annual compensation?*

For purposes of your life insurance benefits, your annual compensation is your compensation as of December 31 of the prior calendar year for service rendered to Alcoa and/or a subsidiary.

Annual compensation includes the amount shown as wages, tips, and other compensation on your W-2 form. It does not include moving expense allowances, imputed income, 25-Year Club awards, tuition aid received as taxable pay, sickness and accident payments, Supplemental Unemployment Benefits, and other payments made for specific purposes as determined by Alcoa.

Annual compensation also includes any pre-tax amounts you have set aside for the Savings Plan, the Health Care Fund, or the Dependent Care Fund. For purposes of life insurance, your annual compensation is limited to $200,000.

---

USW035036

**When You Reach Age 65 or When Your Retire**

Your contributory life insurance changes when you reach age 65 or retire.

**Insurance for Employees Age 65 or Over and Retired Employees:**

| Type of Insurance | Monthly Coverage | Payment |
|---|---|---|
| *Active Employees* | | |
| Contributory Life Insurance and AD&D | • Your life insurance continues while you are actively employed up to age 65 | • Your payment continues according to the payment schedule |
| *If You Are Age 65, but less than 70* | | |
| | • Your life insurance is reduced by 35% at age 65 | • Your payment is based on the amount in effect |
| | Increases in your insurance **after age 65** are calculated as before, then reduced 35%. Your after-age-65 increases will end at age 70 | |
| *If You Are Age 70* | | |
| | • Your life insurance prior to age 65 is reduced another 40% at age 70 | • Your payment is based on the amount of insurance in effect. |
| | • Your AD&D ends | |

21

USW035037

| *Retired Employees* | | |
|---|---|---|
| Contributory Life Insurance and AD&D | • Your life insurance continues in full to age 65 | • Your payment continues according to the payment schedule |
| | • Your AD&D ends | |
| | ***If You Are Age 65*** | |
| | • At age 65 your insurance is reduced by 75% | • You have two options. See *Your Choices at Retirement* |
| | • Your after-age-65 increases end at retirement | |

**Your Choices at Retirement**

You may choose from two options.

**Option 1**: This option is automatic unless you pick Option 2. You can elect to pay a constant monthly payment. If you make this election, your coverage will be reduced at 5-year intervals. This reduction will occur at the time your contribution rates are scheduled to increase based on your age. See Y*our Schedule of Payment for Contributory Life.*

Under this option, the amount of your life insurance is calculated by dividing the payment for your insurance (excluding after-age-65 increases) in effect on the first of the month after you reach age 65 by the per $1,000 rate shown in the schedule of payment.

**Option 2**: This election must be made in writing prior to the date you reach age 65. If you elect Option 2, you can have a constant level of coverage, and your monthly payments will go up every 5 years. See Your *Schedule of Payment for Contributory Life.*

USW035038

# Voluntary Life Insurance

**The insurance described in this section has been frozen and applies exclusively to employees enrolled in Voluntary Life Insurance before March 1, 1978. No enrollments in the Voluntary Life Insurance have been permitted since then.**

**Who's Eligible**

Voluntary Life Insurance was available to hourly employees before March 1, 1978. The amount of life insurance and AD&D was determined by a schedule based on 1976 annual compensation.

This insurance was closed to new enrollments as of March 1, 1978. Eligibility for this insurance, then, is limited to employees who were participating in the plan as of that date.

Voluntary Life Insurance includes:

- Life insurance; and

- Accidental death and dismemberment.

See *When You Are an Active Employee and Reach Age 65* and *When You Are Retired and Age 65 and Older* for details on this coverage after age 65 and at retirement.

**Your Schedule of Payment for Voluntary Life Insurance**

| Your 1973 Annual Compensation Base | Life Insurance | AD&D | Your Cost Monthly |
|---|---|---|---|
| Less than $2,000 | $2,000 | $2,000 | $1.40 |
| $2,000 - $3,000 | 3,000 | 3,000 | 2.10 |
| 3,000 - 4,000 | 4,000 | 4,000 | 2.80 |
| 4,000 - 5,000 | 6,000 | 6,000 | 4.20 |
| 5,000 - 6,000 | 8,000 | 8,000 | 5.60 |
| 6,000 - 7,000 | 10,000 | 10,000 | 7.00 |
| 7,000 - 8,000 | 13,000 | 13,000 | 9.10 |
| 8,000 - 9,000 | 16,000 | 16,000 | 11.20 |
| 9,000 - 10,000 | 20,000 | 20,000 | 14.00 |
| 10,000 - 12,000 | 25,000 | 20,000 | 17.00 |
| 12,000 - 15,000 | 30,000 | 20,000 | 20.00 |
| 15,000 - 20,000 | 35,000 | 20,000 | 23.00 |
| 20,000 - 25,000 | 40,000 | 20,000 | 26.00 |
| 25,000 - 30,000 | 50,000 | 20,000 | 32.00 |
| 30,000 and over | 60,000 | 20,000 | 38.00 |

23

USW035039

**Voluntary AD&D Coverage**

If you die or suffer loss of limbs or eyesight as a direct result of an accidental injury while covered under this insurance, the following AD&D benefits will be paid. Benefits for accidental death are in addition to life insurance benefits.

The full AD&D amount (equal to the amount of your life insurance up to a maximum of $20,000) will be paid for loss of:

- Your life;
- Any two limbs or sight of both eyes*; or
- One limb and the sight of one eye.

Half of the AD&D amount (equal to the amount of your life insurance up to a maximum of $10,000) will be paid for loss of:

- One hand or one foot**
- Sight of one eye

If more than one loss is suffered due to any one accident, payment will be made only for that loss for which the greatest benefit is payable.

\*     Loss of sight means total and irrevocable loss of sight.

\*\*    Loss of hand or foot means severance at or above the wrist or ankle joint.

**When You Are an Active Employee and Reach Age 65**

If you're an active employee, age 65 or over, here's how your coverage works:

- Your insurance continues in full to age 65; and
- Your payments continue at $.60 per thousand per month.

If you were enrolled in Voluntary Life Insurance before September 1, 1965:

- Life insurance and AD&D are reduced at age 65 by 10%, and reduced 10% each year thereafter until they reach 50% of amount in effect before age 65; and
- Your payments are based on the reduced amount of insurance in effect.

If you were enrolled in Voluntary Life Insurance after September 1, 1965:

- Life insurance and AD&D are reduced at age 65 by 35%; and
- Your payments are based on the amount of insurance in effect.

24

**When You Are Retired
And Age 65 and Older**

If you're retired and age 65 or over, here's how your coverage works:

- Life insurance will be maintained in full to age 65;

- AD&D ends when you retire; and

- Your payments are based on the reduced amount of insurance in effect.

If you were enrolled in Voluntary Life Insurance before September 1, 1965:

- Life insurance is reduced at age 65 by 10%, and reduced 10% each year thereafter until it reaches 50% of the amount in effect before age 65. The reduced amounts are continued for life;

- Your AD&D ends at retirement; and

- Your payments are based on $.60 per thousand per month for the reduced amount of coverage in effect.

If you were enrolled in Voluntary Life Insurance after September 1, 1965:

- Life insurance is reduced at age 65 by 75%. The reduced amounts are continued for life;

- Your AD&D ends at retirement; and

- Your payments are based on $.60 per thousand per month for the reduced amount of insurance in effect.

25

USW035041

# Supplemental Life Insurance

**Overview**

You may enroll in Supplemental Life Insurance *only if* you are enrolled in the Voluntary Life Insurance. Supplemental Life Insurance gives you an opportunity to buy additional insurance based on your current annual compensation.

**Who's Eligible**

To be eligible to enroll in Supplemental Life, you must have been enrolled in Voluntary Life Insurance before March 1, 1978.

**Your Schedule of Payment for Supplemental Life**

| If Your Age is: | Your Monthly Contribution For Each $1,000 of Insurance is: |
|---|---|
| Under 34 | .14 |
| 35 - 39 | .16 |
| 40 - 44 | .22 |
| 45 - 49 | .34 |
| 50 - 54 | .53 |
| 55 - 59 | .80 |
| 60 - 64 | 1.22 |
| 65 - 69 | 1.60 |
| 70 - 74 | 2.45 |
| 75 - 79 | 3.60 |

**Supplemental AD&D Coverage**

If you die or suffer loss of limbs or eyesight as a direct result of an accidental injury while covered under this insurance, the following AD&D benefits will be paid. Benefits for accidental death are in addition to life insurance benefits.

The full AD&D amount equal to the amount of your life insurance up to a maximum of $50,000 will be paid for loss of:

- Your life;
- Any two limbs or sight of both eyes**; or
- One limb and the sight of one eye.

Half of the AD&D amount equal to the amount of your life insurance up to a maximum of $25,000 will be paid for loss of:

- One hand or one foot**; or
- Sight of one eye.

If more than one loss is suffered due to any one accident, payment will be made only for that loss for which the greatest benefit is payable.

\*    Loss of sight means total and irrevocable loss of sight.

\*\*   Loss of hand or foot means severance at or above the wrist or ankle joint.

26

USW035042

| | |
|---|---|
| **Benefits** | If you die from any cause while covered by this insurance as an active employee, your beneficiary will receive an amount equal to one times your annual compensation rounded to the nearest $1,000. |
| **When You Are an Active Employee and Reach Age 65** | If you're an active employee, age 65 or under, here's how your coverage works: |

* Your insurance continues in full to age 65; and

* Your payments continue according to your payment schedule.

If you are age 65 but less than age 70:

* Life insurance and AD&D are reduced at age 65 by 35%; and

* Your payments are based on the reduced amount of insurance in effect.

If you are age 70:

* Life insurance and AD&D end.

| | |
|---|---|
| **When You Retire** | If you are age 65 or under, your life insurance continues in full to age 65 then ends. Your AD&D coverage ends at your retirement.

If you are age 65 or over at retirement, your life insurance coverage ends when you retire. |

USW035043

# Converting to a Personal Policy

**If your life insurance ends or the plan is discontinued, you may convert your company-paid life insurance or any of the optional coverages to a personal policy without a medical examination.**

**Applying for a Personal Policy**

You may apply to the claims administrator for a personal life insurance policy if:

- You leave the company;
- The plan ends; or
- Your life insurance is reduced because of your age or retirement.

You must apply in writing within 31 days after the date your life insurance ends or is reduced. If your insurance stops because the plan ends, you must have been covered under the plan at least five years to have this privilege.

You can obtain the policy without a medical examination. The coverage will not include disability or accidental death and dismemberment benefits.

**Conditions for Getting a Policy**

You may get a personal policy subject to the following conditions:

- It must be a type of insurance issued by the claims administrator (except term insurance);

- The amount of the policy will be equal to (or, if you choose, less than) the amount of the life insurance that is terminated. If this insurance terminates because the plan ends, the amount of the policy will be the lesser of:

  - The amount of life insurance on the date it terminates, less the amount of a group policy issued within 31 days after termination; or

  - $2,000.

- Your premium will be based on:

  - The class of risk to which you belong;

  - Your age on your nearest birthday;

  - The type of policy; and

  - The amount of insurance.

The personal policy takes effect on the 32nd day after the life insurance stopped. If you die before then, the claims administrator will pay your beneficiary the highest amount of life insurance for which a policy could have been issued, whether or not you had applied for a personal policy.

**Beneficiary for Converted Insurance**

If you have applied to have your life insurance converted to a personal policy and the beneficiary named under that policy is different from the beneficiary named for the insurance being converted, the amount payable under the plan being converted will be payable to the beneficiary named under the personal policy.

28

USW035044

# Administrative Information

**This section provides information about the administration of Sickness and Accident benefits, the Life Insurance plans and your rights as an eligible employee.**

| | |
|---|---|
| **Plan Administrator** | The Plan Administrator for Sickness and Accident benefits and the Life Insurance plans is:<br><br>Plan Administrator—Sickness and Accident and Life Insurance Plans<br>Aluminum Company of America<br>Alcoa Building<br>425 Sixth Avenue<br>Pittsburgh, PA 15219-1850<br>Telephone: (412) 553-4545 |
| **Plan Year** | January 1 through December 31 |
| **Plan Names, Types, and Numbers** | |
| Plan Names and Numbers | Employees' Group Benefit Plan of Alcoa—Plan II (Company-paid Life Insurance, AD&D, and Sickness and Accident Insurance)—503<br><br>Optional Life Insurance Plans (Voluntary, Supplemental, and Contributory Life Insurance and AD&D)—505 |
| Plan Type | The Life Insurance and Sickness and Accident Benefits are provided through welfare benefit plans. |
| Employer ID Number | 25-0317820 |
| **Plan Funding** | Sickness and Accident benefits are funded by Alcoa and certain subsidiaries participating in the benefits.<br><br>The company-provided life insurance plan is funded by Alcoa and certain subsidiaries participating in the plan. You pay the cost of optional life insurances (Voluntary, Supplemental, and Contributory Life Insurances). Alcoa does not contribute to these insurances. |
| **Agent for Service of Legal Process** | The Plan Administrator is the Agent for Service of Legal Process. Service of legal process also can be made upon the Administrative Committee. |
| **Future of the Plans** | The plans described in this booklet will continue for the term of the contractual bargaining agreement. However, the company reserves the right to make administrative changes from time to time. |
| **No Obligation To Continue Employment** | These plans do not create an obligation for Alcoa or a subsidiary to continue your employment. In addition, the right of Alcoa or a subsidiary to terminate your employment or to take other personnel action is not limited by the effect that the action might have on your (or your beneficiary's) eligibility for benefits under these plans. |

29

USW035045

**Claims Procedure**

You can obtain claim forms from your Benefits Office, or you can call your claims administrator. When the claim has been processed, the person filing the claim (claimant) shall be notified of the benefits paid. If any benefits have been denied, the claimant shall receive a written denial stating the specific reasons for denial.

In the event a claim has been denied in whole or in part, the claimant can request a review of the claim by the claims administrator. This request for review should be sent to the claim office which processed the claim, within 60 days after the notice of denial of the claim is received. If a notice of approval or denial is not received by the claimant within 90 days after the claim is received by the claims administrator (180 days if a notice of extension is received), a review may be requested within 60 days after the end of this period.

When requesting a review, the claimant should state the reason why it is believed the claim was improperly denied and submit any data, questions, or comments deemed appropriate. Documents pertinent to the claim may be reviewed by the claimant if this is requested in the appeal. The claimant shall receive notification in writing of the final decision within 60 days of the date the appeal is properly received (or within 120 days of that date if notification is received that the circumstances of the claim require additional time for review).

Any problems, complaints, or grievances of any employee arising under or concerning the plan shall not be subject to and handled under the grievance and arbitration procedures of the collective bargaining agreement, but shall be handled by the designated representatives of the company and the union at the plant. Such representatives shall be certified by the parties to each other at the plant level and notices of such certification shall be sent to the headquarters of the company and the international union.

Except for duties performed by the claims administrator and the Plan Administrator, the Administrative Committee has the complete discretionary authority to control and manage the operation and administration of the plan, and to construe and interpret the plan. All actions, decisions, or interpretations of the Administrative Committee are conclusive, final, and binding.

**Your Rights to Your Benefits**

Your benefits belong to you and may not be sold, assigned, transferred, pledged, or garnished. If you or your beneficiary is unable to care for your own affairs, any payments due may be made to your legal representative, as determined by the Administrative Committee.

30

USW035046

**ERISA**

The Employee Retirement Income Security Act of 1974 (ERISA) provides that all plan participants are entitled to:

- Examine without charge at the Alcoa Building all plan documents and copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions. You may also examine these documents at your local personnel office within a reasonable time after your written request for the copies;

- Obtain copies of all plan documents and other plan information by writing to the Plan Administrator. A reasonable charge may be made for the copies; and

- Receive a summary of the plan's annual financial report (called a Summary Annual Report). The Plan Administrator will provide you a copy of the summary automatically each year.

In addition to creating rights for plan participants, ERISA imposes duties on the people responsible for the operation of the plan. These people, called fiduciaries, have a duty to operate the plan prudently and in the interest of all plan participants and beneficiaries.

Alcoa considers the plan an important benefit to you. It will not discriminate against you, nor may any person discriminate against you, to prevent you from obtaining a plan benefit or exercising your rights under ERISA.

There are steps you can take to enforce your rights under ERISA. For instance, if you request plan materials and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 per day until you receive them, unless they were not sent because of reasons beyond the Plan Administrator's control.

If your claim for a benefit is denied in whole or part, you will receive a written explanation of the reason for denial. You have the right to have your claim reviewed and reconsidered. You also may file suit in a state or federal court.

If you believe that plan fiduciaries are misusing the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

In addition to deciding what damages, if any, should be awarded, the court will decide who should pay court costs and legal fees. If you win, the court may order the person you sued to pay these expenses. If you lose, the court may order you to pay these expenses (if, for example, it finds your claim is frivolous).

If you have any questions about the plan, or your rights under ERISA, you should contact your human resources representative. You also may contact the nearest Area Office of the U.S. Labor Management Services Administration, Department of Labor.

31

USW035047

| Claims Administrator | Locations | Type of Benefits | Claims Administrator |
|---|---|---|---|
| | Davenport, IA<br>Lafayette, IN<br>Lebanon, PA<br>Massena, NY<br>Warrick, IN<br>Wenatchee, WA | Sickness<br>and<br>Accident<br>(except Davenport*) | Prudential Insurance Company<br>Disability Claims<br>Eastern Disability Claim Division<br>P.O. Box 7100<br>Parsippany, NJ 07054 |
| | | Life<br>Insurance | Metropolitan Life Insurance Company<br>Group Life Claims<br>P.O. Box 3016<br>Utica, NY 13504 |

* This location administers its own Sickness and Accident Benefits.

32

USW035048

# What Does That Mean: A Glossary

**The terms in this section have special meaning to your disability and life insurance coverage and will help you understand how Sickness and Accident benefits, the Company-provided Life Insurance plans, and the Voluntary, Contributory, and Supplemental Life Insurance plans work.**

**Accidental Death Benefit**

An additional amount payable to your beneficiary if you die as the result of an accident.

**Actively at Work**

If you:

- Are presently at work for the company; or
- Were present at work on the last scheduled working day before the following absences:
  - A scheduled vacation;
  - Absence due to a paid holiday, paid jury, witness day, or a paid bereavement day;
  - A scheduled day off within your working schedule;
  - Short-term absence for authorized local union business; or
  - A family or medical leave.

**Annual Compensation**

Annual compensation includes the amount shown as wages, tips, and other compensation on your W-2 form. It does not include moving expense allowances, imputed income, 25-Year Club awards, tuition aid received as taxable pay, sickness and accident payments, supplemental unemployment benefits, and other payments made for specific purposes as determined by Alcoa.

Annual compensation also includes any pre-tax amounts you have set aside for the Savings Plan, the Health Care Fund, or the Dependent Care Fund. For purposes of company-provided life insurance, your annual compensation is limited to $200,000.

**Beneficiary**

The person or persons, organization, or legal entity you name to receive any payment due from the plan in the event of your death. If you are married, your spouse will be considered your beneficiary automatically.

**Disability Coverage**

Coverage that replaces a portion of your wages if you are unable to work because of illness or injury. The amount of coverage you have depends on your years of accumulated departmental seniority.

**ERISA**

Employee Retirement Income Security Act of 1974.

**Employee**

A full-time, active hourly employee who is covered by the collective bargaining agreement between the union and Alcoa.

33

USW035049

| | |
|---|---|
| **Retirement** | Termination of continuous service with rights to a pension (other than a deferred vested pension) under a retirement Plan of Alcoa (or subsidiary). |
| **Total Disability** | For Sickness and Accident benefits, "total disability" is defined as your complete inability to perform the duties of your job due to injury, sickness, or pregnancy, and you must be under the care of a doctor. |

34

USW035050

A10-15680

Printed 10/95

USW035051