**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| EDMOND M. BUTCH, et al., | |
| Plaintiffs, | |
| v. | No. 3:19-cv-258-RLY-CSW |
| ALCOA USA CORP., et al., | |
| Defendants. | |

**JOINT MOTION REQUESTING EXTENSION OF DEADLINE**
**TO FILE AND SERVE FINAL WITNESS AND EXHIBIT LISTS**

Plaintiffs and Defendants (together, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a seventy-five (75) day extension of the deadline to file and serve their final lists of witnesses and exhibits they may offer at trial. As grounds for their motion, the Parties state:

1. Under the October 12, 2023 Magistrate Judge's Order on Telephonic Status Conference, ECF No. 184, the deadline for the Parties to file and serve their final witness and exhibit lists is March 26, 2024.

2. The Parties have filed cross motions for summary judgment. *See* ECF Nos. 168 and 171. The Court heard oral argument on those motions on January 25, 2024. *See* ECF No. 187. The motions remain pending.

3. The Parties agree that the Court's rulings on their pending cross motions for summary judgment are likely to greatly affect the Parties' strategies and preparation for trial, including witness and exhibit selection. The Parties believe that the interests of judicial economy and efficiency favor extending the deadline for their final lists of witnesses and exhibits they may offer at trial by seventy-five (75) days, to June 10, 2024, to allow additional time for the Court to

rule on their summary judgment motions before the lists are due whilst ensuring that the lists will

be due by a date certain.

    4.      No Party will be prejudiced by the relief sought.

    WHEREFORE, the Parties respectfully request that this Court enter the proposed order

attached hereto.

DATED:  March 11, 2024              Respectfully submitted,

                        **FEINSTEIN DOYLE PAYNE**
                          **& KRAVEC, LLC**

                        By:   *s/ Ruairi McDonnell*
                            Ruairi McDonnell

                        William T. Payne
                        Pamina Ewing
                        Joel R. Hurt
                        429 Fourth Avenue
                        Law & Finance Building, Suite 1300
                        Pittsburgh, PA  15219
                        Telephone: (412) 281-8400
                        Facsimile: (412) 281-1007
                        pewing@fdpklaw.com
                        wpayne@fdpklaw.com
                        jhurt@fdpklaw.com
                        rmcdonnell@fdpklaw.com

                        **MACEY SWANSON LLP**

                        Barry A. Macey
                        Jeffrey A. Macey
                        445 N. Pennsylvania Street, Suite 401
                        Indianapolis, IN  46204
                        Telephone: (317) 637-2345
                        Facsimile: (317) 637-2369
                        bmacey@maceylaw.com
                        jmacey@maceylaw.com

                        ***Attorneys for Plaintiffs***

David R. Jury, General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, PA  15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

***Attorney for Plaintiff United Steelworkers***

**MARK MILLER LAW OFFICE**
Mark E. Miller (Attorney No. 10458-82)
915 Main Street – Suite 203
PO Box 3009
Evansville, Indiana 47708
Telephone: 812.303.3444
mmiller@indianalawonline.com

**K&L GATES LLP**
Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500
Fax: 412.355.6501
thomas.birsic@klgates.com
jeff.richter@klgates.com

Rosemary Alito (admitted *pro hac vice*)
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: 973.848.4000
Fax: 973.848.4001
rosemary.alito@klgates.com

***Attorneys for Defendants***

3

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 11, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                    _s/ *Ruairi McDonnell*_           
                                      Ruairi McDonnell