UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDMOND M. BUTCH on behalf of himself and all other persons similarly situated, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:19-cv-00258-RLY-CSW<br>) |
| ALCOA USA CORP., et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING
JOINT MOTION FOR EXTENSION OF DEADLINE
TO FILE AND SERVE FINAL WITNESS AND EXHIBIT LISTS**

AND NOW, this 13th day of March, 2024, upon consideration of the Parties' Joint Motion Requesting Extension of Deadline to File and Serve Final Witness and Exhibit Lists (Dkt. No. 190), the Motion is hereby **GRANTED**. The current deadline for the Parties to file and serve their respective lists of witnesses and exhibits they may offer at trial is extended until **June 10, 2024**.

**SO ORDERED.**

Date: March 13, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**