UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDMOND M. BUTCH on behalf of himself and all other persons similarly situated, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-00258-RLY-CSW |
| ALCOA USA CORP., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR A TWO-DAY EXTENSION OF TIME TO SUBMIT A JOINT DRAFT NOTICE OF DECERTIFICATION**

AND NOW, this 30th day of April 2024, upon consideration of the Parties' *Joint Motion for a Two-Day Extension of Time to Submit a Joint Draft Notice of Decertification*, the Motion is hereby **GRANTED**. (Dkt. No. 197). The current deadline for the Parties to submit a joint draft notice of decertification to the Court is hereby amended to **May 1, 2024**.

**SO ORDERED.**

Date: April 30, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**